E-FILED
Friday, 17 December, 2004  11:58:09 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

RANDALL J. SANDONE

**SUMMONS IN A CIVIL ACTION**

V.

ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation

CASE NUMBER: 04-2232

TO: (Name and address of Defendant)

ABN AMRO BANK, N.V.
Bustav Mahlerlaan 10
1082 PP Amsterdam
The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.W. PHEBUS
GARY D. FORRESTER
DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_ (signature)
CLERK

12-17-04
DATE

s/ K. Marsh
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Central____ District of ____Illinois____

RANDALL J. SANDONE

**SUMMONS IN A CIVIL ACTION**

V.

ABN AMRO HOLDING N.V., Amsterdam, a
Dutch corporation; ABN AMRO BANK, N.V.,
Amsterdam, a Dutch corporation; and
ABN AMRO VENTURES B.V., Amsterdam,
a Dutch corporation

CASE NUMBER: 04-2232

TO: (Name and address of Defendant)

ABN AMRO HOLDING, N.V.
Bustav Mahlerlaan 10
1082 PP Amsterdam
The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.W. PHEBUS
GARY D. FORRESTER
DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____J.M. W_____    ____12-17-04____
CLERK                              DATE
s/ K. Marsh

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

RANDALL J. SANDONE

**SUMMONS IN A CIVIL ACTION**

V.

ABN AMRO HOLDING N.V., Amsterdam, a
Dutch corporation; ABN AMRO BANK
N.V., Amsterdam, a Dutch corporation;
and ABN AMRO VENTURES B.V., Amsterdam,
a Dutch corporation

CASE NUMBER: 04-2232

TO: (Name and address of Defendant)

> ABN AMRO Ventures, B.V.
> Bustav Mahlerlaan 10
> 1082 PP Amsterdam
> The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> J.W. PHEBUS
> GARY D. FORRESTER
> DANIEL J. POPE
> PHEBUS & KOESTER
> 136 West Main Street
> Urbana, Illinois 61801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    12-17-04
CLERK                               DATE
s/ K. Marsh

(By) DEPUTY CLERK