AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Central District of Illinois

RANDALL J. SANDONE

ALIAS **SUMMONS IN A CIVIL ACTION**

V.

KEITH WALZ, PAUL MCNABB, WILLIAM O'NEILL, ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES, B.V., Amsterdam, a Dutch corporation

CASE NUMBER: 04-2232

TO: (Name and address of Defendant)

ABN AMRO HOLDING, N.V.
Gustav Mahlerlaan 10
1082 PP Amsterdam
The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.W. PHEBUS
GARY D. FORRESTER
DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                              Jan. 12, 2005
CLERK                                         DATE

s/K. Wynn
(BY) DEPUTY CLERK