UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch Corporation | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF ATTORNEYS**

NOW COMES Edward M. Wagner of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters their appearance on behalf of the Defendants, ABN AMRO Holding N.V., ABN AMRO Bank N.V., and ABN AMRO Ventures, B.V.

Date:   February 25th, 2005            Respectfully submitted,

                                       s/ Edward M. Wagner
                                       Edward M. Wagner
                                       HEYL ROYSTER VOELKER & ALLEN
                                       102 E. Main Street
                                       Suite 300
                                       P.O. Box 129
                                       Urbana, IL  61803-0129
                                       Ph:   217/344-0060
                                       Fax: 217/344-9295

                                       ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on February 25th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W Main Street
Urbana, IL 61801

                                              s/ Edward M. Wagner
                                              Edward M. Wagner
                                              HEYL ROYSTER VOELKER & ALLEN
                                              102 E. Main Street
                                              Suite 300
                                              P.O. Box 129
                                              Urbana, IL  61803-0129
                                              Ph: 217/344-0060
                                              Fax: 217/344-9295
                                              ewagner@hrva.com