## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch Corporation | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR AN EXTENSION OF TIME TO
## ANSWER THE AMENDED COMPLAINT

Defendants, ABN AMRO Holding N.V., ABN AMRO Bank N.V., and ABN AMRO Ventures, B.V. (collectively, "Defendants"), through their attorney, Edward M. Wagner of Heyl, Royster, Voelker & Allen, move this Court for an extension of time to March 18, 2005, to answer the Amended Complaint or otherwise plead.  In support of their motion, Defendants state:

1.    Counsel for Defendants has discussed this extension of time with counsel for Plaintiff, who agreed to this Motion.

2.    No trial date has been set and there are currently no other deadlines in this case.

3.    An extension of the time to answer will not cause any delay to any other dates or the ultimate resolution of this case.

4.    Defendants therefore request an extension of time until March 18, 2005, to answer the Complaint or otherwise plead.

5. Defendants do not hereby waive any objection to personal jurisdiction.

WHEREFORE, Defendants request that the Court enter an order extending the time for Defendants to answer Plaintiff's Complaint or otherwise plead until March 18, 2005.

Date:   February 25th, 2005          Respectfully submitted,

s/ Edward M. Wagner
Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
102 E. Main Street
Suite 300
P.O. Box 129
Urbana, IL  61803-0129
Ph:  217/344-0060
Fax: 217/344-9295

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 25th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W Main Street
Urbana, IL 61801

                                                              s/ Edward M. Wagner
                                                              Edward M. Wagner
                                                              HEYL ROYSTER VOELKER & ALLEN
                                                              102 E. Main Street
                                                              Suite 300
                                                              P.O. Box 129
                                                             Urbana, IL  61803-0129
                                                             Ph: 217/344-0060
                                                             Fax: 217/344-9295
                                                             ewagner@hrva.com