10513-P5548
RPK:dkl
G:\48\P5548\P5548EOA 002

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RANDALL J. SANDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04-2232 |
| ) | |
| ABN AMRO HOLDING N.V., Amsterdam, ) | Hon. Harold A. Baker |
| a Dutch corporation; ABN AMRO BANK ) | |
| N.V., Amsterdam, a Dutch corporation; and ) | |
| ABN AMRO VENTURES B.V., ) | |
| Amsterdam, a Dutch corporation, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

NOW COMES HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters its appearance in the above-captioned cause on behalf of the Defendants, ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

ABN AMRO HOLDING N.V., Amsterdam,
a Dutch corporation; ABN AMRO BANK N.V.,
Amsterdam, a Dutch corporation; and
ABN AMRO VENTURES B.V., Amsterdam,
a Dutch corporation

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W. Main Street
Urbana, IL  61801

        s/ Richard P. Klaus
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2