℠AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

RANDALL J. SANDONE

V.

ABN AMRO HOLDING N.V., Amsterdam, a
Dutch corporation; ABN AMRO BANK
N.V., Amsterdam, a Dutch corporation;
and ABN AMRO VENTURES B.V., Amsterdam,
a Dutch corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   04-2232

TO: (Name and address of Defendant)

> ABN AMRO Ventures, B.V.
> Bustav Mahlerlaan 10
> 1082 PP Amsterdam
> The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> J.W. PHEBUS
> GARY D. FORRESTER
> DANIEL J. POPE
> PHEBUS & KOESTER
> 136 West Main Street
> Urbana, Illinois 61801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Walters                                                    12-17-04
CLERK                                                                DATE

s/K. Marsh
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date              *Signature of Server*

_____
*Address of Server*

```
(See attached Request for Service Abroad of Judicial or Extrajudicial
Documents)
```

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.