IR C05.132.2C   NIET

U.S. Department of Justice
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| Phebus & Koester<br>136 West Main Street<br>Urbana, Illinois 61801 | The Public Prosecutor<br>District Court of the Hague<br>Juliana Van Stolberglaan 2-4<br>2595 CL s'Gravenhage (The Hague)<br>The Netherlands |

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres, en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
   *(identite et adresse)*
   ABN AMRO Ventures B.V., 1082 PP Amsterdam, The Netherlands

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas echeant, par remise simple (article 5, alinea 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents                               Done at Illinois ,  the Dec. 13, 2004
*Enumuration der pieces*                        *Fait 'a                ,  le*

Federal Court Complaint and Summons
State Court Complaint and Summons               Signature and/or stamp
                                                *Signature et/ ou cachet*

*Delete if inappropriate
Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a execute*
  -the (date)  -le (date)    01/02/2005
  -at (place, street, number) -a (loralni. rue numbo)  Amsterdam, Gustav Mahlerlaan 10

--in one of the following methods authorized by article 5-
*--ons une desjormes suivanies privues it l'article 5*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ (b) in accordance with the following particular method:
  *b) selon lojorme particuliere suivante:*

☒ (c) by delivery to the addressee, who accepted it voluntarily.*
  *c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

  -(identity and description of person)
  *-fidentai et qualit; de la pervonne)*
  A. v. Vliet

  -relationship to the addressee family, business or other
  *-liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
  business

2) that the document has not been served, by reason of the following facts*:
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement***
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

_____

In appropriate cases, documents establishing the service:
*Le cas echeant, les documents justificatifs de l'execution:*

Done at Amsterdam          the 14/2/05
*Fait 'a*                    *le*

Signature and/or stamp
*Signatureset cachet.*

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

(article 5, fourth paragraph)
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
*Nom ei addressee tie l'autorite requirante:*
Phebus & Koester, 136 West Main Street, Urbana, Illinois 61801

**Particulars of the parties:**
*Identite des parties:*
Phebus & Koester represents the plaintiff in this complaint, Randall J. Sandone

## JUDICIAL DOCUMENT
### ACTE JUDICIA IRE

**Nature and purpose of the document:**
*Nature et obiet tie l'acte-*
Plaintiff Sandone has filed civil complaints against ABN AMRO Ventures B.V., in the United States of America

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*
The complaint has been filed in the US Dist. Ct. State of IL and the Circuit Ct. of the Sixth Judicial District in Champaign, IL

**Date and place for entering appearance-**
*Date el lieu de la comparution:*
As per attached Summons.

**Court which has given judgment**:*
*Juridiction qui a rendu la decision:*
Not applicable

**Dale of judgment**:*
*Date de /a decision:*
Not applicable

**Time limits stated in the document**:*
*Indication des delias figurant dans l'acte:*
As stated therein

## EXTRAJUDICIAL DOCUMENT
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet l'acte:*
Not applicable

**Time limits stated in the document:**
*Indication des delias figurant dans l'acte:*
Not applicable

Arrondissementsparket **Amsterdam** 3 Verwacht 1-2-2005

Postbus 84500   postcode 1080 BV

BARCODE PTT   3S GRB14257351

Akte van uitreiking (R)   939

109476

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 12 7650/05/27

ABN AMRO Ventures B.V.
Gustav Mahlerlaan 10
1082 PP Amsterdam

De hierboven bedoelde brief heb ik, ondergetekende:

*Adres na verhuisbericht PTT Post*

I  heden, 1 februari 2005, te 11:05 uur,
   te (straat, huisnr. en plaatsnaam) Gustav Mahlerlaan 10 Amsterdam

A  ☐ uitgereikt aan: A. v. Vliet
   1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
   2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.
   3 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.

B  ☐ ☐ niet uitgereikt, omdat:
   1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
   2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.
   3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

Naam en voorletters  Shoep A.
Functie + standplaats  Postbode Amsterdam

Handtekening

---

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.
Handtekening voor ontvangst:
A. v. Vliet

Zittingsdatum:

De aan ommezijde bedoelde gerechtelijke brief heb ik, ondergetekende,

heden, _____ , te _____ uur, ter griffie van

de arrondissementsrechtbank te _____ uitgereikt aan

(waarnemend) griffier van die rechtbank, omdat:
- ☐ blijkens deze akte de uitreiking van de gerechtelijke brief niet overeenkomstig artikel 529, tweede of derde lid, onderscheidenlijk artikel 530, tweede en derde lid, van het Wetboek van Strafvordering heeft kunnen plaatsvinden.
- ☐ van de geadresseerde geen woon- of verblijfplaats in Nederland bekend is.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

*Naam en voorletters* _____

*Functie* _____

*Handtekening* _____

De griffier van bovengenoemde arrondissementsrechtbank verklaart dat de gerechtelijke brief op _____ als gewone brief is verzonden aan het aan ommezijde vermelde adres van geadresseerde.

*De griffier,*

De officier van justitie in het aan ommezijde vermelde arrondissement verklaart dat de gerechtelijke brief op _____ als gewone brief is verzonden aan het aan ommezijde vermelde adres van de geadresseerde in het buitenland.

*De officier van justitie,*