AO 440 (Rev. 3/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

RANDALL J. SANDONE

V.

ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-2232

TO: (Name and address of Defendant)

ABN AMRO BANK, N.V.
Bustav Mahlerlaan 10
1082 PP Amsterdam
The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.W. PHEBUS
GARY D. FORRESTER
DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Walters                    12-17-04
CLERK                                DATE

s/K. Marsh
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE |
| NAME OF SERVER (PRINT) || TITLE |
| *Check one box below to indicate appropriate method of service* |||
| ☐ Served personally upon the defendant. Place where served: |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |||
| ☐ Returned unexecuted: |||
| ☐ Other (specify): |||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                Signature of Server

_____
Address of Server

(See attached Request for Service Abroad of Judicial or Extrajudicial Documents)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.