**E-FILED**
Friday, 18 March, 2005  11:50:24 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| RANDALL J. SANDONE | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, | ) | |
| a Dutch corporation; ABN AMRO BANK | ) | |
| N.V., Amsterdam, a Dutch corporation; and | ) | |
| ABN AMRO VENTURES B.V., | ) | |
| Amsterdam, a Dutch Corporation | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rules 12(b)(2), 12(b)(5), and 12(b)(6), Defendants ABN AMRO Holding

N.V.; ABN AMRO Bank N.V.; and ABN AMRO Ventures B.V. ("Defendants") respectfully

move this Court to dismiss Plaintiff's Amended Complaint with prejudice.  In support of their

motion, Defendants state as follows:

1.      Plaintiff is a shareholder and former chief executive officer of Argus Systems

Group, Inc. ("Argus"), an Illinois corporation.

2.      Defendants are Dutch corporations organized under the laws of the Netherlands

with their primary places of business in the Netherlands.  One of the Defendants, ABN AMRO

Ventures B.V., was an investor in Argus.

3.      On behalf of a putative class of Argus shareholders, Plaintiff alleges that

Defendants are responsible for damage to Argus's corporate value caused by the actions of

Defendants' designee on Argus's board of directors.

4.      Argus is now in Chapter 7 bankruptcy proceedings in the U.S. Bankruptcy Court for the Central District of Illinois.

5.      Plaintiff lacks standing to bring his Amended Complaint because his claim is derivative in nature and is now vested exclusively in the bankruptcy trustee. Dismissal with prejudice is appropriate because Plaintiff will *never* have standing to assert a derivative claim against Defendants.

6.      Plaintiff has failed to comply with federal and state procedural prerequisites to bringing a derivative claim.

7.      Plaintiff has failed to state a claim upon which relief can be granted.  Courts have consistently rejected Plaintiffs' theory of respondeat superior liability because it would dangerously expand the fiduciary duties of shareholders to other shareholders.

8.      Jurisdiction is improper, as plaintiff has not served process in accordance with the Hague Convention, and has failed to establish personal jurisdiction over the individual ABN-AMRO defendants.

Accordingly, Defendants respectfully move this Court to dismiss the Amended Complaint with prejudice.

Date:  March 18, 2005                          Respectfully submitted,

                                               /s/ Edward M. Wagner
                                               Edward M. Wagner
                                               Richard P. Klaus
                                               HEYL, ROYSTER, VOELKER & ALLEN
                                               102 E. Main Street
                                               Suite 300
                                               P.O. Box 129
                                               Urbana, IL  61803-0129
                                               (217) 334-0060

                                               *Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on March 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Gary D. Forrester, Esq.
    Joseph W. Phebus, Esq.
    Daniel J. Pope, Esq.
    PHEBUS & KOESTER
    136 W. Main St.
    Urbana, IL  61801

                    /s/ Edward M. Wagner
                    Edward M. Wagner
                    HEYL, ROYSTER, VOELKER & ALLEN
                    102 E. Main Street
                    Suite 300
                    P.O. Box 129
                    Urbana, IL  61803-0129
                    Ph: (217) 334-0060
                    Fax: (217 334-9295
                    ewagner@hrva.com