UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2232 |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch Corporation; and ABN AMRO VENTURES, B.V., a Dutch corporation | ) ) ) ) ) | Hon. Harold A. Baker |
| Defendant. | | |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

COMES NOW Plaintiff Randall J. Sandone, by one of his attorneys, Joseph W. Phebus of the law firm of Phebus & Koester, and respectfully moves for an extension of time until April 14, 2005 to file a memorandum in opposition to defendants' ABN AMRO Holding N.V. et al. motion to dismiss in support thereof states:

1. The motion and supporting memo was filed March 18, 2005.

2. That on March 16th, 2005, attorney Gary Forrester who is the attorney in the firm primarily responsible for responding to the motion, left on vacation out of the country and will not return to the office until March 30, 2005.

3. Of the other attorneys in the office who have had any involvement in the matter Daniel Pope, whose involvement as of this date has been minor, left for vacation and will be returning to the office on March 28, 2005.

        Attorney Joseph Phebus returned to the office from a combination of out of town depositions and vacation on March 21, 2005, and has commitments that will substantially occupy the majority of his time until April 1, 2005.

4.     The Defendants have no objection to this motion.

        RANDALL J. SANDONE, Plaintiff, by one of his attorneys, JOSEPH W. PHEBUS of the law firm of PHEBUS & KOESTER

        s/Joseph W. Phebus____
        PHEBUS & KOESTER

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard L. Klaus, Edward M. Wagner.

        s/Joseph W. Phebus_____
        PHEBUS & KOESTER
        136 West Main Street
        Urbana, Illinois 61801
        (217)337-1400
        (217)337-1607 (fax)
        jwphebus@phebuslaw.com

PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400

F:\DOCS\JOE\SANDONE\ABN AMRO\Motion for Ext of Time.doc