UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch Corporation | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THEIR
MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants move to supplement their Motion to Dismiss the Amended Complaint <u>and</u> Memorandum in Support of that Motion in order to apprise the Court of recent developments related to this case, including an Order entered by the U.S. Bankruptcy Court for the Central District of Illinois on <u>April 13, 2005</u>. The Bankruptcy Court's Order confirms that plaintiff Randall J. Sandone lacks standing to bring his claim against defendants. Specifically, defendants move to supplement to include the following points:

1.  On April 1, 2005, plaintiff filed an "Emergency Motion for Order of Assignment" (attached as Ex. D) in *In re Argus Systems Group, Inc.*, No. 03-91852, a Chapter 7 proceeding pending in the U.S. Bankruptcy Court for the Central District of Illinois. Plaintiff's Emergency Motion sought an Order assigning to him "any and all authority the bankruptcy trustee may have to pursue a suit against ABN AMRO [sic] for diminution of shareholder value on behalf of the corporation and its shareholders."

2. A response brief (attached as Ex. E) was filed by ABN AMRO Private Equity, a division of ABN AMRO Bank, N.V.

3. On April 13, the Bankruptcy Court conducted a hearing on plaintiff's Emergency Motion. Plaintiff submitted a reply brief (attached as Ex. F) in open court.

4. Following arguments, the Court issued an Order (attached as Ex. G) denying plaintiff's Emergency Motion.

5. The Bankruptcy Court's refusal to divest the trustee of his exclusive authority to pursue an action for diminution of corporate value confirms that plaintiff lacks standing to bring his claim against defendants.

Date: April 14, 2005

Respectfully submitted,

s/ Edward M. Wagner
Edward M. Wagner
Richard P. Klaus
HEYL ROYSTER VOELKER & ALLEN
102 E. Main Street , Suite 300
P.O. Box 129
Urbana, IL  61803-0129
(217) 334-0060
*Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                                s/ Edward M. Wagner
                                                Edward M. Wagner
                                                HEYL ROYSTER VOELKER & ALLEN
                                                102 E. Main Street, Suite 300
                                                P.O. Box 129
                                                Urbana, IL  61803-0129
                                                Ph: (217) 334-0060
                                                Fax: (217 334-9295
                                                ewagner@hrva.com