IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
                                      )  No. 03-91852
ARGUS SYSTEMS GROUP, INC.             )

**EMERGENCY MOTION FOR ORDER OF ASSIGNMENT**

COMES NOW Randall J. Sandone ("Sandone"), by and through his attorneys, Phebus & Koester, and moves for an order directing the bankruptcy trustee to assign to Sandone any and all authority the bankruptcy trustee may have in relation to the subject matter described herein below, and in support thereof states as follows:

1. On November 1, 2004, Sandone filed an amended class action complaint in the United States District Court for the Central District of Illinois, Urbana Division, seeking damages as a result of the defendants' ("ABN AMRO") alleged breach of their fiduciary duty owed to Sandone and other putative class members in relation to the diminution of shareholder value in Argus. *Sandone v. ABN AMRO*, Case No. 04-2232. Attached hereto and marked as Exhibit 1 is a copy of the amended complaint.

2. In said Case No. 04-2232, on March 18, 2005, defendants moved to dismiss the amended complaint, asserting *inter alia* that Sandone "lacked standing" because his suit is allegedly a "shareholder derivative suit" that can be brought solely by the bankruptcy trustee on behalf of Argus and its shareholders. Attached hereto and marked as Exhibit 2 is a copy of defendants' memorandum in support of their motion to dismiss.

3. Sandone does not agree or accept that his said amended complaint against ABN AMRO is a "shareholder derivative suit" as urged by defendants, and is preparing to file a timely memorandum in the United States District Court for the Central District of Illinois, Urbana Division, in opposition to defendants' motion to dismiss.

1

Exhibit "__D__"

4.   Nevertheless, in an abundance of caution, Sandone requests and moves that this Court order that the bankruptcy trustee assign to Sandone, in his capacity as plaintiff representative in Case No. 04-2232, any and all authority the bankruptcy trustee may have to pursue a suit against ABN AMRO for diminution of shareholder value on behalf of the corporation and its shareholders.

5.   It is Sandone's understanding, based on information and belief, that these bankruptcy proceedings remain open pending a final report to this Court, and accordingly Sandone requests and moves that the said assignment be made prior to closure of these bankruptcy proceedings.

6.   A draft order is attached hereto for the Court's consideration.

WHEREFORE, Sandone respectfully requests that this Court order the bankruptcy trustee to assign his authority to Sandone, consistent with the foregoing and the terms of the attached draft order.

RANDALL J. SANDONE, Plaintiff, by one of his attorneys, GARY D. FORRESTER of the law firm of PHEBUS & KOESTER

_____
Gary D. Forrester

## CERTIFICATE OF SERVICE

I, GARY D. FORRESTER, certify I served this Motion by mailing a copy to:

P. Stephen Miller
Trustee for Argus Systems Group, Inc.
11 East North Street
Danville, Illinois 61832

James W. Evans
Evans, Froehlich, Beth & Chamley
44 Main Street, Suite 310
Champaign, Illinois 61820

from Urbana, Illinois, on this 31st day of March, 2005.

_____

PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400