E-FILED
Thursday, 14 April, 2005 10:34:49 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE                                           CASE NO. 03-91852

ARGUS SYSTEMS GROUP INCORPORATED,

DEBTOR(S)

O R D E R

A hearing having been held on April 13, 2005, on the following matters:

1) Emergency Motion for Order of Assignment by Randall J. Sandone

2) ABN AMRO Private Equity's Opposition to Randall J. Sandone's Emergency Motion for Order of Assignment

3)

4)

5)

6)

It is ordered that:

| Matter No. | Action |
|---|---|
| _____ | Allowed        Order entered _____ |
| ____/____ | Denied |
| _____ | Dismissed |
| _____ | Withdrawn     _____ Enter docket text order. |
| _____ | Continued to _____, 2005, at _____, Fed. Bldg., 201 N Vermilion, Rm. 120, Danville, IL |
| _____ | Continue _____ days. |
| _____ | Other _____ |

DATED: April 13, 2005.

*Gerald D. Fines* (signature)

GERALD D. FINES
Chief U. S. Bankruptcy Judge

Exhibit " G "