# PHEBUS & KOESTER
### ATTORNEYS AT LAW—ESTABLISHED 1895

Darius E. Phebus*
Wendell G. Winkelmann*
  •Retired

Joseph W. Phebus
Thomas F. Koester
Gary D. Forrester*
Gwenda M. Broeren, R.N.**
Daniel J. Pope
  *Admitted in Illinois, Oregon, South Dakota
   and Victoria, Australia
  **Admitted in Illinois and Colorado
  All others admitted in Illinois only

Telephone: (217) 337-1400
Fax: (217) 337-1607

*www.phebuslaw.com*

Mailing Address:
Post Office Box 1008
Urbana, Illinois 61803-1008

Office Address:
136 West Main Street
Urbana, Illinois 61801-2797

Larry E. Adelsberger, Investigator

January 11, 2005

VIA FACSIMILE: 31 (0)70 381 38 40
The Public Prosecutor
District Court of the Hague
Juliana Van Stolberglaan 2-4
2595 CL s'Gravenhage (The Hague)
The Netherlands

Dear Public Prosecutor:

    Re:    Sandone v. ABN AMRO

    You will recall that we mailed complaints & summonses to your office for service on the defendant ABN AMRO in the matter of Sandone v. ABN AMRO. Attached for your convenience is a translated version of the complaint against ABN AMRO, in case this is needed. Would you be kind enough to confirm that you have received all of the transmitted documents, and that ABN AMRO has been served with all of the documents in a timely manner? Thank you for your attention to the above.

Sincerely,

Gary D. Forrester

GDF/kkc
Encl.

PLAINTIFF'S EXHIBIT
B