## Arrondissementsparket Den Haag

Postadres Postbus 20302, NL-2500 EH Den Haag Nederland

Bezoekadres
Paleis van Justitie
Prins Clauslaan 60
NL-2595 AJ Den Haag
Telefoon +31 (0)70 381 31 31

Phebus & Knoester
--
136 West Main Street
61801 URBANA, ILINOIS
Verenigde Staten van AMerika

| | | |
|---|---|---|
| Onderdeel | Zwacri/IR | Gaarne bij uw reactie |
| Contactpersoon | Mw. C. van der Veer/ veerc1@sgrarr.drp.minjus.nl | onderdeel, contactpersoon, |
| Doorkiesnummer(s) | +31 (0)70 381 3345 / Fax +31 (0)70 381 3840 | ons kenmerk en datum vermelden |
| Datum | 16 februari 2005 | |
| Ons kenmerk | **IR 905.132.22** | |
| Uw kenmerk | -- | |
| Bijlage(n) | 1 | |
| Onderwerp | Rechtshulpverzoek | |

Geachte heer/mevrouw,

Hierbij retourneer ik uw bescheiden. Aan het daarin gestelde verzoek is voldaan.

Herewith I return your documents. The request made in them has been complied with.

In der Anlage sende Ich Ihnen Ihre Unterlagen wieder zu. Ihrem Antrag kan stattgegeben worden.

J'ai l'honneur de vous renvoyer ci-joint les documents que vous m'avez fait parvenir en vous communiquant quíl a été satisfait à la requete qui y est formulée.

De Officier van Justitie,
The Public Prosecutor,
Der Staatsanwalt,
Le Procureur de la Reine
voor deze/by proxy/im Auftrag/en son nom

Mw. C. van der Veer
medewerkster internationale rechtshulp


PLAINTIFF'S EXHIBIT C

# Arrondissementsparket Den Haag

Postadres Postbus 20302, NL-2500 EH Den Haag Nederland

Bezoekadres
Paleis van Justitie
Prins Clauslaan 60
NL-2595 AJ Den Haag
Telefoon +31 (0)70 381 31 31

Phebus & Knoester
--
136 West Main Street
61801 URBANA, ILINOIS
Verenigde Staten van AMerika

| | |
|---|---|
| Onderdeel | Zwacri/IR |
| Contactpersoon | Mw. C. van der Veer/ veerc1@sgrarr.drp.minjus.nl |
| Doorkiesnummer(s) | +31 (0)70 381 3345 / Fax +31 (0)70 381 3840 |
| Datum | 16 februari 2005 |
| Ons kenmerk | **IR 905.132.21.** |
| Uw kenmerk | -- |
| Bijlage(n) | 1 |
| Onderwerp | Rechtshulpverzoek |

Gaarne bij uw reactie
onderdeel, contactpersoon,
ons kenmerk en datum vermelden

Geachte heer/mevrouw,

Hierbij retourneer ik uw bescheiden. Aan het daarin gestelde verzoek is voldaan.

Herewith I return your documents. The request made in them has been complied with.

In der Anlage sende Ich Ihnen Ihre Unterlagen wieder zu. Ihrem Antrag kan stattgegeben worden.

J'ai l'honneur de vous renvoyer ci-joint les documents que vous m'avez fait parvenir en vous communiquant quíl a été satisfait à la requete qui y est formulée.

De Officier van Justitie,
The Public Prosecutor,
Der Staatsanwalt,
Le Procureur de la Reine
voor deze/by proxy/im Auftrag/en son nom

Mw. C. van der Veer
medewerkster internationale rechtshulp

# Arrondissementsparket Den Haag

Postadres Postbus 20302, NL-2500 EH Den Haag Nederland

Bezoekadres
Paleis van Justitie
Prins Clauslaan 60
NL-2595 AJ Den Haag
Telefoon +31 (0)70 381 31 31

Phebus & Knoester
--
136 West Main Street
61801 URBANA, ILINOIS
Verenigde Staten van AMerika

| | |
|---|---|
| Onderdeel | Zwacri/IR |
| Contactpersoon | Mw. C. van der Veer/ veerc1@sgrarr.drp.minjus.nl |
| Doorkiesnummer(s) | +31 (0)70 381 3345 / Fax +31 (0)70 381 3840 |
| Datum | 16 februari 2005 |
| Ons kenmerk | **IR 905.132.20** |
| Uw kenmerk | -- |
| Bijlage(n) | 1 |
| Onderwerp | Rechtshulpverzoek |

Gaarne bij uw reactie onderdeel, contactpersoon, ons kenmerk en datum vermelden

Geachte heer/mevrouw,

Hierbij retourneer ik uw bescheiden. Aan het daarin gestelde verzoek is voldaan.

Herewith I return your documents. The request made in them has been complied with.

In der Anlage sende Ich Ihnen Ihre Unterlagen wieder zu. Ihrem Antrag kan stattgegeben worden.

J'ai l'honneur de vous renvoyer ci-joint les documents que vous m'avez fait parvenir en vous communiquant quíl a été satisfait à la requete qui y est formulée.

De Officier van Justitie,
The Public Prosecutor,
Der Staatsanwalt,
Le Procureur de la Reine
voor deze/by proxy/im Auftrag/en son nom

Mw. C. van der Veer
medewerkster internationale rechtshulp