E-FILED
Friday, 22 April, 2005 02:55:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2232 |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) | The Honorable Judge Harold A. Baker |
| | ) | |
| Defendants. | | |

**PLAINTIFF'S MOTION FOR A STAY PENDING HIS APPEAL FROM A FINAL ORDER OF THE BANKRUPTCY JUDGE IN *IN RE: ARGUS SYSTEMS GROUP, INC.*, No. 03-91852**

COMES NOW the Plaintiff, Randall J. Sandone, by and through one of his attorneys, Gary D. Forrester of Phebus & Koester, and moves this Court for an order staying these proceedings pending the determination of his appeal to the District Court from the final order made on April 13, 2005, by the bankruptcy court in *In Re: Argus Systems Group, Inc.*, No. 03-91852, and in support thereof states:

1. Pending before this Court is Defendants' motion to dismiss, based in significant part on Defendants' assertion that Plaintiff's claim herein is derivative in nature and must be pursued if at all by the Trustee in *In Re: Argus Systems Group, Inc.*, No. 03-91852.

2. In an abundance of caution, and expressly without conceding that his claim is derivative in nature, Plaintiff filed in the Bankruptcy Court an emergency motion for an order of assignment, ordering that the Trustee

1

assign to Plaintiff any and all interest he may have in these proceedings, so that Plaintiff could pursue this class action on behalf of others similarly situated without any doubt as to his standing to do so.

3. On April 13, 2005, the bankruptcy judge denied Plaintiff's said emergency motion.

4. On April 22, 2005, Plaintiff filed his Notice of Appeal to the District Court from the said order of the bankruptcy judge. A copy of the Notice of Appeal is attached hereto and marked as Exhibit 1.

5. Until the District Court has considered and ruled in relation to the said appeal, Plaintiff respectfully submits that these proceedings should be stayed, as an issue germane to these proceedings is outstanding and yet to be determined by the District Court.

Dated: April 22, 2005                           Respectfully submitted,

RANDALL J. SANDONE, Plaintiff, by one of his attorneys, GARY D. FORRESTER of the law firm of PHEBUS & KOESTER

s/ Gary D. Forrester

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard L. Klaus, Edward M. Wagner.

s/Gary D. Forrester___
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217)337-1400

2

(217)337-1607 (fax)
gforrester@phebuslaw.com

*f:\docs\joe\sandone\abn amro\mo stay--federal.doc*