IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| ARGUS SYSTEMS GROUP, INC. | ) ) ) ) ) | No. 03-91852 |

**PLAINTIFF'S NOTICE OF APPEAL TO THE DISTRICT COURT FROM A FINAL ORDER OF THE BANKRUPTCY COURT**

Randall J. Sandone, shareholder, Argus Systems Group, Inc., appeals under 28 U.S.C. §158(a) from the final order of the bankruptcy judge entered in this proceeding on April 13, 2005.

The names of all parties to the said final order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

> P. Stephen Miller
> Trustee for Argus Systems Group, Inc.
> 11 East North Street
> Danville, Illinois 61832
> 217/442-0350

> James W. Evans
> Evans, Froehlich, Beth & Chamley
> 44 Main Street, Suite 310
> Champaign, Illinois 61820
> 217/359-6494

> Edward Wagner,
> Heyl, Royster, Voelker & Allen
> P.O. Box 129
> Urbana, Illinois 61803-0129
> Tel. 217/344-9295
> (Counsel for ABN AMRO Private Equity)

EXHIBIT 1                                                                                               1

Dated: April 22, 2005 Respectfully submitted,

RANDALL J. SANDONE, Plaintiff, by one of his attorneys, GARY D. FORRESTER of the law firm of PHEBUS & KOESTER

_____
Gary D. Forrester

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2005, I filed the foregoing Notice by hand with the Clerk of the Court, in lieu of electronic filing, and served the persons named in the said Notice by U.S. Mail.

_____
Gary D. Forrester
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217)337-1400
(217)337-1607 (fax)
gforrester@phebuslaw.com

*f:\docs\joe\sandone\abn amro\appeal from bankr ct--federal.doc*

EXHIBIT 1                                                                                           2