10513-P5548
RPK:slc
G:\48\P5548\P5548NOT 001

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 04-2232 |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, | ) | Hon. Harold A. Baker |
| a Dutch corporation; ABN AMRO BANK | ) | |
| N.V., Amsterdam, a Dutch corporation; and | ) | |
| ABN AMRO VENTURES B.V., | ) | |
| Amsterdam, a Dutch corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

NOW COMES the Defendants, ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, by their attorneys, Heyl, Royster, Voelker & Allen, and hereby give notice that on today's date they have filed with the Court the attached **Exhibit "A"**, which is the **TRANSCRIPT OF HEARING ON: MOTION FOR APPROVAL/AUTHORITY; OBJECTION THERETO BEFORE THE HONORABLE GERALD D. FINES, J.U.S.B.C.**, taken IN THE MATTER OF: ARGUS SYSTEMS GROUP,

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

INC., United States Bankruptcy Court, Central District of Illinois, Case No. 03-91852, on April 13, 2005.

ABN AMRO HOLDING N.V., Amsterdam,
a Dutch corporation; ABN AMRO BANK N.V.,
Amsterdam, a Dutch corporation; and
ABN AMRO VENTURES B.V., Amsterdam,
a Dutch corporation, Defendants

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W. Main Street
Urbana, IL  61801

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2