E-FILED
Friday, 06 May, 2005  11:45:05 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, a Dutch corporation; ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR A STAY**

Defendants oppose Plaintiff's Motion for a Stay pending his appeal from an order entered by the bankruptcy court in *In re Argus Sys. Group, Inc.*, No. 03-91852. A stay would be pointless in these circumstances because Defendants' pending Rule 12 Motion, which has now been briefed by both sides, asks the Court to resolve (among other issues) precisely the issues that are subject of the appeal from the bankruptcy court. Those issues are: (1) whether Plaintiff's claim, which is brought on behalf of a shareholder class and based on an allegation of diminution of corporate value, is derivative in nature, and (2) whether that claim is therefore vested exclusively in the bankruptcy trustee.

Defendants' pending Rule 12 Motion shows that dismissal of the Amended Complaint is warranted for several reasons, including failure of service, lack of personal jurisdiction, and failure to state a claim upon which relief may be granted. The Motion further shows that Plaintiff's claim, which seeks damages based on diminution of Argus Systems' corporate value, is derivative in nature and is vested *exclusively* in the trustee for the estate of Argus. In an

attempt to get around this fatal problem, Plaintiff filed an emergency motion in the bankruptcy court seeking an order that would divest the Trustee of his exclusive authority and vest it in Plaintiff. Following briefing and oral argument, the bankruptcy court denied plaintiff's Emergency Motion. Though it is questionable whether the bankruptcy court's order was "final" under 28 U.S.C. § 158(a)(1) and (d), Plaintiff filed a Notice of Appeal from that order without seeking leave of the bankruptcy court.

Plaintiff's bankruptcy appeal asks this Court to stay its ruling on the pending Rule 12 Motion in order to resolve one of the issues addressed in that Motion. That makes little sense in terms of judicial economy: this Court's ruling on the Rule 12 Motion will moot the appeal, but the Court's ruling on the appeal in the bankruptcy case will not moot the Rule 12 Motion. For his part, Plaintiff has failed to enunciate a single reason why it would make sense for this Court to resolve the bankruptcy appeal first. Accordingly, Defendants respectfully request that this Court deny Plaintiff's Motion for a Stay.

Date:  May 6, 2005                                    Respectfully submitted,

                                                      s/ Edward M. Wagner
                                                      Edward M. Wagner
                                                      Richard P. Klaus
                                                      HEYL ROYSTER VOELKER & ALLEN
                                                      102 E. Main Street
                                                      Suite 300
                                                      P.O. Box 129
                                                      Urbana, Illinois  61803-0129
                                                      (217) 334-0060
                                                      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                                                                       s/ Edward M. Wagner
                                                                                    Edward M. Wagner
                                                                                    HEYL ROYSTER VOELKER & ALLEN
                                                                                    102 E. Main Street
                                                                                    Suite 300
                                                                                    P.O. Box 129
                                                                                    Urbana, Illinois  61803-0129
                                                                                    Ph: (217) 334-0060
                                                                                    Fax: (217 334-9295
                                                                                    ewagner@hrva.com