**E-FILED**
Tuesday, 21 June, 2005  02:06:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  04-2232 |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a | ) | The Honorable Judge Harold A. |
| Dutch corporation; and ABN AMRO | ) | Baker |
| VENTURES B.V., Amsterdam, a Dutch | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | | |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff RANDALL J. SANDONE by and through his attorneys Joseph W. Phebus, Gary D. Forrester, and Daniel J. Pope of Phebus & Koester, and pursuant to Rule 15 of the Federal Rules of Civil Procedure moves for leave to file a second amended complaint in this cause, a copy of which second amended complaint is attached hereto and marked as Exhibit A.  In support thereof, Plaintiff states that justice to all parties requires that the previously-filed complaint herein be amended on the basis of discovery in separate litigation pertaining to ABN AMRO's corporate status and activities.

WHEREFORE, Plaintiff prays that leave be granted pursuant to Rule 15 to amend the pleadings as per attached Exhibit A.

BY:  s/Gary D. Forrester
Gary D. Forrester
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801

1

(217) 337-1400
(217) 337-1607 (fax)
gdforrester@phebuslaw.com


BY:  s/ Joseph W. Phebus
Joseph W. Phebus
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
jwphebus@phebuslaw.com

BY:  s/ Daniel J. Pope
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
dpope@phebuslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard P. Klaus
HEYL ROYSTER VOELKER & ALLEN
P.O. Box 129
Urbana, Illinois 61801-0129
rklaus@hrva.com

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
P.O. Box 129
Urbana, Illinois 61801-0129
ewagner@hrva.com


BY:  s/Gary D. Forrester
Gary D. Forrester

Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
gdforrester@phebuslaw.com

*f:\docs\joe\sandone\abn amro\Mo Leave 2nd am complaint--federal.doc*