# PHEBUS & KOESTER
### ATTORNEYS AT LAW—ESTABLISHED 1895

Darius E. Phebus*
Wendell G. Winkelmann*
  *Retired

Joseph W. Phebus
Thomas F. Koester
Gary D. Forrester*
Gwenda M. Broeren, R.N.**
Daniel J. Pope
  *Admitted in Illinois, Oregon, South Dakota
   and Victoria, Australia
  **Admitted in Illinois and Colorado
  All others admitted in Illinois only

Telephone: (217) 337-1400
Fax: (217) 337-1607

*www.phebuslaw.com*

Mailing Address:
Post Office Box 1008
Urbana, Illinois 61803-1008

Office Address:
136 West Main Street
Urbana, Illinois 61801-2797

Larry E. Adelsberger, Investigator

December 17, 2004

The Public Prosecutor
District Court of the Hague
Juliana Van Stolberglaan 2-4
2595 CL s'Gravenhage (The Hague)
The Netherlands

Dear Public Prosecutor:

    Re:    Sandone v. ABN AMRO

    This firm represents Mr. Randall J. Sandone in civil litigation against ABN AMRO, and in particular against the following ABN AMRO corporations:

    1.    ABN AMRO BANK, N.V.
    2.    ABN AMRO VENTURES, B.V.
    3.    ABN AMRO HOLDING. N.V.

    Mr. Sandone is suing each of the three named corporations in two separate courts here in the State of Illinois. One court is the United Stated District Court for the Central District of Illinois (<u>Federal</u> Court); the other court is the Circuit Court of the Sixth Judicial District of Illinois (<u>State</u> Court).

    Enclosed (in duplicate) are three completed copies of the "Request for Service Abroad of Judicial or Extrajudicial documents," which forms have been provided to us by the United States Department of Justice, to meet the requirements of the Hague Convention. Each of the three completed Request forms pertains to one of the three Dutch corporations named above.

    Also enclosed are the following documents:



PLAINTIFF'S EXHIBIT
A

PHEBUS & KOESTER

1. Three (3) Complaints & Summons in the <u>Federal</u> Court proceedings, one of which is to be served on each of the three Dutch corporations as designated in the Summons;

2. Three (3) Complaints & Summons in the <u>State</u> Court proceedings, one of which is to be served on each of the three Dutch corporations as designated in the Summons;

3. Six (6) blank Certificate/Attestation forms (one for each of the six Complaints & Summons), to be completed by your office after service, and returned to us;

4. Completed "Summary of the Document to be Served" form (in triplicate, one pertaining to each of the three Dutch corporations).

Would you be kind enough to attend to the following <u>within the time frames specified in the courts' summonses</u>:

1. Serve the Complaints & Summons on each Dutch corporation as designated. <u>Each</u> company should receive two (2) complaints and two (2) summons, one of which will be Federal, and one of which will be State.

2. Following service, complete the Certificate/Attestation forms.

3. Send to us, by international mail, six (6) completed copies of the Certificate/Attestation forms (one for <u>each</u> defendant in <u>each</u> action, Federal & State).

If the documents need to be translated, would you kindly let us know by email (gforrester@phebuslaw.com) the cost of translation prior to proceeding. If you have any questions, or wish to bring any matters to our attention, kindly contact either me or Kristen Conley of this office by telephone, email, or facsimile transmission.

PLEASE NOTE: The date for completion of service of the Federal Summons & Complaint is January 6, 2005; the date for completion of service of the State Summons & Complaint is January 17, 2005.

Sincerely,

Gary D. Forrester

GDF/kkc

2