Arrondissementsparket Amsterdam  
Postbus 34500    postcode 1080 BV

BARCODE PTT    3S GRB14257351

Akte van uitreiking (R)  934

AC9476  
Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 12  7650/05/27

ABN AMRO Ventures BV.  
Gustav Mahlerlaan 10  
1082 PP  Amsterdam

De hierboven bedoelde brief heb ik, ondergetekende:    *Adres na verhuisbericht PTT Post*

I   heden, 1 februari 2005, te 11:05 uur,  
te *(straat, huisnr. en plaatsnaam)* Gustav Mahlerlaan 10 Amsterdam

A  ☑ uitgereikt aan: A.v Vliet  
   1 ☐ die verklaarde bestuurder van geadresseerde te zijn.  
   2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.  
   3 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.

B  ☐ ☐ niet uitgereikt, omdat:  
   1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.  
   2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.  
   3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.  
Naam en voorletters  Sloep A.              Handtekening  
Functie + standplaats  Postbode Amsterdam

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.  
Handtekening voor ontvangst:  
A.v Vliet                    Zittingsdatum:



PLAINTIFF'S EXHIBIT  
E

**Arrondissementsparket Amsterdam**

J. Ver——
1-2-2005

Postbus 84500   postcode 1080 BV

BARCODE PTT    3S GRB14257353

Akte van uitreiking (R)    938

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer  13  7650/05/29

ABN AMRO Bank NV
Gustav Mahlerlaan 10
1082 PP   Amsterdam

De hierboven bedoelde brief heb ik, ondergetekende:    *Adres na verhuisbericht PTT Post*

I  heden,  1 Februari  2005 , te  11:05  uur,
te (straat, huisnr. en plaatsnaam)  Gustav Mahlerlaan 10 Amsterdam

A  ☒ uitgereikt aan: A. v Vliet
   1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
   2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.
   3 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.

B  ☐  ☐ niet uitgereikt, omdat:
   1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
   2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.
   3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

Naam en voorletters  Sloof M.    Handtekening
Functie + standplaats  Postbode Amsterdam

---

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.
*Handtekening voor ontvangst:*

A. v Vliet                          Zittingsdatum:

Bij loketuitreiking: omschrijving en nr. legitimatiebewijs    Si 2000  1/2 19 - 11R

Arrondissementsparket Amsterdam  *1-2-2005*

Postbus 84500    postcode 1080 BN



BARCODE PTT    3S GRB14257352

Akte van uitreiking (R)

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 13 7650/05/28

ABN AMRO Holding NV
Gustav Mahlerlaan 10
1082 PP Amsterdam

De hierboven bedoelde brief heb ik, ondergetekende:    *Adres na verhuisbericht PTT Post*

I  heden, 1 Februari 2005, te 11:00 uur,
   te (straat, huisnr. en plaatsnaam) Gustav Mahlerlaan 10 Amsterdam
   A  ☒  uitgereikt aan: A. v. Vliet
        1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
        2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.
        3 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.
   B  ☐  ☐ niet uitgereikt, omdat:
        1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
        2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.
        3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

Naam en voorletters _____    Handtekening _____
Functie + standplaats  Postbode Amsterdam

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.
Handtekening voor ontvangst:

A. v. Vliet    Zittingsdatum: