UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2232 |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) | The Honorable Judge Harold A. Baker |
| Defendants. | | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COMES NOW plaintiff RANDALL J. SANDONE by and through one of his attorneys Gary D. Forrester of Phebus & Koester, and seeks leave of Court to file a supplemental response to the motion of defendants ABN AMRO BANK N.V., Amsterdam, a Dutch corporation ("Bank") and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation ("Ventures"), and in support states (a) that Bank and Ventures have filed a motion and memorandum in the Circuit Court of the Sixth Judicial Circuit, Champaign County, Illinois, *Sandone v. Walz et al.*, No. 02-L-272, that stands in stark contradiction to the "shareholder derivative" assertions they have made to this Court; (b) the Circuit Court has made a determination that Bank and Ventures are subject to Illinois jurisdiction under the Long Arm Statute, 735 ILCS § 5/2-209, on the basis of their "doing business" activities in Illinois, contrary to the assertions made by Bank and Ventures to this Court in the matter *sub judice*; and (c) Bank and Ventures have been served pursuant to the requirements of the Hague Convention.

1

Attached hereto as Exhibit 1 is plaintiff's proposed Supplemental Response, together with exhibits attached thereto.

WHEREFORE, plaintiff prays that this Court grant his motion.

Dated: October 12, 2005

Respectfully submitted,

RANDALL J. SANDONE, Plaintiff, by one of his attorneys, GARY D. FORRESTER of the law firm of PHEBUS & KOESTER

BY: <u>s/Gary D. Forrester</u>
Gary D. Forrester
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
gdforrester@phebuslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard L. Klaus
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
217-344-0060
217-344-9295 (fax)
rklaus@hrva.com

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
(217) 344-0060
344-9295 (fax)
ewagner@hrva.com

BY:  s/ Gary D. Forrester
Gary D. Forrester
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
gforrester@phebuslaw.com

*f:\docs\joe\sandone\abn amro\Mo Leave File Supp Resp--federal.doc*

3