IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| RANDALL J. SANDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02-L-272 |
| ) | |
| KEITH WALZ, PAUL MCNABB, ) | |
| WILLIAM O'NEILL, ABN AMRO BANK ) | |
| N.V., Amsterdam, a Dutch corporation, and ) | |
| ABN AMRO Ventures, B.V., Amsterdam, ) | |
| a Dutch corporation, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS ABN AMRO BANK N.V. AND ABN AMRO VENTURES B.V.'S
## MOTION TO DISMISS

Defendants ABN AMRO Bank N.V. and ABN AMRO Ventures B.V. (together, the "ABN AMRO Defendants") move pursuant to Sections 2-615, 2-619(a)(3), and 2-619.1 to dismiss the Fifth Amended Complaint with respect to the ABN AMRO Defendants on the grounds (1) that it fails to state a claim and (2) that there is a near-identical action pending between the same parties in federal district court. In support of their motion, the ABN AMRO Defendants state as follows:

1.  The Fifth Amended Complaint should be dismissed with respect to the ABN AMRO Defendants because it fails to state a claim upon which relief can be granted. Courts have consistently rejected Plaintiffs' theory of respondeat superior liability because it would dangerously expand the fiduciary duties of shareholders to other shareholders.

2.  The Fifth Amended Complaint should be dismissed with respect to the ABN AMRO Defendants because a near-identical action is pending against the ABN AMRO Defendants in the United States District Court for the Central District of Illinois, *Sandone v.*



EXHIBIT B

*ABN AMRO Ventures B.V and ABN AMRO Bank N.V.*, No. 04-2232 (C.D. Ill. filed Oct. 29, 2004). In the federal court case, as in the present case, Plaintiff is attempting to hold the ABN AMRO Defendants liable on a respondeat superior basis for the alleged breaches of fiduciary duty by an employee of ABN AMRO Bank who served on the board of Argus System Group, Inc. In the interests of comity and judicial efficiency, these duplicative claims should not both be allowed to proceed.

Wherefore, the ABN AMRO Defendants respectfully move to dismiss the Fifth Amended Complaint pursuant to 735 ILCS 5/2-301(a), 5/2-615, and 5/2-619.1.

Dated: October 6, 2005

ABN AMRO BANK N.V. and ABN AMRO VENTURES B.V.

By: _Edward M Wagner_
One of Their Attorneys

Edward M. Wagner
Heyl Royster Voelker & Allen
102 East Main Street, Suite 300
P.O. Box 129
Urbana, Illinois 61803-0129
(217) 344-0060
(217) 344-9295 (fax)

Brian D. Sieve, P.C.
Andrew A. Kassof
Benjamin W. Hulse
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60610
(312) 861-2000
(312) 861-2200 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on the 6th day of October, 2005:

J.W. Phebus
Gary D. Forrester
Daniel J. Pope
Phebus & Koester
136 West Main Street
Urbana, IL  61801

*Edward M. Wagner*
Edward M. Wagner