10513-P5548
G:\48\P5548\P5548PMI 004
EMW/slc

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| RANDALL J. SANDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Number: 02 L 272 |
| ) | |
| KEITH WALZ, PAUL MCNABB, ) | |
| WILLIAM O'NEILL, ABN AMRO ) | |
| HOLDING, N.V., Amsterdam, a Dutch ) | |
| corporation; ABN AMRO BANK N.V., ) | |
| Amsterdam, a Dutch corporation, and ) | |
| ABN AMRO Ventures, B.V., Amsterdam, ) | |
| a Dutch corporation, ) | |
| ) | |
| Defendants. ) | |

FILED
JUN 2 0 2005
CLERK OF THE CIRCUIT
CHAMPAIGN COUNTY

### ORDER

CAUSE COMING ON TO BE HEARD at Hearing held June 3, 2005, on the Motion to Quash Service of Process and Motion to Dismiss for Lack of Personal Jurisdiction filed April 4, 2005 by ABN AMRO HOLDING, N.V.; ABN AMRO BANK N.V., and ABN AMRO Ventures, B.V., and the Court being fully advised in the premises, and all parties present through counsel, and having reviewed all pleadings and briefs filed with respect to those motions, rules as follows:

1.   The Motion to Quash Service of Process as to ABN AMRO HOLDING, N.V.; ABN AMRO BANK N.V., and ABN AMRO Ventures, B.V., is allowed. Alias Summons is authorized to issue as to ABN AMRO BANK N.V. and ABN AMRO Ventures, B.V.

   a.   The plaintiff's motion and request to serve ABN AMRO BANK N.V. and/or ABN AMRO Ventures, B.V. by and through service upon their counsel of record


EXHIBIT D

or upon any law firm of their counsel of record is denied. Further, plaintiff's oral motion at time of hearing to extend the time to effect service of any issued Summons or Alias Summons to 120 days, or beyond the time allowable by law, is denied.

2. The Motion to Dismiss for Lack of Personal Jurisdiction is granted as to ABN AMRO HOLDING, N.V.; however, it is denied as to ABN AMRO BANK N.V. and ABN AMRO Ventures, B.V.

3. Plaintiff is given leave to file a Fifth Amended Complaint.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED.

Date: 6/20/05   By: _____
Judge
The Honorable Michael Q. Jones

(copy)

Approved as to form:

_____
Gary D. Forrester
Phebus & Koester
Attorneys for plaintiff, Randall J. Sandone

_____
Benjamin W. Hulse
Kirkland & Ellis LLP
Attorney for ABN AMRO HOLDING, N.V.;
ABN AMRO BANK N.V., and ABN AMRO
Ventures, B.V.

_____
Edward M. Wagner
Heyl, Royster, Voelker & Allen
Attorneys for ABN AMRO HOLDING, N.V.;
ABN AMRO BANK N.V.; ABN AMRO
Ventures, B.V.; KEITH WALZ, PAUL
MCNABB and WILLIAM O'NEILL