E-FILED
Monday, 24 October, 2005  10:07:26 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2232 |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) | The Honorable Judge Harold A. Baker |
| Defendants. | | |

**PLAINTIFF'S MOTION FOR SCHEDULING ORDER**

COMES NOW Plaintiff, Randall J. Sandone, by his attorneys, Phebus & Koester, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure moves for a scheduling order and proposes the following:

1. Initial disclosures under Rule 26 to be made within ten days after the Rule 16 conference.

2. Fact discovery to be completed within 180 days following the completion date for initial disclosures under Rule 26.

3. Plaintiff to identify testifying experts and to provide Rule 26 expert reports within 60 days following the completion date for fact discovery.

4. Plaintiff's experts to be deposed within 60 days following the completion date for plaintiff's identification of testifying experts.

5. Defendants to identify testifying experts and to provide Rule 26 expert reports within 60 days following the completion date for deposition of plaintiff's experts.

6. Defendants' experts to be deposed within 60 days following the completion date for defendants' identification of testifying experts.

7. Rebuttal experts and Rule 26 rebuttal expert reports to be identified within 60 days of the completion date for deposition of defendants' experts.

8. Rebuttal experts to be deposed within 30 days of the completion date for identification of rebuttal experts.

9. The Court to establish a date for the filing of dispositive motions.

10. The Court to establish a date for the final pre-trial conference.

11. The Court to establish a date for the jury trial.

WHEREFORE, plaintiff Randall J. Sandone respectfully requests that this Court enter the requested scheduling order.

Dated: October 24, 2005          Respectfully submitted,

RANDALL J. SANDONE, Plaintiff, by one of his attorneys, GARY D. FORRESTER of the law firm of PHEBUS & KOESTER

BY:  s/Gary D. Forrester
Gary D. Forrester
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
gdforrester@phebuslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard L. Klaus  
HEYL ROYSTER VOELKER & ALLEN  
PO Box 129  
Urbana, IL 61801-0129  
217-344-0060  
217-344-9295 (fax)  
rklaus@hrva.com  

Edward M. Wagner  
HEYL ROYSTER VOELKER & ALLEN  
PO Box 129  
Urbana, IL 61801-0129  
(217) 344-0060  
344-9295 (fax)  
ewagner@hrva.com  

                                  BY: s/ Gary D. Forrester  
                                  Gary D. Forrester  
                                  Attorney for Plaintiff  
                                  PHEBUS & KOESTER  
                                  136 West Main Street  
                                  Urbana, Illinois 61801  
                                  (217) 337-1400  
                                  (217) 337-1607 (fax)  
                                  gforrester@phebuslaw.com  

F:\DOCS\JOE\sandone\mo sched order.doc