E-FILED
Monday, 24 October, 2005  10:13:04 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2232 |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch Corporation; and | ) ) | Hon. Harold A. Baker |
| ABN AMRO VENTURES, B.V., a Dutch corporation | ) ) | |
| Defendant. | | |

**PLAINTIFF'S MOTION FOR RULE 16 CONFERENCE**

COMES NOW Plaintiff Randall J. Sandone, by one of his attorneys, Gary D. Forrester of the law firm of Phebus & Koester, and respectfully moves and requests that this Court schedule a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure for the purpose of addressing the objectives stated therein.

Dated: October 24, 2005              Respectfully submitted,

                                     RANDALL J. SANDONE, Plaintiff, by one
                                     of his attorneys, GARY D. FORRESTER of
                                     the law firm of PHEBUS & KOESTER


                                     BY:  s/Gary D. Forrester
                                     Gary D. Forrester
                                     Attorney for Plaintiff
                                     PHEBUS & KOESTER
                                     136 West Main Street
                                     Urbana, Illinois 61801
                                     (217) 337-1400
                                     (217) 337-1607 (fax)
                                     gdforrester@phebuslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard L. Klaus
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
217-344-0060
217-344-9295 (fax)
rklaus@hrva.com

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
(217) 344-0060
344-9295 (fax)
ewagner@hrva.com

                    BY:  s/ Gary D. Forrester
                    Gary D. Forrester
                    Attorney for Plaintiff
                    PHEBUS & KOESTER
                    136 West Main Street
                    Urbana, Illinois 61801
                    (217) 337-1400
                    (217) 337-1607 (fax)
                    gforrester@phebuslaw.com