

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| RANDALL J. SANDONE,<br><br>        Plaintiff,<br><br>        v.<br><br>KEITH WALZ, PAUL MCNABB,<br>WILLIAM O'NEILL, ABN AMRO BANK<br>N.V., Amsterdam, a Dutch corporation, and<br>ABN AMRO Ventures, B.V., Amsterdam,<br>a Dutch corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 02-L-272<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF CARLY LEMANS IN SUPPORT OF THE ABN AMRO DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

I, Carly Lemans, declare as follows:

1. I am over twenty-one years of age and make this Affidavit based on my own personal knowledge. If called to testify, I could and would testify competently to the matters set forth herein.

2. I am Vice President of Group Legal at ABN AMRO Bank N.V., Amsterdam, in The Netherlands. My business address is Gustav Mahlerlaan 10, 1082 PP Amsterdam, The Netherlands. In addition, in my role as counsel for ABN AMRO Bank, one of my responsibilities is to coordinate the defense of ABN AMRO Bank and ABN AMRO Ventures in the above-captioned litigation with outside counsel in the United States.

3. In the course of my employment with ABN AMRO Bank N.V., I have become familiar with the operations of ABN AMRO Bank N.V. and ABN AMRO Ventures B.V., two of the defendants in this lawsuit.

4. ABN AMRO Bank and ABN AMRO Ventures are distinct legal entities. Each is

EXHIBIT A



separately incorporated under the laws of The Netherlands and maintains its primary place of business in The Netherlands. ABN AMRO Ventures is a subsidiary of ABN AMRO Bank.

5.  On September 20 of this year, I received two envelopes ("the *Sandone* envelopes"), each containing a summons issued by the Clerk of the Circuit Court of the Sixth Judicial Circuit in Champaign County, Illinois, in the above-captioned litigation, and a copy of the Fifth Amended Complaint in that litigation. The Champaign County summonses were issued on July 12, 2005. They state: "This summons may not be served later than 30 days after its date." Thirty days after July 12 was August 11, 2005. Neither the *Sandone* envelopes nor any papers contained in those envelopes indicated the actual date of service. The certifications of service accompanying the summonses that I received had not been filled out.

6.  On October 6, I learned for the first time that the *Sandone* envelopes were delivered by a process server to the mailroom at the ABN AMRO Bank head office at the Gustav Mahlerlaan in Amsterdam on August 9. The *Sandone* envelopes had been delivered to me through internal channels. My understanding is that the envelopes were initially placed on the desk of a colleague who was on vacation, and only after the colleague returned were those envelopes delivered to me on September 20. I was not aware of the *Sandone* envelopes before September 20.

8.  On September 20, I contacted outside counsel (Benjamin W. Hulse of Kirkland & Ellis LLP in Chicago, Illinois, USA) to inform him that the papers had been served, but that I was not certain of the date of service. Based on the date I received the papers, I did not believe they had been served on or before August 11, 2005. In fact, some writing on one of the envelopes stated "Maandag Bellen 22/8" ("Monday call 8/22"), which suggested to me that the



papers were probably served on or about Friday, August 19. A copy of that envelope is attached hereto as Exhibit A.

9. The next day, I mailed the *Sandone* envelopes to outside counsel. My understanding is that outside counsel received those envelopes on Monday, September 26.

10. From September 21 through October 5, I attempted to determine the date of service by inquiring internally at ABN AMRO Bank and by attempting (unsuccessfully) to contact the process server. My investigation was slowed by the fact that I was required to be out of the office for several days for work reasons. Through my investigation, I was unable to determine the date of service. It was only this morning that I learned for the first time that the papers were served on August 9.

FURTHER AFFIANT SAYETH NOT.



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2005.

CARLY LEMANS
Vice President of Group Legal
ABN AMRO Bank N.V.

Arrondissementsparket Amsterdam
Postbus 84500, 1080 BN Amsterdam

I 2/76 50/05/268

Exh. A to Lemans' aff. ("C")

1044155
1044150

1044136
830025
MAANDAG
BELLEN 22/8
22/68
11:35
we,12/8
1 pp

284 48
12:30
99

TPG Post
Port betaald
Port payé
Pays-Bas

Exhibit " A "