E-FILED
Thursday, 27 October, 2005  03:23:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2232 |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a | ) | The Honorable Judge Harold A. |
| Dutch corporation; and ABN AMRO | ) | Baker |
| VENTURES B.V., Amsterdam, a Dutch | ) | |
| corporation, | ) | |
| | | |
| Defendants. | | |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

COMES NOW Plaintiff, Randall J. Sandone, by his attorneys, Phebus & Koester, and pursuant to CDIL-LR 7.1(A) moves for an order of this Court scheduling oral argument on the various motions that are outstanding before this Court, and in support thereof states as follows:

1. Plaintiff's initial complaint was filed on October 29, 2004. Three defendants were named initially, to-wit: ABN AMRO Holding N.V., Amsterdam, a Dutch corporation ("Holding"); ABN AMRO Bank N.V., Amsterdam, a Dutch corporation ("Bank"); and ABN AMRO Ventures B.V., Amsterdam, a Dutch corporation ("Ventures").

2. Plaintiff filed an amended complaint against the said three defendants on November 1, 2004, and duly served defendants with the amended complaint and summonses, via the Hague Convention on February 1, 2005. The return

1

       of service documents were duly scanned and filed electronically on March 15, 2005.

3. In the interim, on February 28, 2005, defendants entered a general appearance in this cause.

4. On March 18, 2005, defendants filed a motion to dismiss the amended complaint, together with a memorandum in support thereof.

5. On April 14, 2005, plaintiff filed his response to defendants' motion to dismiss, pursuant to this Court's order extending the time for this response.

6. On June 21, 2005, plaintiff moved for leave to file a second amended complaint which, *inter alia*, terminated Holding as a party. This Court granted leave by order dated June 22, 2005.

7. On July 12, 2005, defendants (Bank and Ventures) filed their motion to dismiss the second amended complaint together with a memorandum in support thereof.

8. On July 20, 2005, plaintiff filed his response to defendants' said motion to dismiss the second amended complaint.

9. On October 12, 2005, plaintiff moved for leave to file a supplemental response to defendants' motion to dismiss, which attached as an exhibit thereto the proposed supplemental response.

10. On October 24, 2005, plaintiff moved for a scheduling order and for a Rule 16 conference.

11. Also on October 24, 2005, Bank and Ventures filed their "response and opposition" to plaintiff's said motion for leave to file a supplemental response.

12. Finally, on October 25, 2005, plaintiff filed his motion for leave to reply to the said "response and opposition" of Bank and Ventures, which attached as an exhibit thereto a copy of the proposed reply.

13. In sum, there are several outstanding motions before this Court, as follows:

    A. Defendants' motion to dismiss the second amended complaint;

    B. Plaintiff's motion for leave to file a supplemental response to defendants' said motion;

    C. Plaintiff's motions for a scheduling order and for a Rule 16 conference; and

    D. Plaintiff's motion for leave to file a reply to defendants' said "response and opposition."

14. Further, plaintiff anticipates that several prospective class representatives will petition this Court in the next few days to intervene as additional named plaintiffs.

15. Oral argument is desired on the said outstanding matters for the purpose of achieving clarity as to the issues that are presently before this Court, and to respond to any queries the Court might have with respect to the future conduct of this litigation. Oral argument is also desired to provide a comprehensive analysis of the interrelated issues that have been raised by the various motions, so as to provide a sound basis for this Court's rulings on the motions.

WHEREFORE, plaintiff Randall J. Sandone respectfully requests that this Court enter and order scheduling oral argument on the said outstanding motions.

Dated: October 27, 2005                              Respectfully submitted,

                                                     RANDALL J. SANDONE, Plaintiff, by one of
                                                     his attorneys, GARY D. FORRESTER of the
                                                     law firm of PHEBUS & KOESTER


                                                     BY:  s/Gary D. Forrester
                                                     Gary D. Forrester
                                                     Attorney for Plaintiff
                                                     PHEBUS & KOESTER
                                                     136 West Main Street
                                                     Urbana, Illinois 61801
                                                     (217) 337-1400
                                                     (217) 337-1607 (fax)
                                                     gdforrester@phebuslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard L. Klaus
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
217-344-0060
217-344-9295 (fax)
rklaus@hrva.com

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
(217) 344-0060
344-9295 (fax)
ewagner@hrva.com

                                                     BY:  s/ Gary D. Forrester
                                                     Gary D. Forrester
                                                     Attorney for Plaintiff
                                                     PHEBUS & KOESTER
                                                     136 West Main Street

4

Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
gforrester@phebuslaw.com

F:\DOCS\JOE\sandone\mo oral argument.doc

5