# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ABN AMRO DEFENDANTS' COMBINED OPPOSITION TO PLAINTIFFS' MOTIONS FOR A RULE 16 CONFERENCE AND FOR A SCHEDULING ORDER

ABN AMRO Bank N.V. and ABN AMRO Ventures B.V. (the "ABN AMRO Defendants") submit that Plaintiff's Motion for a Rule 16 Conference and Motion for a Scheduling Order are premature given the pending ABN AMRO Defendants' Motion to Dismiss and the legal deficiency of Plaintiff's claims.  Beginning discovery now would impose a costly and likely unnecessary burden on the ABN AMRO Defendants, who are Dutch corporations based in Amsterdam, The Netherlands.  Should this court grant Plaintiff's Motion and order a Rule 16 Conference while the ABN AMRO Defendants' motion to dismiss is pending, the ABN AMRO Defendants respectfully request an opportunity to present an alternative schedule for the Court's consideration.

Date:  October 28, 2005                    Respectfully submitted,

                                              s/ Edward M. Wagner
                                              Edward M. Wagner
                                              HEYL ROYSTER VOELKER & ALLEN
                                              102 E. Main Street
                                              Suite 300
                                              P.O. Box 129
                                              Urbana, Illinois  61803-0129
                                              (217) 334-0060
                                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                              s/ Edward M. Wagner
                                              Edward M. Wagner
                                              HEYL ROYSTER VOELKER & ALLEN
                                              102 E. Main Street
                                              Suite 300
                                              P.O. Box 129
                                              Urbana, Illinois  61803-0129
                                              Ph: (217) 334-0060
                                              Fax: (217 334-9295
                                              ewagner@hrva.com