UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO BANK N.V. and ABN AMRO VENTURES B.V., | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE FILED ON OCTOBER 24, 2005**

The Local Rules do not allow parties to file reply briefs in connection with a motion to dismiss, let alone a "reply" in support of a motion to file a supplemental response to a motion to dismiss. Regardless, let this end any supposed confusion as to the ABN AMRO Defendants' position: the ABN AMRO Defendants moved to dismiss the state court action under the "same cause" doctrine of 735 ILCS 5/2-619(a)(3). The reason is because both actions arise out of the same alleged facts, even though plaintiffs' attempted legal theories in the federal and state court cases are different (*i.e.*, breach of fiduciary duty in federal court and tortious interference in state court). No amount of briefs by plaintiff can obfuscate this basic, straightforward argument.

Date:   October 28, 2005                           Respectfully submitted,


                                                   s/ Edward M. Wagner
                                                   Edward M. Wagner
                                                   HEYL ROYSTER VOELKER & ALLEN
                                                   102 E. Main Street
                                                   Suite 300
                                                   P.O. Box 129
                                                   Urbana, Illinois  61803-0129
                                                   (217) 334-0060
                                                   *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary D. Forrester, Esq.
Joseph W. Phebus, Esq.
Daniel J. Pope, Esq.
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                                  s/ Edward M. Wagner
                                                  Edward M. Wagner
                                                  HEYL ROYSTER VOELKER & ALLEN
                                                  102 E. Main Street
                                                  Suite 300
                                                  P.O. Box 129
                                                  Urbana, Illinois  61803-0129
                                                  Ph: (217) 334-0060
                                                  Fax: (217 334-9295
                                                  ewagner@hrva.com