UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2232 |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) ) | The Honorable Judge Harold A. Baker |
| | ) | |
| Defendants. | ) | |

**MOTION TO INTERVENE AS ADDITIONAL PLAINTIFFS**

COME NOW Daniel V. Gonzales, Jay A. Kasmerchak (individually and as representative of Kasmerchak, Gonzales and Associates, LLP), Paul A. Frederick, Richard A. Rodrigues, Phillip G. Sawicki, John J. Keller, Lon P. Frederick, by one of their attorneys, Gary D. Forrester of the law firm of Phebus & Koester, and pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, move for leave of this Court for permission to join plaintiff Randall J. Sandone by intervening as additional plaintiffs and as additional lead plaintiffs, and in support thereof state:

1.  At times relevant to this litigation, each of the petitioners owned and/or controlled shares of stock in Argus Systems Group, Inc., the lost value of which stock, for each individual member of the putative class, is the subject matter of this lawsuit.

2.  Each of the prospective intervenors is represented by the same attorneys as represent plaintiff Randall J. Sandone in this cause, to-wit: Joseph W.

1

Phebus, Daniel J. Pope, and Gary D. Forrester of the law firm Phebus & Koester.

   3.  Each of the prospective intervenors is an experienced business leader in his or her respective field. On the basis of legal advice provided by the said law firm, each of them understands and has agreed to the following propositions with respect to a lead plaintiff's obligations in class action litigation such as the matter *sub judice*:

  A. A class action is a lawsuit brought by individuals on a representative basis, on behalf of others similarly situated, to obtain equitable relief and/or damages for the benefit of the group as a whole.

  B. A class representative represents the interests of all members similarly situated in the litigation.

  C. A class member has claims that are typical of those of the class, and thus involve common issues of law or of fact. As class representatives, each of the intervenors' claims against the defendants is typical of the class claims against them.

  D. A class representative must consider the interests of the class just as he/she would consider his/her own interests.

  E. A class representative participates actively in the lawsuit, and may be asked to testify at deposition and trial, answer written interrogatories, and keep generally aware of the status and progress of the lawsuit.

  F. A class representative recognizes and accepts that any resolution of a class action lawsuit, such as by settlement or dismissal, is subject to this Court's approval, and must be designed in the best interests of the class as a whole.

  G. A class representative is not required to be particularly sophisticated or knowledgeable with respect to the legal framework of the lawsuit. However, he/she should be interested in the progress of the lawsuit and must provide his/her lawyers and this Court with all relevant facts of which he/she is aware.

  H. A class representative volunteers to represent other people with similar claims and damages because he/she believes that it is important that all benefit from the lawsuit and because he/she believes that a class lawsuit will save time, money and effort, and

thus will benefit all parties and this Court.

4. The defendants have not yet answered or otherwise filed a pleading in response to the Second Amended Complaint, and accordingly, intervention by petitioners will not delay or prejudice the rights of the original parties.

5. Each of the prospective intervenors has been provided with a copy of the Second Amended Complaint filed herein, and each agrees with the matters alleged therein and the relief sought. Each of the prospective intervenors shares claims with plaintiff Randall J. Sandone, which claims involve common questions of law and fact, including but not limited to those pertaining to defendants' conduct with respect to the said shares of Argus stock at relevant times, and defendants' potential liability to plaintiffs and class members as a result of that conduct.

6. Each of the prospective intervenors consents to the jurisdiction of this Court.

7. Attached hereto as Exhibit A is a proposed Third Amended Complaint, which is identical to the Second Amended Complaint save that it adds the prospective intervenors as plaintiffs.

8. The plaintiff Randall J. Sandone has no objection to this petition, but on the contrary joins in the request.

WHEREFORE, prospective intervenors Daniel V. Gonzales, Jay A. Kasmerchak, Paul A. Frederick, Richard A. Rodrigues, Phillip G. Sawicki, John J. Keller, Lon P. Frederick, respectfully request that their motion be granted and that this Court grant leave for the filing of the attached Third Amended Complaint.

BY: s/Gary D. Forrester

        Gary D. Forrester
        Attorney for Plaintiffs
        PHEBUS & KOESTER
        136 West Main Street
        Urbana, Illinois 61801
        (217) 337-1400
        (217) 337-1607 (fax)
        gdforrester@phebuslaw.com


BY:  s/ Joseph W. Phebus
Joseph W. Phebus
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
jwphebus@phebuslaw.com

BY:  s/ Daniel J. Pope
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
dpope@phebuslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard P. Klaus
HEYL ROYSTER VOELKER & ALLEN
P.O. Box 129
Urbana, Illinois 61801-0129
rklaus@hrva.com

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
P.O. Box 129
Urbana, Illinois 61801-0129
ewagner@hrva.com

BY: s/Gary D. Forrester
Gary D. Forrester
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
gdforrester@phebuslaw.com

*f:\docs\joe\sandone\petition intervene.doc*

5