As ...ted as of November 15, 2000

and only the named director or directors may be removed at such meeting, and (b) if the corporation has cumulative voting and if less than the entire board is to be removed, no director may be removed, with or without cause if the votes cast against his or her removal would be sufficient to elect him or her if then cumulatively voted at an election of the entire board of directors, and (c) if a director is elected by a class or series of shares, he or she may be removed only by the shareholders of that class or series.

### Article IV

### OFFICERS

Section 1. <u>Number.</u> At its annual meeting the board of directors shall elect a president, a secretary and a treasurer and, from time to time, may elect a chairman of the board of directors, one or more vice presidents and such assistant secretaries, assistant treasurers and other officers, agents and employees as it may deem proper. Any two or more offices may be held by the same person.

Section 2. <u>Election and Term of Office.</u> The elective officers of the corporation shall be elected annually by the board of directors at its annual meeting. If the election of officers shall not be held at such meeting, such election shall be held as soon thereafter as conveniently may be. Vacancies may be filled or new offices filled at any meeting of the board of directors. Each officer shall hold office until his successor shall have been duly elected and shall have qualified or until his or her death or until he or she shall resign or shall have been removed in the manner hereinafter provided. Election or appointment of an officer or agent shall not of itself create contract rights.

Section 3. <u>Removal.</u> With the exception of the Chairman of the Board of Directors and the President, any officer or agent elected or appointed by the board of directors may be removed by the board of directors whenever in its judgment the best interests of the corporation would be served thereby, but such removal shall be without prejudice to the contract rights, if any, of the person so removed. The Chairman of the Board of Directors and/or the President may be removed only with the concurrence of the shareholders of the company as evidenced by the affirmative vote of a 2/3rds majority of holders (or proxy holders) of the outstanding Common Stock of the corporation at a special meeting held for that purpose.

Section 4. <u>Chairman of the Board of Directors.</u> The chairman of the board of directors, if a chairman of the board of directors has been elected and is serving, shall be the chief executive officer of the corporation and shall in general supervise and control all of the business and affairs of the corporation. The chairman shall preside at all meetings of the shareholders and board of directors. He or she may sign, with the secretary or any other proper officer of the corporation thereunto authorized, certificates for shares of the corporation, and, when authorized by the board of directors, any deeds, mortgages, bonds, contracts or other instruments. The chairman shall perform such other duties as may be prescribed by the board of directors from time to time.

EXHIBIT 3