

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RANDALL J. SANDONE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2232 |
| | ) | |
| vs. | ) | Hon. Harold A. Baker |
| | ) | |
| ABN AMRO HOLDING N.V., Amsterdam, | ) | |
| a Dutch corporation; ABN AMRO BANK | ) | |
| N.V., Amsterdam, a Dutch corporation; and | ) | |
| ABN AMRO VENTURES B.V., | ) | |
| Amsterdam, a Dutch Corporation | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF CARLY LEMANS IN SUPPORT OF THE DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Carly Lemans, hereby state and declare as follows:

1. I am Vice President of Group Legal at ABN AMRO Bank N.V., Amsterdam, in The Netherlands.

2. In the course of my employment with ABN AMRO Bank N.V. I have become familiar with the operations of ABN AMRO Bank, N.V., ABN AMRO Holding N.V., and ABN AMRO Ventures B.V., the three defendants in this lawsuit.

3. ABN AMRO Bank, ABN AMRO Holding, and ABN AMRO Ventures are distinct legal entities. Each is separately incorporated under the laws of The Netherlands and maintains its primary place of business in The Netherlands. ABN AMRO Bank is a subsidiary of ABN AMRO Holding. ABN AMRO Ventures is a subsidiary of ABN AMRO Bank.

4. ABN AMRO Holding does not do business in the State of Illinois. It does not have an agent for service of process in Illinois, does not own property in Illinois, does not maintain offices in Illinois, has no employees in Illinois, and does not keep books and records in

EXHIBIT "A"

Illinois.

5.  ABN AMRO Ventures does not currently do any business in the State of Illinois. It also does not have an agent for service of process in Illinois, does not own property in Illinois, does not maintain offices in Illinois, has no employees in Illinois, and does not keep books and records in Illinois. It also does not have any subsidiaries operating in Illinois. ABN AMRO Ventures formerly owned a minority stake in an Illinois corporation named Argus Systems Group, Inc. ("Argus"), based in Savoy, Illinois. ABN AMRO Ventures was just one among many stakeholders in Argus. Argus is now in liquidation in the U.S. Bankruptcy Court for the Central District of Illinois. Argus is the only Illinois corporation in which ABN AMRO Ventures has invested.

6.  Keith Walz, who sat on the board of Argus from January 2002 until Argus's bankruptcy, is managing director of ABN AMRO Private Equity. ABN AMRO Private Equity is a business unit of ABN AMRO Bank. It is not a business unit of ABN AMRO Ventures.

7.  In early February of this year, I received three envelopes ("the *Sandone* envelopes"), each containing a summons issued by the United States District Court for the Central District of Illinois on December 17, 2004, in a lawsuit entitled *Randall J. Sandone v. ABN AMRO Holding, Amsterdam, et al.*, No. 04-2232, and a copy of the Amended Complaint in that action. Each envelope also contained a summons issued by the Clerk of the Circuit Court of the Sixth Judicial Circuit in Champaign County, Illinois, in a lawsuit entitled *Randall J. Sandone v. Keith Walz, et al.*, No. 02-L-272, and a copy of the Third Amended Complaint in that action. The Champaign County summonses were issued on December 17, 2004. They state: "This summons may not be served later than 30 days after its date."

8.  It is my understanding that the *Sandone* envelopes were delivered to Mr. A. van

2

Vliet, who works in the mailroom at the ABN AMRO Bank head office at the Gustav Mahlerlaan in Amsterdam. The *Sandone* envelopes were then delivered to me through internal channels.

9. None of the *Sandone* envelopes contained a summary of the enclosed documents, as provided for by Article 5 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2005.                             _____
                                                        CARLY LEMANS