UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RANDALL J. SANDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-2232 |
| ) | |
| ABN AMRO HOLDING N.V., Amsterdam, a ) | The Honorable Judge Harold A. |
| Dutch corporation; ABN AMRO BANK ) | Baker |
| N.V., Amsterdam, a Dutch corporation; and ) | |
| ABN AMRO VENTURES B.V., Amsterdam, ) | |
| a Dutch corporation, | |
| Defendants. | |

## AFFIDAVIT OF KRISTEN CONLEY
## IN SUPPORT OF
## PLAINTIFF'S RESPONSE TO DEFENDANTS' MEMORANDUM IN SUPPORT
## OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT

I, Kristen K. Conley, being first duly sworn on oath, deposes and states as follows:

1. I am an administrative assistant in the employ of Phebus & Koester, the attorneys for the Plaintiff in this cause.

2. On December 17, 2004, I arranged for the transmission, via Airborne Express (Airbill No. 1180961725), of three (3) copies of the amended complaint and three (3) summonses in these federal court proceedings (No. 04-2232) to The Public Prosecutor, District Court of the Hague, Juliana Van Stolberglaan 2-4, 2595 CL s'Gravenhage (The Hague), The Netherlands, together with a covering letter dated December 17, 2004, from Gary D. Forrester, one of Phebus & Koester's attorneys. Attached hereto and marked as Exhibit A is a copy of the said covering letter. The said amended complaint and summonses have in due course been filed in this Court.

3. Each of the said summonses had attached thereto a "Request for Service Abroad of Judicial or Extrajudicial Documents"; a "Certificate/Attestation" form; and a "Summary of Document to be Served" form.



4.  On January 11, 2005, I sent via facsimile [31(0)70 381 38 40] to the said Public Prosecutor in The Hague a translated version of the said amended complaint, together with a covering letter dated January 11, 2005, from Gary Forrester. Attached hereto and marked as Exhibit B is a copy of the said covering letter.

5.  On March 11, 2005, I received from De Officer van Justitie, The Public Prosecutor, Der Staatsanwalt, Den Haag, Nederland, the following documents pertaining to each of the three Defendants herein: a covering letter (*see* attached Exhibit C); a copy of the said summonses; a signed, dated and stamped original Request for Service Abroad of Judicial or Extrajudicial Documents stating that service had been effected (*see* attached Exhibit D); and an Arrondissementsparket (*see* attached Exhibit E). The said summonses, executed Requests, and Arrondissementsparkets were duly filed in this Court on March 15, 2005.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kristen K. Conley

COUNTY OF CHAMPAIGN    )
                                            ) SS
STATE OF ILLINOIS            )

SUBSCRIBED and SWORN to before me, the undersigned Notary Public, this 13th day of April, 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
KATHLEEN T OLIVEIRA
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 03/31/08

PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
F:\DOCS\JOE\SANDONE\McNabb,Walz,&O'Neill\Aff. Supp. Summ. Judg..doc

2