E-FILED
Tuesday, 15 March, 2005 10:40:12 AM
Clerk, U.S. District Court, ILCD

IR  c05.134.21
on Aban   kk. II

NIET UITREIKEN A.U.B.

U.S. Department of Justice
United States Marshals Service



## REQUEST No.
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile
ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| Phebus & Koester<br>136 West Main Street<br>Urbana, Illinois 61801 | The Public Prosecutor<br>District Court of the Hague<br>Juliana Van Stolberglaan 2-4<br>2595 CL s'Gravenhage (The Hague)<br>The Netherlands |

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in
conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof
on the addressee, i.e.,
    (identity and address)

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres.
en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:
    (identite et adresse)*

ABN AMRO HOLDING N.V., 1082 PP Amsterdam, The Netherlands

Gustav Mahlerlaan 10

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas echeant, par remise simple (article 5, alinea 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the
annexes--with a certificate* a provided on the reverse side.

*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

| List of documents<br>*Enumeration der pieces* | Done at Illinois         the Dec. 13, 2004<br>*Fait 'a                   , le* |
|---|---|
| Federal Court Complaint and Summons<br>State Court Complaint and Summons | Signature and/or stamp<br>*Signature et/ ou cachet* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77. Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)



PLAINTIFF'S EXHIBIT 10

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'attester conformiment 'a l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a execute*
   - the (date) *-le (date)*    01/02/2005
   - at (place, street, number) *-a (loralnt. rue numbo)*    Amsterdam, Gustav Mahlerlaan 10

   --in one of the following methods authorized by article 5-
   *--ons une desjormes suivantes privues it l'article 5*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes agales (artirle 5. alinea premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
   *b) selon lojorme particuliere suivante:*

   ☒ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remijesiniple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnes dans la demande ont ete remis a*

   -(identity and description of person)
   *-fidentai et qualit; de la pervonne)*
   A. v. Vliet

   -relationship to the addressee family, business or other
   *-liens de parente de subordination ou outres. avec le destruiraire de l'acte*
   business

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas ete executee, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2. de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

In appropriate cases, documents establishing the service:
*Le cas echeant, les documents justificatifs de l'execution:*

Done at Amsterdam, the 14/2/05
*Fait 'a                      le*

Signature and/or stamp.
*Signature et/ou cachet.*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion – l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

(article 5, fourth paragraph)
*(article 5, alinea 4)*

Name and address of the requesting authority:
*Nom ei addressee tie l'autorite requirante:*

Phebus & Koester, 136 West Main Street, Urbana, Illinois 61801

Particulars of the parties:
*Identite des parties:*

Phebus & Koester represents the plaintiff in this complaint, Randall J. Sandone

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

Nature and purpose of the document:
*Nature et obiet tie l'acte-*

Plaintiff Sandone has filed civil complaints against ABN AMRO Ventures B.V., in the United States of America

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance le cas echeant le montant du litige:*

The complaint has been filed in the US Dist. Ct. State of IL and the Circuit Ct. of the Sixth Judicial District in Champaign, IL

Date and place for entering appearance-
*Date el lieu de la comparution:*

As per attached Summons.

Court which has given judgment**:
*Juridiction qui a rendu la decision:*

Not applicable

Dale of judgment**:
*Date de la decision:*

Not applicable

Time limits stated in the document**:
*Indication des delias figurant dans l'acte:*

As stated therein

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet l'acte:*

Not applicable

Time limits stated in the document:**
*Indication des delias figurant dans l'acte:*

Not applicable

U.S. Department of Justice
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| Phebus & Koester<br>136 West Main Street<br>Urbana, Illinois 61801 | The Public Prosecutor<br>District Court of the Hague<br>Juliana Van Stolberglaan 2-4<br>2595 CL s'Gravenhage (The Hague)<br>The Netherlands |

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres, en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
   *(identite et adresse)*  ABN AMRO Ventures B.V., 1082 PP Amsterdam, The Netherlands

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas echeant, par remise simple (article 5, alinea 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate* a provided on the reverse side.
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

| List of documents<br>*Enumuration der pieces* | Done at Illinois, the Dec. 13, 2004<br>*Fait 'a                        . le* |
|---|---|
| Federal Court Complaint and Summons<br>State Court Complaint and Summons | Signature and/or stamp<br>*Signature et/ ou cachet* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11:00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'attesier conformiment 'a l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a execute*
 -the (date)  -le *(date)*     01/02/2005
 -at (place, street, number) -a *(loraini. rue numbo)*     Amsterdam, Gustav Mahlerlaan 10

--in one of the following methods authorized by article 5-
*--ons une desjormes suivantes privues it l'article 5*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ (b) in accordance with the following particular method:
  *b) selon lojorme particuliere suivante:*

☒ (c) by delivery to the addressee, who accepted it voluntarily.*
  *c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

-(identity and description of person)
-*fidentai et qualit; de la pervonne)*
A. v. Vliet

-relationship to the addressee family, business or other
-*liens de parente de subordination ou outres. avec le desiruiraire de l'acte*
business

2) that the document has not been served, by reason of the following facts*:
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

In appropriate cases, documents establishing the service:
*Le cas echeant. les documents justificatifs de l'execution:*

Done at Amsterdam   the 14/2/05
*Fait 'a                   le*
Signature and/or stamp
*Signature et/ou cachet*

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

(article 5, fourth paragraph)
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
*Nom ei addressee tie l'autorite requirante:*
Phebus & Koester, 136 West Main Street, Urbana, Illinois 61801

**Particulars of the parties:**
*Identite des parties:*
Phebus & Koester represents the plaintiff in this complaint, Randall J. Sandone

## JUDICIAL DOCUMENT
### ACTE JUDICIA IRE

**Nature and purpose of the document:**
*Nature et obiet tie l'acte-*
Plaintiff Sandone has filed civil complaints against ABN AMRO Ventures B.V., in the United States of America

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*
The complaint has been filed in the US Dist. Ct. State of IL and the Circuit Ct. of the Sixth Judicial District in Champaign, IL

**Date and place for entering appearance-**
*Date el lieu de la comparution:*
As per attached Summons.

**Court which has given judgment**:**
*Juridiction qui a rendu la decision:*
Not applicable

**Date of judgment**:**
*Date de la decision:*
Not applicable

**Time limits stated in the document**:**
*Indication des delias figurant dans l'acte:*
As stated therein

## EXTRAJUDICIAL DOCUMENT
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet l'acte:*
Not applicable

**Time limits stated in the document:**
*Indication des delias figurant dans l'acte:*
Not applicable

E-FILED
Tuesday, 15 March, 2005 10:44:36 AM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

# REQUEST No.
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| Phebus & Koester<br>136 West Main Street<br>Urbana, Illinois 61801 | The Public Prosecutor<br>District Court of the Hague<br>Juliana Van Stolberglaan 2-4<br>2595 CL s'Gravenhage (The Hague)<br>The Netherlands |

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
*(identite et adresse)*   ABN AMRO BANK N.V., 1082 PP Amsterdam, The Netherlands

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
  *c) le cas echeant, par remise simple (article 5, alinea 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

| List of documents<br>*Enumuration der pieces* | Done at Illinois , the Dec. 13, 2004<br>*Fait 'a , le* |
|---|---|
| Federal Court Complaint and Summons | Signature and/or stamp |
| State Court Complaint and Summons | *Signature et/ ou cachet* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'attesier conformiment 'a l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a execute*
   -the (date)  -le (date)  01/02/2005
   -at (place, street, number) -a (loralni. rue numbo)  Amsterdam, Gustav Mahlerlaan 10

--in one of the following methods authorized by article 5-
*--ons une desjormes suivanies privues it l'article 5*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ (b) in accordance with the following particular method:
   *b) selon lojorme particuliere suivante:* _____

☒ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

-(identity and description of person)
-*fidentai ei qualit; de la peryonne)*
A. v. Vliet

-relationship to the addressee family, business or other
-*liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
business

2) that the document has not been served, by reason of the following facts*:
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

In appropriate cases, documents establishing the service:
*Le cas echeant, les documents justificatifs de l'execution:*

Done at Amsterdam  the 14/2/05
*Fait 'a                   le*

Signature and/or stamp
*Signature et/ou cachet.*

[seal: OFFICIER VAN JUSTITIE AMSTERDAM]

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

(article 5, fourth paragraph)
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
*Nom ei addressee tie l'autorite requirante:*

Phebus & Koester, 136 West Main Street, Urbana, Illinois 61801

**Particulars of the parties:**
Identite des parties:

Phebus & Koester represents the plaintiff in this complaint, Randall J. Sandone

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie l'acte-*

Plaintiff Sandone has filed civil complaints against ABN AMRO Ventures B.V., in the United States of America

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

The complaint has been filed in the US Dist. Ct. State of IL and the Circuit Ct. of the Sixth Judicial District in Champaign, IL

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

As per attached Summons.

**Court which has given judgment**:**
*Juridiction qui a rendu la decision:*

Not applicable

**Dale of judgment**:**
*Date de /a decision:*

Not applicable

**Time limits stated in the document**:**
*Indication des delias figurant dans l'acte:*

As stated therein

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

Not applicable

**Time limits stated in the document:****
*Indication des delias figurant dans l'acte:*

Not applicable