Arrondissementsparket Amsterdam

JA
J Vermeer
1-2-2005

Postbus 34500   postcode 1080 BV

BARCODE PTT      3S GRB14257351

AC9476

Akte van uitreiking (R)  934

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 12 7650/05/27

ABN AMRO Ventures BV.
Gustav Mahlerlaan 10
1082 PP  Amsterdam

De hierboven bedoelde brief heb ik, ondergetekende:    Adres na verhuisbericht PTT Post

I  heden, 1 februari 2005, te 11:05 uur,
   te (straat, huisnr. en plaatsnaam) Gustav Mahlerlaan  10  Amsterdam
   A  ☑  uitgereikt aan: A. v Vliet
         1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
         2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.
         3 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.
   B  ☐  ☐ niet uitgereikt, omdat:
         1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
         2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.
         3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

Naam en voorletters  Sloep A.                        Handtekening
Functie + standplaats  Postbode  Amsterdam

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.
Handtekening voor ontvangst:
A. v Vliet                                Zittingsdatum:


PLAINTIFF'S EXHIBIT E

**Arrondissementsparket Amsterdam**

Postbus 84500   postcode 1080 BN

J. Ver___
1-2-2005

BARCODE PTT   3S GRB14257353

Akte van uitreiking (R)   938

4019

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 1Z 7650/05/29

ABN AMRO Bank NV
Gustav Mahlerlaan 10
1082 PP Amsterdam

De hierboven bedoelde brief heb ik, ondergetekende:   *Adres na verhuisbericht PTT Post*

I   heden, 1 Februari   2005, te 11:05 uur,
te (straat, huisnr. en plaatsnaam) Gustav Mahlerlaan 10 Amsterdam

A   ☒ uitgereikt aan: A.v.Vliet
   1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
   2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.
   3 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.

B   ☐ ☐ niet uitgereikt, omdat:
   1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
   2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.
   3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

Naam en voorletters   Sloof M.   Handtekening
Functie + standplaats   Postbode Amsterdam

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.
Handtekening voor ontvangst:

A.v.Vliet   Zittingsdatum:

Bij loketuitreiking: omschrijving en nr. legitimatiebewijs   Si 2000 1/2 19 - 11R

Arrondissementsparket Amsterdam  *J Verzoek 1-2-2005*

Postbus 84500    postcode 1080 BN

BARCODE PTT    3S GRB14257352

Akte van uitreiking (R)    4919    957

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 12  7650/05/28

ABN AMRO Holding NV
Gustav Mahlerlaan 10
1082 PP Amsterdam

De hierboven bedoelde brief heb ik, ondergetekende:    *Adres na verhuisbericht PTT Post*

I  heden, 1 Februari 2005, te 11:00 uur,
   te (straat, huisnr. en plaatsnaam) Gustav Mahlerlaan 10 Amsterdam

A  ☒ uitgereikt aan: A. v Vliet
      1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
      2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.
      3 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.

B  ☐ niet uitgereikt, omdat:
      1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
      2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.
      3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

Naam en voorletters _____    Handtekening _____
Functie + standplaats  Postbode Amsterdam

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.
Handtekening voor ontvangst: A. v Vliet

Zittingsdatum: