FILED
July 27, 2004
Wednesday, 04 January, 2006 02:44:20 PM
Clerk, U.S. District Court, ILCD

*Lawyer's Notes*

The discovery deposition of KEITH WALZ, taken in the above-entitled cause, before Kyla Elliott, a notary public of Cook County, Illinois, on the 27th day of July, 2004 at 515 North State Street, Suite 2800, Chicago, Illinois, pursuant to Notice.
Reported by: Kyla Elliott, CSR, RPR
License No.: 084-004264

STATE OF ILLINOIS )
) SS:
COUNTY OF C O O K )
IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS
RANDALL J. SANDONE, )
Plaintiff, )
vs. ) No. 02 L 272
KEITH WALZ, PAUL McNABB and )
WILLIAM O'NEILL, )
Defendants. )

**Page 1**

APPEARANCES:
PHEBUS & KOESTER, by
MR. JOSEPH PHEBUS &
MR. GARY D. FORRESTER
136 West Main Street
Urbana, IL 61801
(217) 337-1400
Representing the Plaintiff;
KIRKLAND & ELLIS, LLP, by
MR. ANDREW A. KASSOF
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2474
Representing Keith Walz;
LANER, MUCHIN, DOMBROW, BECKER, LEVIN &
TOMINBERG, LTD., by
MR. DEBRAI G. HAILE
515 North State Street, Suite 2800
Chicago, IL 60610
(312) 467-9800
Representing all Defendants.
ALSO PRESENT: Randall Sandone, (plaintiff)
Paul McNabb, (defendant)

**Page 2**

INDEX
WITNESS                    EXAMINATION
KEITH WALZ
By Mr. Phebus             4
EXHIBITS
NUMBER                    MARKED FOR ID
Deposition Exhibit
Nos. 126-135              4

**Page 3**

[1] (Whereupon, Deposition Exhibit [2] Nos. 126-135 were marked for [3] identification.)

[4] (Witness sworn.) [5] KEITH WALZ, [6] called as a witness herein, having been first duly [7] sworn, was examined and testified as follows:

[8] **EXAMINATION**

[9] **BY MR. PHEBUS:**

[10] **Q:** Would you state your name please, sir.

[11] **A:** Keith Walz.

[12] **Q:** What's your age?

[13] **A:** 36.

[14] **Q:** How do you spell your last name?

[15] **A:** W-a-l-z.

[16] **Q:** Would you tell us what your formal [17] education has been.

[18] **A:** Have an MBA from DePaul University and [19] bachelor's degree from University of Arkansas.

[20] **Q:** What's your bachelor's degree in?

[21] **A:** Finance.

[22] **Q:** And when did you get your MBA?

[23] **A:** 1995.

[24] **Q:** Will you trace for us your work experience

**Page 4**

[1] since receiving your undergraduate degree at [2] Arkansas?

[3] **A:** Worked at Tyson Foods for roughly 20 [4] months and then worked with a company called [5] Chicago Corporations since 1991, which ABN AMARO [6] purchased in 1997.

[7] **Q:** What is the business of Chicago [8] Corporations?

[9] **A:** It's a regional investment bank.

[10] **Q:** What's the — what was the size of the [11] bank when ABN purchased it?

[12] **A:** Roughly about 220 million in revenue.

[13] **Q:** How many employees?

[14] **A:** About 1300.

[15] **Q:** And you say it was purchased by ABN in [16] '90 —

[17] **A:** 7.

[18] **Q:** Have you remained with the bank —

[19] **A:** I have.

[20] **Q:** — up to this time? [21] Generally what is your — what have your [22] duties and responsibilities been at the bank since [23] '97?

[24] **A:** Senior investment manager for the private

**Page 5**

[1] equity division.

[2] **Q:** What does that involve?

[3] **A:** It involves raising capital, investing the [4] bank's capital in private companies.

[5] **Q:** ABN, I take it, is the sole shareholder of [6] Chicago?

[7] **A:** They've merged the companies in, correct. [8] Yes.

[9] **Q:** So it's now just a portion of ABN?

[10] **A:** Correct.

[11] **Q:** So your paycheck, so to speak, is from [12] ABN?

[13] **A:** It is.

[14] **Q:** And who is the head person at the facility [15] that you work at?

[16] **A:** I report to a person in Amsterdam.

[17] **Q:** Who would that be?

[18] **A:** Gerben Kuyper.

[19] **Q:** How do you spell that?

[20] **A:** G-e-r-b-e-n, K-u-y-p-e-r.

[21] **Q:** How long have you reported to Mr. Kuyper?

[22] **A:** For about 3 years.

[23] **Q:** Before that, who did you report to?

[24] **A:** David Bogetz (phonetic), who is the senior

**Page 6**

[1] managing partner at our group in Chicago.



PLAINTIFF'S EXHIBIT
2 / part 1

[2] **Q:** What is Mr. Kuyper's position with ABN?

[3] **A:** He's head of global private equity.

[4] **Q:** To what extent has your work involved you [5] with organizations whose primary business is [6] computer software?

[7] **A:** It's mainly my investment focus is in [8] software technology companies.

[9] **Q:** Can you tell us some of the other software [10] technology companies with which you have [11] had involvement through your position?

[12] **A:** Sure. You want specific names or —

[13] **Q:** Yes.

[14] **A:** Visual Insights, Real World Technology, [15] Phone.com, Integrated Information Systems, World [16] Web.net, SPS Commerce, GT Nexus, Yellow Bricks, [17] Upshot.com. And there's a few others.

[18] **Q:** And in your position at ABN, what is your [19] involvement typically with these software [20] companies?

[21] **A:** Depending on the size of our investment [22] and position of the company, we typically would [23] take board seats, lead rounds in the investments of [24] the company and help manage them to liquidity

*Page 7*

[1] points, try and make them create value.

[2] **Q:** Have you served on any boards as part of [3] your work for ABN AMARO —

[4] **A:** Yes.

[5] **Q:** — other than a part as the —

[6] **A:** Yes.

[7] **Q:** Tell us which boards you've been on and [8] when you went on them and if you're still on them [9] or when you went off of them.

[10] **A:** Visual Insights, went on the board in '97, [11] came off in 2003. Real World Technology, went on [12] the board in '97, came off at the end of 2002, [13] World Web.net, took the board seat in late '99, [14] came off it in early 2002. Integrated Information [15] Systems, took a board seat in the middle of '98, [16] came off it, I believe, in late 2001. Yellow [17] Bricks, took a board seat in the middle of 2000, [18] still am a board member. GT Nexus, took a board [19] seat in late 2001, still am a board member. Oasis [20] Technology, took a board seat in 1999, late, still [21] am a board member. Upshot.com, took a board seat [22] late 2001, came off the board in November of 2003. [23] What else did I have? Those are the — that's it.

[24] **Q:** On the ones where you got off the board,

*Page 8*

[1] what's the reason typically been? You were [2] replaced from somebody else at ABN or —

[3] **A:** Typically we sold our position in the [4] company and the company's been sold.

[5] **MR. KASSOF:** Just for going forward, take your [6] time because if I have an objection to a question, [7] I'll want to interpose it before you answer.

[8] Okay?

*Lawyer's Notes*

[9] **THE WITNESS:** Okay.

[10] **BY MR. PHEBUS:**

[11] **Q:** In that you have multiple boards you've [12] been on, have you developed an understanding as to [13] what your general duties and responsibilities are [14] as a corporate board member?

[15] **A:** Yes.

[16] **Q:** And in your understanding, what are they?

[17] **A:** To represent the stakeholders in the [18] company, creditors, shareholders, employees.

[19] **Q:** What's the distinction between a [20] stakeholder and a shareholder?

[21] **MR. KASSOF:** In his understanding?

[22] **MR. PHEBUS:** Yes, sir.

[23] **THE WITNESS:** Stakeholder may not necessarily [24] have an investment in the company or own shares in

*Page 9*

[1] the company.

[2] **BY MR. PHEBUS:**

[3] **Q:** Okay. An interrogatory answer I'm trying [4] to understand, other than the directors and [5] officers' errors and omissions policy of Argus, are [6] you being covered by any insurance policies in [7] regard to this litigation?

[8] **MR. KASSOF:** Object to the form.

[9] **BY MR. PHEBUS:**

[10] **Q:** In your understanding?

[11] **A:** No.

[12] **Q:** Are you aware of any that may be providing [13] coverage?

[14] **A:** We've been declined coverage from the [15] Argus policy.

[16] **Q:** Do you have any agreements as part of your [17] employment where ABN is agreeing to defend you, [18] pay the cost of defending you, indemnify you, [19] anything of that nature?

[20] **MR. KASSOF:** Object to the form of the [21] question.

[22] You can answer.

[23] **THE WITNESS:** No.

*Page 10*

[1] **BY MR. PHEBUS:**

[2] **Q:** Okay. How much have you paid attorneys' [3] fees as of this point in time?

[4] **MR. KASSOF:** Object to the form of the [5] question. And I'm actually going to instruct you [6] not to answer. It's entirely irrelevant. You can [7] articulate the relevancy for me.

[8] **MR. PHEBUS:** Queener v. Rudakib is the [9] relevance of it all. I'm entitled to know any [10] details concerning who is paying the cost of his [11] defense, who has a financial interest in the [12] defense.

[13] **MR. KASSOF:** Well, he's already — if you want [14] to submit something to me, I'll reconsider my [15] position, otherwise I'm going to instruct the [16] witness not to answer.

[17] **MR. PHEBUS:** Well, we have and it's not been

2:04-cv-02123-SLB-RBP. # 45-8 Page 3 of 23
**Randall 2003 and Brener.**
**Keith Walz, et al.**

**Keith Walz**
**July 27, 2004**

[18] answered.

[19] **MR. KASSOF:** You cited a case for me, Joe.

[20] **MR. PHEBUS:** No. I don't mean now, I mean it [21] was an interrogatory.

[22] **BY MR. PHEBUS:**

[23] **Q:** I understand your attorney is instructing [24] you not to answer my questions on this line, I'll

[1] reserve them for later and not pursue them.

[2] What have you done generally in [3] preparation for your deposition today?

[4] **A:** Had a couple face-to-face meetings to [5] understand the topics of the case and my [6] understanding of the facts.

[7] **Q:** Have you reviewed any documents?

[8] **A:** I have.

[9] **Q:** What documents have you reviewed?

[10] **A:** Documents we turned over in discovery.

[11] **Q:** Pardon?

[12] **A:** In the discovery process, documents.

[13] **Q:** We have turned over? You mean documents [14] that were produced by the defense?

[15] **A:** Documents I produced, we went over some of [16] those. And we also went over some documents that I [17] believe you produced.

[18] **Q:** Documents that have been marked as [19] deposition exhibits?

[20] **A:** (Nonverbal response.)

[21] **Q:** Yes?

[22] **A:** Correct.

[23] **Q:** Anything else as far as reviewing [24] materials?

[1] **A:** No.

[2] **Q:** Other than to your attorneys, have you [3] talked to anyone concerning the matter?

[4] **A:** I talked to Paul McNabb a few times about [5] the status of the case but no details.

[6] **Q:** Anyone else?

[7] **A:** No.

[8] **Q:** Anyone at ABN?

[9] **A:** I've informed them that litigation is [10] pending against me.

[11] **MR. KASSOF:** His question is with respect to [12] preparation — unless you say otherwise, with [13] respect to preparation for your deposition.

[14] **THE WITNESS:** No.

[15] **BY MR. PHEBUS:**

[16] **Q:** The files — I know you produced some [17] records to your attorney. Tell me about the filing [18] system you have access to that would maintain [19] records concerning your board service on Argus [20] concerning ABN's investment in Argus.

[21] **MR. KASSOF:** Object to the form of the [22] question.

[23] **BY MR. PHEBUS:**

[24] **Q:** Can you just generally describe your files

---

*Lawyer's Notes*

---

[1] for me.

[2] **A:** Typically I have an electronic files [3] through e-mails, most of my file documentation. We [4] also keep physical files of documents we might [5] receive, board minutes or board meeting [6] presentations.

[7] **Q:** You keep those here in Chicago?

[8] **A:** Yes.

[9] **Q:** All of the documents that you have [10] produced are from your files in Chicago?

[11] **A:** Yes.

[12] **Q:** I guess I should say ABN's files in [13] Chicago.

[14] **A:** Correct.

[15] **Q:** Okay. When did you first become aware of [16] Argus?

[17] **A:** I heard about Argus as a company in 1996.

[18] **Q:** What were the circumstances?

[19] **A:** I believe they were raising around the [20] financing.

[21] **Q:** Did you talk to anybody socially with [22] Argus at that time?

[23] **A:** No.

[24] **Q:** Did you just generally hear that that was

[1] happening?

[2] **A:** I did.

[3] **Q:** Then would you just generally tell us what [4] your knowledge of Argus was from then until you [5] went on the board.

[6] **A:** Little to none. Just prior to me taking a [7] board seat, I was informed of some of the [8] information about their financial position, the [9] status of the company in December '01, I believe.

[10] **Q:** Who informed you?

[11] **A:** Jan Dijkstra.

[12] **Q:** And his position then was what?

[13] **A:** I think he was a junior investment manager [14] of the bank in Amsterdam.

[15] **Q:** He's located in Amsterdam?

[16] **A:** Correct.

[17] **Q:** And still is?

[18] **A:** I believe so.

[19] **Q:** Still with ABN?

[20] **A:** I believe so.

[21] **Q:** And what generally did Mr. Dijkstra tell [22] you at that time?

[23] **A:** Basically it was just that they had [24] reached some agreements for some new documentation,

[1] financing documents of the company. And we were [2] transitioning a private equity group at ABN AMARO [3] to better manage the companies. And we talked [4] about me taking over the responsibility there [5] because I was

---

more local, had a better [6] understanding of technology markets in the US than [7] they did in Amsterdam.

[8] **Q:** Did you play any — withdraw that. [9] Did you have any involvement in [10] negotiating the terms and conditions of the [11] agreement that was eventually closed on December [12] 3rd, '01?

[13] **A:** No.

[14] **Q:** Had that been closed before Dijkstra [15] called you?

[16] **A:** Yes.

[17] **Q:** Okay. Did he ask that you serve on the [18] board?

[19] **A:** Yes.

[20] **Q:** And before you — from his conversation — [21] withdraw that.

[22] At the time of his conversation, did you [23] agree to serve on the board?

[24] **A:** Yes.

Page 16

[1] **Q:** And were you furnished any documents by [2] ABN to assist you in background and learning what [3] the company was about?

[4] **A:** I was furnished the December 3rd, 2001, [5] financing documents and also internal write-ups [6] that are prepared usually quarterly for the [7] investments.

[8] **Q:** What are these internal quarterly —

[9] **A:** Typically they were two or three pages of [10] financial information and also some narrative of [11] the status of the company, who's the investors in [12] the company, what the capitalization looks like of [13] the company.

[14] **Q:** I think I have one of those. We'll get to [15] that maybe today. Who prepares those?

[16] **A:** Typically the investment manager [17] responsible for that investment.

[18] **Q:** And to your understanding, who was that [19] investment manager for Argus?

[20] **A:** It was technically Roel Shoemacher. I [21] don't know if I'm pronouncing that correctly. But [22] he was the investment manager responsible.

[23] **Q:** And how would Dijkstra fit in with him in [24] the chain of command?

Page 17

[1] **A:** Dijkstra worked in the group and was [2] taking on some of the legwork of completing the [3] transactions.

[4] **Q:** Was he someone who reported to Shoemacher?

[5] **A:** I'm not sure if he reported directly to [6] Shoemacher. I don't recall.

[7] **Q:** Other than the quarterly reports and the [8] financing documents, what else were you given, if [9] anything, to — as far as documentation to assist [10] you in learning about the company?

[11] **A:** Nothing.

[12] **Q:** Did you at some point in time obtain [13] articles of incorporation, the bylaws, the [14] corporate minutes?

[15] **A:** They were part of the December 3rd, 2001, [16] documents, the by-laws and the articles, not board [17] minutes; I didn't receive those.

[18] **Q:** At some point in time did you receive a [19] packet of board minutes from before you went on the [20] board?

[21] **A:** I did receive a packet of board minutes. [22] I don't recall if it went back prior to my taking a [23] board seat. I don't recall.

[24] **Q:** After you went on the board, did you then

Page 18

[1] receive the board minutes when they were [2] disseminated?

[3] **A:** Yes.

[4] **Q:** Did you read the bylaws? When did you [5] first read them?

[6] **A:** I believe I first read them in around [7] March of 2002.

[8] **Q:** Was there a particular reason why you [9] looked at them at that point in time?

[10] **A:** We were putting more money into the [11] company.

[12] **Q:** Okay. Have you now seen Mr. Sandone's [13] employment agreement with Argus?

[14] **A:** I've seen it from time to time.

[15] **Q:** When did you first become aware of that [16] agreement?

[17] **A:** I knew through the documentation that [18] there was an agreement that existed. I didn't [19] know — I don't recall ever going through all the [20] details of the agreement.

[21] **Q:** This would have been the December 1, '01, [22] financing agreements —

[23] **A:** Right.

[24] **Q:** — contained among the documents, Randy's

Page 19

[1] employment agreement, correct?

[2] **A:** I don't believe they were contained in [3] those documents, no.

[4] **Q:** Referred to?

[5] **A:** They might be referred to, I believe.

[6] **Q:** And at what point in time did you first [7] actually obtain a copy of it?

[8] **A:** I don't recall exactly. I don't believe I [9] actually did obtain one. But I don't recall. I [10] might have.

[11] **Q:** Do you have any memory of at any time ever [12] reading his employment agreement?

[13] **A:** I did read it at some point. I think it [14] was later in 2002.

[15] **Q:** Did you read it before November 1st, 2002?

[16] **A:** I don't recall.

[17] **Q:** The bylaws, when did you first read them?

[18] **A:** Again, in March of 2002.

[19] **Q:** Okay. When you went on the board of [20] Argus, did you receive any assignment of, here's [21] what we want you to do, here's what we want to [22] accomplish from anyone at ABN?

[23] **A:** No.

[24] **Q:** In your capacity as a board member, who

Page 20

[1] was your contact at ABN if you wanted to — well, [2] who was your contact at ABN?

[3] **MR. KASSOF:** Object to the form of the [4] question, vague.

[5] **THE WITNESS:** It was Wouter Van Veen.

[6] **BY MR. PHEBUS:**

[7] **Q:** And who is Mr. Van Veen?

[8] **A:** He was responsible for technology [9] investments in the private equity group.

[10] **Q:** In Amsterdam?

[11] **A:** In Amsterdam.

[12] **Q:** How would he fit into the picture, if you [13] know, vis-a-vis Shoemacher?

[14] **A:** They are part of the same group. And they [15] re-organized at the time that I took a board seat [16] at Argus. So Shoemacher became uninvolved in these [17] types of investments upon the re-organization.

[18] **Q:** Became more involved?

[19] **A:** Uninvolved.

[20] **Q:** And during the time that you were a board [21] member was Van Veen the one that you reported to?

[22] **A:** Yes.

[23] **Q:** To what extent, if any, did you submit [24] written reports to Van Veen as to Argus?

Page 21

[1] **A:** We would submit quarterly write-ups of the [2] investments to give a status update and financial [3] position of the company. And also if we were doing [4] additional financing for the company, we would [5] submit investment proposals, status updates. And [6] if there was significant concerns from the [7] position, we'd also write a memo or indication. It [8] didn't just clearly go to Wouter Van Veen, it went [9] to an investment committee.

[10] **Q:** These quarterly reports you mentioned, are [11] they the same quarterly reports that you mentioned [12] Dijkstra's involvement with?

[13] **A:** Yes.

[14] **Q:** So it would be the same report, you just [15] had him put into that after you went on the board?

[16] **A:** Correct. I would prepare them.

[17] **Q:** Pardon me?

[18] **A:** I would prepare them.

[19] **Q:** So after you went on the — withdraw that. [20] Before you went on the board, the [21] quarterly reports, internal reports of ABN, they [22] were prepared by Dijkstra —

[23] **MR. KASSOF:** Objection, foundation.

Page 22

[1] **BY MR. PHEBUS:**

[2] **Q:** — to your understanding; is that right?

[3] **A:** Dijkstra or Shoemacher, one of the two.

*Lawyer's Notes*

[4] **Q:** And then after you went on the board, the [5] reports had been reported by you?

[6] **A:** Correct.

[7] **Q:** And would that have been so during the [8] remainder of your time on the board?

[9] **A:** Yes.

[10] **Q:** And you were on the board, I assume, until [11] the company went bankrupt?

[12] **A:** Correct.

[13] **Q:** Did you ever tender your resignation from [14] the board?

[15] **A:** No.

[16] **Q:** Have you maintained in your records here [17] in America these copies of these quarterly reports [18] that you originated?

[19] **A:** Yes.

[20] **Q:** And the other reports that you originated?

[21] **A:** Yes.

[22] **Q:** And these reports that — quarterly [23] reports, the distribution of those would [24] customarily be what?

Page 23

[1] **A:** You mean who would I distribute them to?

[2] **Q:** Yes, sir.

[3] **A:** To Wouter Van Veen and also our investment [4] committee.

[5] **Q:** And where is the investment committee?

[6] **A:** In Amsterdam.

[7] **Q:** Who were the people on that?

[8] **A:** The names change from time to time. I [9] don't have the names off the top of my head.

[10] **Q:** Were there some — who were some of the [11] people that were on it?

[12] **A:** Gerben Kuyper was a member of the [13] committee, a gentleman named Mark Stahl. That was [14] the primary members of the committee.

[15] **Q:** Were you ever supplied with a written [16] memo, here's your objectives, what we want to [17] accomplish at ABN — sorry at Argus?

[18] **MR. KASSOF:** By whom?

[19] **BY MR. PHEBUS:**

[20] **Q:** By ABN, anybody at ABN.

[21] **A:** No.

[22] **Q:** I take it before you went on the board of [23] Argus, you were not familiar with the other people [24] who were board members, O'Neill and McNabb?

Page 24

[1] **A:** That's correct.

[2] **Q:** Were you familiar with Sandone?

[3] **A:** No.

[4] **Q:** How about Mr. Carpenter?

[5] **A:** No.

[6] **Q:** To what extent had your work for ABN [7] involved you with working with folks from [8] Mercurius?

[9] **A:** None prior to Argus.

[10] **Q:** And other than Argus, has your work at ABN [11] involved working with anyone at Mercurius?

[12] **A:** No.

[13] **Q:** Who — in regards to Argus, who did you [14] communicate with at Mercurius?

[15] **A:** A gentleman named Frits Vromen.

[16] **Q:** And what is your understanding of [17] Mr. Vromen's position at Mercurius?

[18] **A:** That he was responsible for making the [19] investments for Mercurius.

[20] **Q:** Okay. And what is Mercurius, to your [21] understanding?

[22] **A:** I believe it's a private investment [23] management company that invests, like a high [24] network office —

Page 25

[1] **Q:** Is that located in Holland also?

[2] **A:** Correct.

[3] **Q:** Amsterdam?

[4] **A:** I don't think it's in Amsterdam. I [5] believe it's Rotterdam. But I don't know exactly.

[6] **Q:** Other than Mr. Vromen, was there anyone at [7] Mercurius that you would from time to time discuss [8] Argus with?

[9] **A:** No.

[10] **Q:** At some point in time did it come to your [11] attention that ABN had concluded it wanted to [12] terminate Mr. Sandone as chief executive officer of [13] Argus?

[14] **MR. KASSOF:** Object to the form of the [15] question.

[16] **THE WITNESS:** Can you reword it or say it [17] again?

[18] **BY MR. PHEBUS:**

[19] **Q:** At some point in time did one of the folks [20] with ABN from Holland communicate to you that that [21] person felt or that ABN management felt we should [22] terminate Mr. Sandone's role in management of [23] Argus?

[24] **A:** No.

Page 26

[1] **Q:** At some point in time did you, as a board [2] member of Argus, conclude that Mr. Sandone should [3] be terminated?

[4] **A:** Yes.

[5] **Q:** And when was that?

[6] **A:** March of 2002.

[7] **Q:** And what was the basis of that conclusion [8] at that point in time?

[9] **A:** A lack of performance with the company, [10] not understanding the technology markets at the [11] time and understanding the direction they were [12] going and being able to manage a company [13] appropriately in that market condition.

[14] **Q:** Was your understanding — that Mr. Sandone [15] did not understand the market, in your opinion?

[16] **A:** Correct.

*Lawyer's Notes*

[17] **Q:** What was there about the market he didn't [18] understand?

[19] **A:** That technology investment was completely [20] dried up at the time. Buyers were not buying [21] products, not just from security technology [22] companies, any type of company in the technology [23] space.

[24] **Q:** With lack of understanding of the market.

Page 27

[1] You said something else and I didn't catch it.

[2] **A:** That buyers were not buying products from [3] especially small companies.

[4] **Q:** Anything else that you felt in your mind [5] required that Sandone —

[6] **MR. KASSOF:** As of March of 2002?

[7] **MR. PHEBUS:** Yes. March '02.

[8] **THE WITNESS:** A lack of ability to get the [9] company financed and ability to appropriately put [10] the company on the right financial footing.

[11] **BY MR. PHEBUS:**

[12] **Q:** Lack of ability to get financed, what do [13] you mean?

[14] **A:** In my opinion, the company wasn't taking [15] the appropriate actions to cut its cost and burn [16] rate fast enough to attract investment and then [17] also listen to its existing investors about what [18] they were looking for and what they needed to put [19] capital into the company, additional capital.

[20] **Q:** In arriving at that opinion, did you talk [21] to any existing investors?

[22] **A:** Yes.

[23] **Q:** Who did you talk to?

[24] **A:** Frits Vromen.

Page 28

[1] **Q:** Anyone other than Mr. Vromen —

[2] **MR. KASSOF:** Again — I'm sorry. As of March [3] 2002 again?

[4] **MR. PHEBUS:** Right.

[5] **THE WITNESS:** Not as of March of 2002.

[6] **BY MR. PHEBUS:**

[7] **Q:** I understand you do or have in the past [8] served on a corporate board with William Lacey?

[9] **A:** No, I have not.

[10] **Q:** Are you acquainted with Mr. Lacey?

[11] **A:** I know of Mr. Lacey, yes.

[12] **Q:** Have you met with him?

[13] **A:** Yes.

[14] **Q:** Can you tell us approximately how many [15] times you've met with him?

[16] **A:** Once in person and maybe several phone [17] conversations.

[18] **Q:** All of these meetings concerned Argus?

[19] **A:** Correct.

[20] **Q:** Other than his involvement with Argus, [21] have you had any contacts with Mr. Lacey?

[22] **A:** No.

[23] **Q:** When was this in-person meeting?

[24] **A:** Off the top of my head, I think it was in

Page 29

[1] the June or July 2002 time frame.

[2] **Q:** Where did that take place?

[3] **A:** In Chicago.

[4] **Q:** Whereabouts?

[5] **A:** In my office.

[6] **Q:** And about how long did that last?

[7] **A:** Roughly about one hour.

[8] **Q:** Other than Mr. Lacey and yourself, was [9] anybody else present?

[10] **A:** No.

[11] **Q:** Will you tell us generally the substance [12] of the meeting, please.

[13] **A:** I believe we were invited to a meeting [14] that Randy was requesting us to come at and listen [15] to a presentation about the company's [16] restructuring, their finances, all of the above. [17] And we talked about the presentation that was given [18] to us.

[19] **Q:** And how would you characterize Mr. Lacey's [20] response to that presentation as of that meeting?

[21] **A:** It was unacceptable to him.

[22] **Q:** Did he give you reasons why he felt it [23] unacceptable?

[24] **A:** He felt that his position was being

Page 30

[1] negated. And there was nothing in it for him.

[2] **Q:** By his position being negated, what [3] specifically did he indicate?

[4] **A:** Well, he felt that his loan to the company [5] would not receive anything in the proposal, so.

[6] **Q:** Did you communicate Mr. Lacey's position [7] to the other board members?

[8] **A:** Not at that time. He did that himself.

[9] **Q:** Why didn't you communicate to the other [10] board members?

[11] **A:** At the time the other board members were [12] in the meeting, so I think they understood that.

[13] **Q:** And you were in the meeting?

[14] **A:** Yes.

[15] **Q:** And what did Mr. Lacey express as to his [16] position in this meeting?

[17] **A:** Off the top of my head, I recall him [18] expressing displeasure with it and ranting and [19] raving about a bunch of other irrelevant topics.

[20] **Q:** Now, you say you had several telephone [21] conversations with Mr. Lacey?

[22] **A:** Yes.

[23] **Q:** Would they have all been after that [24] face-to-face meeting?

Page 31

[1] **A:** No. I believe a few were before and a few [2] after.

[3] **Q:** As best you can, tell us the approximate [4] time period of each of these and conversations with [5] Lacey and the gist of the conversation.

[6] **A:** Okay. The initial conversation I had with [7] Mr. Lacey must have been, I think, in May of 2002. [8] Mr. Lacey was upset with us because we had put a [9] financing proposal to the company that would have [10] severely harmed his existing in that position in [11] the company.

[12] **Q:** And by we, you mean who?

[13] **A:** ABN AMARO, Mercurius. And so we discussed [14] the merits of that, my thoughts on what market [15] conditions were, what evaluations looked like. [16] And, quite frankly, that's what our proposal was. [17] The company did not have to accept our proposal and [18] didn't. And so I explained to them that we weren't [19] trying to do anything except invest money at [20] appropriate prices with that market conditions. [21] And so we ended that conversation.

[22] **Q:** Let me ask, did Mr. Lacey express any [23] criticism to Mr. Sandone personally in this May [24] phone conversation?

Page 32

[1] **A:** I don't recall that one. I don't believe [2] so, though.

[3] **Q:** The one in your office, did Lacey express [4] any — any criticism of Mr. Sandone personally?

[5] **A:** Yes.

[6] **Q:** And what was his criticism of Mr. Sandone [7] at this meeting in your office?

[8] **A:** Mr. Lacey felt that Mr. Sandone had been [9] telling — either misrepresenting information to [10] him or telling him information to get him to back [11] off that wasn't accurate.

[12] **Q:** Did he tell you what he would — what [13] specific information he was talking about?

[14] **A:** In particular he was upset with a proposal [15] that Randy was working on with Microsoft.

[16] **Q:** And why was he upset with that proposal as [17] far as what he told you?

[18] **A:** Because the proposal never came — I mean, [19] nothing came about from it. But — and I don't [20] know the facts. Mr. Lacey says he was — he either [21] gave up items or agreed to extend his debt because [22] of this proposal and the likelihood of it [23] occurring. And when it didn't happen, he thought [24] that he was lied to about it.

Page 33

[1] **Q:** And what response did you make to that [2] contention of Mr. Lacey's?

[3] **A:** My response is I felt the company was a [4] little bit optimistic in dealing with the Microsoft [5] proposal, especially giving market conditions. I [6] didn't have any knowledge of it not being a [7] proposal or a potential lead. But I did agree that [8] it wasn't anywhere near what maybe Randy thought it [9] was at.

[10] **Q:** When was your next telephone conversation [11] with Mr. Lacey?

[12] **A:** I think it must have been in May of 2000, [13]

*Lawyer's Notes*

late May or early June of 2000.

[14] **Q:** Tell us about that, please.

[15] **A:** I think Mr. Lacey was becoming more and [16] more frustrated of the company's financial [17] performance, the company's inability to meet [18] certain payroll requirements in that time frame and [19] became concerned that his debt position in the [20] company was in severe jeopardy. So he was talking [21] to me about that and what our thoughts as investors [22] and creditors in the company with ABN AMARO at [23] least and what we could do about that or what we [24] should do about that.

Page 34

[1] **Q:** Did he express any criticism of [2] Mr. Sandone personally in this second telephone [3] conversation?

[4] **A:** I think, again, he represented that he [5] thought he was being lied to and just didn't like [6] the fact that Randy was running the company.

[7] **Q:** What response did you make to his [8] expression of criticism at that point in time?

[9] **A:** Generally agreed with the performance of [10] the CEO of the company and thought that a change [11] would be needed at the company.

[12] **Q:** Now, at the time of either of these two — [13] phone conversations or the person-to-person [14] conversation, did you point out to Mr. Lacey that [15] Mr. Sandone had a — under the financing agreement, [16] would remain CEO until December and then in [17] December there would be some performance goals and [18] if they were not met, ABN and Mercurius would have [19] certain options?

[20] **MR. KASSOF:** Object to the form.

[21] **THE WITNESS:** I probably did inform them that [22] we had those rights as creditors in the company.

[23] **BY MR. PHEBUS:**

[24] **Q:** Any other telephone conversations now

Page 35

[1] before November — well, at any time with [2] Mr. Lacey?

[3] **A:** Yeah. There was some over the summer. [4] And I don't remember the exact months of these [5] ones. But they were generally regarding the [6] financing of the company. He had made proposals to [7] come in and run the company himself.

[8] **Q:** What was your response to that proposal?

[9] **A:** One is, you know, I listened, I guess. I [10] didn't have a whole lot of response. I was willing [11] to listen to all and any plans that would help the [12] company. So I'd listen. And, you know, we had to [13] deal with other issues at the company. We had no [14] singular rights to make that happen, so.

[15] **Q:** Have we covered all of your in-face or [16] telephone meetings with Mr. Lacey?

[17] **A:** The majority of them, yes.

[18] **Q:** Any other one of any difference from the [19] ones you've just described?

[20] **A:** No. I think they all were in similar [21] topic in conversation.

[22] **Q:** At some point in time do you recall that [23] Mr. Lacey had threatened litigation of any nature?

[24] **A:** I think, yes, towards the end of that

Page 36

[1] summer time frame of 2002 Mr. Lacey would [2] threaten [2] quite often litigation.

[3] **Q:** And just will you tell us the nature of [4] his threats.

[5] **A:** I think he was — I took it as a threat to [6] try and influence people's decision making and use [7] scare tactics. It's something I've seen many times [8] before. It doesn't particularly threaten me. But [9] he has the right to threaten, so.

[10] **Q:** What were the nature of his threats, just [11] I'm going to sue somebody or any more specific than [12] that?

[13] **A:** No. He was going to sue the company [14] obviously and try and push the company into [15] bankruptcy and sue the board of directors because [16] they weren't upholding their fiduciary duties and [17] things like that.

[18] **Q:** Did he make any factual contention as to [19] why he felt the directors were not upholding their [20] fiduciary duty?

[21] **A:** He believed that the board of directors [22] weren't taking all the creditors at the same [23] position. He thought that people were being [24] singled out or groups of investors were being

Page 37

[1] treated differently than he was in particular.

[2] **Q:** Did you discuss — have any discussion [3] with him as to why different creditors may have had [4] different priorities — financial priorities, of [5] course?

[6] **A:** No.

[7] **Q:** In addition to threatening the directors, [8] did he make threats against any other parties such [9] as ABN or Mercurius?

[10] **A:** I don't believe so. Again, he was [11] threatening to everybody, so it wouldn't — I don't [12] recall that exact threat though.

[13] **Q:** As of the summer of '02, when you were [14] having these conversations with Lacey, what was [15] your understanding as to the history of how the [16] December 3, '01, closing loan agreement came about?

[17] **A:** The details were never given to me [18] exactly. My understanding is ABN and Mercurius [19] originally invested in a European company that went [20] into financial problems. And there was some [21] agreement amongst the parties to switch that [22] investment into Argus, the US company.

[23] **Q:** What was this European company?

[24] **A:** It was Argus Europe, I believe. It was a

Page 38

[1] sister company to the Argus US company.

[2] **Q:** What was your understanding as to who [3] was the shareholder of the sister company?

2:0Randall J. Sandone GR

Keith Walz
July 27, 2004

**[4] A:** I don't know the exact details. I know [5] Mercurius and ABN AMARO were. I don't know the [6] remaining shareholders.

**[7] Q:** Who were the principals of this ABN [8] Europe — I'm sorry, Argus Europe?

**[9] A:** Argus Europe.

**[10] MR. KASSOF:** To your knowledge.

**[11] THE WITNESS:** To my knowledge, the names escape [12] me. I think it's Gunther and Hank Michaels, I [13] think. I'm not sure if they were the principals or [14] not.

**[15] BY MR. PHEBUS:**

**[16] Q:** Did they have any position also with ABN [17] or Mercurius, to your knowledge?

**[18] A:** Not with ABN AMARO. I don't know what [19] their knowledge with Mercurius was.

**[20] Q:** Now, was it your understanding of this [21] December 3rd closing financing agreement that while [22] it was in the form of debt financing that it was [23] always intended that that would be converted to [24] equity financing?

Page 39

**[1] A:** No.

**[2] Q:** You ever had any discussion with anyone at [3] ABN as to how the terms and conditions of the [4] December 3, '01, agreement came into being?

**[5] A:** Not detailed discussions.

**[6] Q:** Okay. While you were on the board of [7] Argus, you ever participate in communications [8] concerning ABN and Mercurius converting all or part [9] of that debt from December 3, '01, to equity?

**[10] A:** We had several conversations about what [11] that may look like or what it may not look like, no [12] formal agreements.

**[13] Q:** Who would we be?

**[14] A:** I would have them with either Randy or [15] Paul, occasionally we might have that discussion [16] and also with Frits Vromen.

**[17] MR. PHEBUS:** You want to take a little break? [18] We can take a break if you want.

**[19] MR. HAILE:** Why don't we take like a [20] five-minute break.

**[21] (A short break was taken.)**

**[22] BY MR. PHEBUS:**

**[23] Q:** Discussions concerning debt being [24] converted to equity, what did Mr. Sandone tell you

Page 40

**[1]** during these discussions about what he understood [2] the December '03 agreement to be — December 3, [3] '01?

**[4] A:** I don't remember exactly.

**[5] Q:** Ever any discussions with anyone at ABN as [6] to whether there was ever any intent that the debt [7] financing be converted to equity?

**[8] A:** No.

**[9] Q:** Any discussions with anyone from ABN as to [10] whether or not all or part of the debt should be [11] converted to equity?

**[12] A:** Yes.

*Lawyer's Notes*

**[13] Q:** Tell me about those, when they were and [14] who they were with?

**[15] A:** Mainly with my investment committee when [16] we were talking about different investment [17] proposals to put money into the company and to [18] recapitalize.

**[19] Q:** Your investment committee, you mean what?

**[20] A:** The committee I spoke about earlier, the [21] Gerben Kuyper and Wouter Van Veen —

**[22] Q:** The folks over in —

**[23] A:** Amsterdam, correct.

**[24] Q:** And obviously there never was a conversion

Page 41

**[1]** of any debt to equity?

**[2] A:** Correct.

**[3] Q:** And what was the reason for not making [4] such a conversion?

**[5] A:** There was no reason to make the [6] conversion. We wanted to keep our credit position [7] with the company.

**[8] Q:** From the prospective of Argus, the [9] conversion of debt to equity would have improved [10] its financial position, would it not?

**[11] A:** Not to a large degree.

**[12] Q:** Well, how much was the total debt to [13] Argus — I'm sorry, to ABN as of late '02?

**[14] A:** Around 6 million, I believe.

**[15] Q:** And to Mercurius?

**[16] A:** Five and a half or something like that.

**[17] Q:** The total debt of the company at the fall [18] of '02 was what?

**[19] A:** I believe it was around 11 or $12 million.

**[20] Q:** So if ABN and Mercurius converted all of [21] their debt to equity, the company would have had [22] very little debt; wouldn't that be correct?

**[23] A:** They still would have had 2 or 3 [24] million — at least 2 or 3 million of debt with a

Page 42

**[1]** company that's missing payroll and has really no [2] revenues, so in my opinion, no.

**[3] Q:** You followed the sales figures of the [4] company, I assume?

**[5] A:** Yes.

**[6] Q:** And tell us what the — how the sales went [7] during 2002?

**[8] A:** Well, very weak.

**[9] Q:** Well, I suppose weak's a relative term. [10] Was there any increase in sales during the course [11] of the year compared to the prior year?

**[12] A:** Compared to the prior year?

**[13] Q:** Yes, sir.

**[14] MR. KASSOF:** If you know.

**[15] THE WITNESS:** I don't recall.

**[16] BY MR. PHEBUS:**

**[17] Q:** Did sales increase generally from the 1st [18] of the year up to November 1 of —

[19] **A:** Of 2002?

[20] **Q:** '02, yes, sir.

[21] **A:** No.

[22] **Q:** Now, as of November 1, 2002, what was your [23] belief as to whether or not Mr. Sandone should be [24] retained or terminated?

Page 43

[1] **A:** What do you mean by that, what was my [2] belief?

[3] **Q:** Well, you were board a board member?

[4] **A:** Sure. Right.

[5] **Q:** And had you reached a decision as to [6] whether or not he should be retained or terminated?

[7] **A:** I believe that we needed a change in the [8] CEO position of the company.

[9] **Q:** And as of November 1, '02, what was the [10] basis of your opinion in that regard?

[11] **A:** I believe there is some breaches of the [12] fiduciary duties, I believe that the lack of [13] financial performance in the company, the lack to [14] make payrolls of the company consistently, other [15] interested investors that would potentially invest [16] in the company had claimed they would not invest in [17] the company if Randy was CEO of the company and [18] lack of morale in the employee base.

[19] **Q:** Breach of fiduciary duty by Mr. Sandone, [20] what are you talking about?

[21] **A:** I felt that he was self-dealing in trying [22] to invest personal money in the company without [23] giving the board all the information on what those [24] investments looked like.

Page 44

[1] **Q:** He was trying to invest personal money in [2] the company?

[3] **A:** Or guarantee loans to the company.

[4] **Q:** Or guarantee loans to the company?

[5] **A:** Uh-huh.

[6] **Q:** Mr. Sandone was trying to do this?

[7] **A:** That was my understanding.

[8] **Q:** And why did you feel — what was there [9] about these proposed transactions that you felt was [10] a breach of fiduciary duty?

[11] **A:** I believe it was conflict of interest. In [12] my opinion, you can't have a CEO of the company [13] also trying to guarantee loans to the company in [14] order to get in a senior position, in effect to [15] take the company bankrupt and take the assets of [16] the company. I don't believe you can serve both [17] those roles effectively.

[18] **Q:** What was it that made you reach the [19] opinion that he was trying to take over the company [20] by investing or guaranteeing in it?

[21] **A:** Randy had given me a proposal that [22] basically outlined that exact structure. And also [23] I had found out that he and a group of investors [24] hired bankruptcy counsel to try and understand how

Page 45

[1] they could put the company into bankruptcy and [2] secure the assets.

[3] **Q:** Did you tell Mr. Sandone you felt that was [4] a breach of fiduciary duty?

[5] **A:** Yes.

[6] **Q:** And when did you tell him that?

[7] **A:** I think that was in late June of 2002.

[8] **Q:** Did you communicate that to him in [9] writing?

[10] **A:** Yes.

[11] **Q:** A letter or e-mail or what?

[12] **A:** Letter. I had our attorneys issue a [13] letter to all the board members of the company.

[14] **Q:** We had our attorneys. Who's the we and [15] who's the attorney?

[16] **A:** Attorneys that were working for ABN AMARO, [17] Kirkland & Ellis.

[18] **Q:** And by we, you're referring to ABN?

[19] **A:** Yes.

[20] **Q:** And what response did Mr. Sandone make to [21] your concerns?

[22] **A:** He didn't believe he was.

[23] **Q:** Okay. I take it this was not something [24] that was covert but was an overt proposal by him?

Page 46

[1] **A:** Correct.

[2] **Q:** Anything else that you felt was a breach [3] of fiduciary duty?

[4] **A:** That was the principal one.

[5] **Q:** After you made your objections known to — [6] and concerns known to Mr. Sandone, what, if [7] anything, did he do as far as his proposal?

[8] **A:** I think he attempted to remove himself [9] somewhat from the process.

[10] **Q:** How do you mean?

[11] **A:** I think he wasn't taking the lead on the [12] initiation of proposals any longer and letting one [13] of the other investors do that.

[14] **Q:** Who were these other investors?

[15] **A:** A group of investors from Milwaukee. I [16] don't recall their names.

[17] **Q:** Did they have spokesmen, so to speak, from [18] Milwaukee that you looked to?

[19] **A:** They did in probably the late [20] August/September time frame.

[21] **Q:** Do you recall who that was?

[22] **A:** I don't recall his name, actually. I [23] didn't prepare for that.

[24] **Q:** Was it Lon Fredricks, would that be —

Page 47

[1] **A:** Lon was one of the names. There was also [2] another gentleman, David something. I don't [3] recall.

[4] **Q:** Caruso?

[5] **A:** Caruso, correct.

[6] **Q:** Lack of ability to meet the payroll, why [7] did you attribute that to Randy?

[8] **A:** He wouldn't cut the costs.

[9] **Q:** Discuss with him to cut the payroll?

[10] **A:** Yes.

[11] **Q:** And any discussions with him as to how [12] cutting the payroll would impact the long-term [13] potential of the company?

[14] **A:** Yes.

[15] **Q:** Tell me about that.

[16] **A:** In the technology company, obviously the [17] engineers are highly valuable assets to the [18] company. And cutting those engineers could hurt — [19] harm the asset value of the company. But I [20] disagreed to the effect or the magnitude of the [21] costs. I believe we could cut costs a lot faster.

[22] **Q:** What did you want to do as far as cutting [23] the payroll?

[24] **A:** I wanted to cut the company backward to

Page 48

[1] meet its obligations.

[2] **Q:** Well, can you quantify and give me the [3] details of that proposed cut — or desired cut, I [4] should say?

[5] **MR. KASSOF:** At which point in time?

[6] **THE WITNESS:** Yes, at what point?

[7] **BY MR. PHEBUS:**

[8] **Q:** Well, as of November 1, '02.

[9] **A:** We had those discussions since March of [10] '02 though.

[11] **Q:** Okay.

[12] **A:** So beginning —

[13] **Q:** Well, he was terminated November 1, '02. [14] And I'm just trying to find out the basis for your [15] belief he should be terminated.

[16] **A:** Okay. So since March of 2002, I [17] continually pressed to cut the costs to meet our [18] revenue projections with some conservative [19] approach. And we continually would not cut the [20] costs. And we continually missed the payrolls time [21] and time again all the way up through November of [22] 2002.

[23] **Q:** Did you ever make any specific suggestions [24] to him as to which people should be cut or which

Page 49

[1] position should be cut?

[2] **A:** No, I wasn't in a position to make those. [3] We talked about general dollars and numbers.

[4] **Q:** Pardon me?

[5] **A:** I would talk in general dollars and [6] numbers where we needed to get to, in my view the [7] management team's duty to come up with the right [8] mix.

[9] **Q:** Do you have any written memos that would [10] memorialize what you thought needed to be cut as [11] far as payroll?

[12] **A:** I don't recall. I don't recall.

[13] **Q:** How many engineers were on the payroll in [14] that time interval, March '02 to November '02?

*Lawyer's Notes*

[15] **A:** I don't recall exact numbers.

[16] **Q:** When did the company file — or take an [17] involuntarily, I should say, into bankruptcy?

[18] **A:** I think it's March or April of 2003, I [19] believe.

[20] **Q:** So five to six months after Mr. Sandone's [21] termination by the board, correct?

[22] **A:** Right.

[23] **Q:** And what changes in the first 30 days [24] after November 1st, '02, were made in the number of

Page 50

[1] employees and/or the payroll of the company?

[2] **A:** I don't recall exact details. I know cuts [3] were made after that point in the administrative [4] area, I believe, also in engineering. And people [5] were voluntarily leaving because they were not [6] getting paid.

[7] **Q:** And generally what happened to the revenue [8] of the company after November 1st, '02?

[9] **A:** It stayed flat, I believe.

[10] **Q:** Let me qualify a little further. What [11] happened to the as far as post November 1, '02, [12] sales?

[13] **A:** I believe they stayed flat and [14] deteriorated in the later part of 2003 or prior to [15] going into bankruptcy.

[16] **Q:** And after November 1, '02, who was the [17] CEO?

[18] **A:** Paul McNabb.

[19] **Q:** Who was the CFO?

[20] **A:** I don't think there was a CFO.

[21] **Q:** And who were the board members from [22] November 1, '02, to the bankruptcy?

[23] **A:** Myself, Bill O'Neill and Paul McNabb.

[24] **Q:** Did any outside investors actually make

Page 51

[1] investment in the company after November 1, '02?

[2] **A:** Did not make a direct investment in the [3] company. I believe there were still additional [4] guarantees of debt or additional debt put into the [5] company.

[6] **Q:** But these were pre-existing obligations —

[7] **A:** No.

[8] **Q:** — pre-existing November 1, '02?

[9] **A:** No. They were new obligations.

[10] **Q:** Okay. Tell us the details of the post [11] November 1, '02, new money into the company.

[12] **A:** I believe Mr. Lacey guaranteed some [13] receivables of the company and injected cash into [14] the company.

[15] **Q:** How much was that, if you know?

[16] **A:** I don't recall the exact amount.

[17] **Q:** Anything else?

[18] **A:** I thought there was some other vehicles of [19] financing. It may not have been through a typical [20] financing. There were some sales or

agreements of [21] the technology for some cash or revenue.

[22] **Q:** All right. Who was in charge of sales [23] after Mr. Sandone's termination?

[24] **A:** I viewed Paul McNabb was in charge of

Page 52

[1] sales.

[2] **Q:** And at the time he was terminated, was [3] Mr. Sandone in charge of sales?

[4] **A:** That's what I viewed it as.

[5] **Q:** When did, in your view, he become in [6] charge of sales?

[7] **A:** When Steve Oetegenn left the company in [8] March or April of 2002.

[9] **Q:** Now, you indicated lack of financial [10] performance. What did you feel that Mr. Sandone [11] was doing he shouldn't have or wasn't doing he [12] should have that contributed to lack of financial [13] performance?

[14] **A:** I believe that he was chasing a lot of [15] prospects and didn't understand the timing of when [16] these prospects were going to close or if they were [17] ever going to close at all. So we continued to see [18] a pipeline of revenue that I disagreed would come [19] in as quickly as Mr. Sandone may think would come [20] in. I would give him my experience working with [21] other companies and the difficulties in the market [22] at the time. But to Mr. Sandone's assurances, [23] these deals were coming. And then they didn't come [24] in.

Page 53

[1] **Q:** And as director, what was your proposal [2] for increasing financial performance?

[3] **A:** Again, just to drive a better [4] understanding at the management team of the [5] conditions in the marketplace and to work through [6] theories and strategies of how to increase [7] financial performance.

[8] **Q:** Well, did you come up with any specific [9] theories of how to increase financial performance?

[10] **A:** Not specific theories, no.

[11] **Q:** Did you ever make any general suggestions [12] in how to increase financial performance?

[13] **A:** Sure.

[14] **Q:** And when did you make these?

[15] **A:** Throughout my involvement with the board, [16] I would continually make suggestions.

[17] **Q:** And tell us what suggestions you made, [18] sir.

[19] **A:** Moving the company to more of an OEM [20] technology provider than direct sales model, [21] working with fewer customers rather than many [22] customers.

[23] **Q:** Did you have specific fewer customers that [24] you thought the company ought to concentrate on?

Page 54

[1] **A:** I specifically thought IBM was a specific [2]

customer that they should have focused on, also Sun [3] Microsystems.

[4] **Q:** Did you have any — did you have any [5] discussions with anyone at Sun Microsystems [6] concerning Argus?

[7] **A:** Not at Sun, no.

[8] **Q:** From Argus — I mean, I'm sorry, from IBM?

[9] **A:** We requested to have a call with someone [10] at IBM. And I don't recall if we had that call or [11] not.

[12] **Q:** What did you personally do as a board [13] member as far as communicating with third-party [14] potential customers or present customers to try to [15] improve Argus's position?

[16] **A:** We would try and introduce the company or [17] come up with potential new leads for the company [18] sales activities. I don't recall actually talking [19] to an exact prospect that was near closing.

[20] **Q:** Did you — do you recall the names of any [21] specific prospects you suggested to Argus?

[22] **A:** Not at the time, I don't recall exact [23] names.

[24] **Q:** Did you do this in writing?

Page 55

[1] **A:** Might have done it through e-mail.

[2] **Q:** What were the other potential investors [3] that you referred to who had indicated they might [4] invest if Randy was gone?

[5] **A:** There was several. So obviously ABN AMARO [6] and Mercurius felt that way, Bill Lacey was another [7] one, a gentleman down in Champaign named Mark [8] Hadley or something is his name.

[9] **Q:** John?

[10] **A:** John Hadley.

[11] **Q:** Did you ever meet Hadley face-to-face?

[12] **A:** Yes.

[13] **Q:** Tell us when that was and the details of [14] that.

[15] **A:** I believe that was in July of 2002 or [16] August of 2002. And Randy had come to the board [17] saying they had a local potential investor in the [18] company that could potentially invest $5 million in [19] the business. And so I asked, you know, to meet [20] him so I could try to feel it out whether it was [21] real or not. So we met at his house and talked [22] about, you know, what the business looked like.

[23] **Q:** And what did — after meeting with Hadley, [24] did you conclude he was a legitimate investor

Page 56

[1] prospect?

[2] **A:** Initially I thought he was a legitimate [3] investment prospect. And over the next month or [4] six weeks, it became clear to me that he was not.

[5] **Q:** And what was it that caused you to [6] conclude he was not a prospect?

[7] **A:** He seemed to be stalling his due diligence [8] process. I didn't have a good feel exactly what [9]

Randall B. Sandone v. # 45-8    Page 13 of 23
Keith Walz, et al.

Keith Walz
July 27, 2004

2:04cv0123nmmGB.

his financial wherewithal was.

[10] **Q:** From talking to him, did he exhibit any [11] understanding of the software business to you?

[12] **A:** No.

[13] **Q:** Conversations with Lacey about possibly [14] investing further, would those be conversations [15] beyond what we've talked about?

[16] **A:** No. Just in a couple of those [17] conversations, Lacey presented proposals where he [18] would step in as CEO of the company and would be [19] willing to invest in the company.

[20] **Q:** Did you ever recommend to ABN that any of [21] Lacey's proposals be accepted?

[22] **A:** No.

[23] **Q:** Why not?

[24] **A:** I personally thought they were without

Page 57

[1] merit.

[2] **Q:** Did Lacey ever exhibit to you any [3] knowledge or experience or understanding of an [4] operation of a computer software company?

[5] **A:** No.

[6] **Q:** Now, obviously ABN and Mercurius did not [7] invest any money after Randy left; is that right?

[8] **A:** Correct.

[9] **Q:** And why not?

[10] **MR. KASSOF:** Well, for — with respect — if [11] you know. That's it.

[12] **THE WITNESS:** We felt the company was in such [13] dire straits, it wasn't worth any further [14] investment.

[15] **BY MR. PHEBUS:**

[16] **Q:** Well, then why did you feel you should get [17] rid of Randy to try to get further investment?

[18] **A:** I was trying to uphold my fiduciary duty [19] as a board member in the company.

[20] **Q:** Other than the performance goals in the — [21] as part of the December 3rd, '01, financing [22] agreement, were there ever any expressed [23] performance goals for the company that were set [24] forth?

Page 58

[1] **A:** Not expressed, no.

[2] **Q:** And was Randy ever given any written goals [3] for the company to meet other than in that December [4] 3, '01 —

[5] **A:** Don't believe so.

[6] **Q:** And as of November 1st, what was your [7] understanding of what actions Mercurius and/or ABN [8] were entitled to take under the December 3rd, '01, [9] agreements if these — if the goals of the [10] agreements were not met?

[11] **A:** My understanding was that we would have [12] the ability to have Randy removed.

[13] **Q:** And when was the point in time for [14] reaching those goals?

[15] **A:** I believe it was 2002 — the end of the [16] 2002 year.

[17] **Q:** December 31st?

*Lawyer's Notes*

[18] **A:** Right.

[19] **Q:** Now, how did this ability — what were the [20] details of this ability to terminate Mr. Sandone?

[21] **A:** I recall there was roughly a revenue [22] number that if the company did not meet those [23] revenue targets, then we would be able to, I [24] believe, ask the shareholder base to remove Randy.

Page 59

[1] **Q:** Did the board ever ask the shareholders to [2] remove Randy?

[3] **A:** No.

[4] **Q:** Did the board ever ask the shareholders to [5] ratify or confirm the board's removal of Randy?

[6] **A:** No.

[7] **Q:** Why not?

[8] **A:** Because we viewed that Randy agreed to [9] step down as a mutual agreement with the board.

[10] **Q:** Did you ever submit this mutual agreement [11] to the shareholders for their approval?

[12] **A:** No.

[13] **Q:** And this agreement by Randy, was it in [14] writing?

[15] **A:** No.

[16] **Q:** Was there any document originated by Randy [17] but not signed by him that you believe expressed [18] this agreement to step down?

[19] **A:** No.

[20] **Q:** And when did this agreement by Randy take [21] place?

[22] **A:** My understanding, it was prior to a board [23] meeting in November.

[24] **Q:** Did you take any — any — withdraw that.

Page 60

[1] Did you participate in meeting with Randy [2] to come to this agreement?

[3] **A:** No.

[4] **Q:** Okay. Who did, to your understanding?

[5] **A:** My understanding, Paul McNabb did.

[6] **Q:** And what is your understanding as to, [7] first of all, when this meeting took place?

[8] **A:** My understanding was it took place the [9] night before the board meeting.

[10] **Q:** And what is your understanding as to who [11] was present?

[12] **A:** My understanding, it was just Paul and [13] Randy.

[14] **Q:** Okay. And when did you first learn of [15] this meeting?

[16] **A:** At the board meeting the next day.

[17] **Q:** And who was present in the board meeting [18] at the time you learned?

[19] **A:** Bill O'Neill and Paul McNabb and myself.

[20] **Q:** Was this after — withdraw. [21] The minutes indicate Randy was asked to [22] leave the meeting?

[23] **A:** Correct.

[24] **Q:** Was this — you've seen the minutes, of

Page 61

[1] course?

[2] **A**: Yes.

[3] **Q**: Probably you've seen them today or last [4] night, right?

[5] **A**: Correct.

[6] **Q**: Okay. So what — after Randy was asked to [7] leave, Mr. McNabb had some — imparted some [8] information to the board?

[9] **A**: Correct.

[10] **Q**: And what did McNabb say?

[11] **A**: He informed the board that Randy had [12] decided to step down and move on with life, if you [13] want to say that, and if certain things could be [14] met.

[15] **Q**: And did Paul say what these certain things [16] were?

[17] **A**: Off the top of my head, I believe it was [18] primarily that he — that the termination or [19] removal be without cause was the primary one and [20] also that discussions would be ensuing about [21] entering into a reseller agreement with Randy and a [22] potential new company, I guess, and also that — I [23] believe that he continue to be paid through the end [24] of December and he keeps his board seat as chairman

Page 62

[1] or a board member. I don't recall the exact [2] details of that.

[3] **Q**: Well, and during the meeting on November [4] 1st, was Randy called back in to — and asked [5] about, is there such an agreement?

[6] **A**: No.

[7] **Q**: Okay. Anyone ever said they were present [8] with Paul and Randy and could corroborate what Paul [9] had to say?

[10] **A**: No.

[11] **Q**: Up to today, have you ever had any [12] conversation with Randy as to, hey, is this [13] correct, did you tell Paul you had to resign and [14] get on with life, move on without cause, etcetera?

[15] **A**: No. I did talk to him at the next board [16] meeting, which he seemed to act like he un- [17] derstood that's what was happening.

[18] **Q**: What did he say or do that led you to the [19] conclusion that he understood that's what was [20] happening?

[21] **A**: He showed up and participated in the board [22] meeting for most of it, I believe, as a board [23] member would, trying to ask questions of the [24] company and the CEO.

Page 63

[1] **Q**: Well, he — whether he had been termin- [2] ated as CEO voluntarily or involuntarily on November [3] 1st, he was not terminated as a board member, [4] correct?

[5] **A**: Correct.

[6] **Q**: And so just like yourself, McNabb — [7] McNabb, yourself and O'Neill, he was entitled to [8] and expected to be there as a board member?

[9] **A**: Correct.

[10] **Q**: And you would even criticize board mem- [11] bers for not appearing from time to time?

[12] **A**: Correct.

[13] **Q**: O'Neill in particular?

[14] **A**: Correct.

[15] **Q**: Did he say anything specifically that [16] indicated, yes, I have voluntarily resigned as CEO [17] or expressions to that effect?

[18] **A**: No. He didn't say to the contrary either.

[19] **Q**: Well, did anybody ever ask him, is it [20] correct, Randy, that you agreed with Paul that you [21] would voluntarily resign?

[22] **A**: We didn't ask that specific question. I [23] think we inquired about the negotiations of the [24] reseller agreement, which was part of the general

Page 64

[1] agreement. So my indication is things were moving [2] along on that basis.

[3] **Q**: Now, I take it you've looked in the last [4] 24 hours or so at his employment contract?

[5] **A**: Yes.

[6] **Q**: And if — do you recall it defined cause?

[7] **A**: Yes.

[8] **Q**: I'd like to ask you if as of November 1st, [9] 02, in your opinion, Randy had been guilty of [10] anything that would constitute cause? And I'll [11] hand you Plaintiff's Exhibit No. 24, which is the [12] employment agreement. I think it's on page 2 of 4 [13] under 8C, I believe.

[14] **A**: What was the question again?

[15] **Q**: Yes. As of November 1st, '02, in your [16] opinion, was Randy guilty of any conduct that would [17] fall within the definition of cause under his [18] employment contract?

[19] **A**: Yes.

[20] **Q**: Pardon me?

[21] **A**: Yes.

[22] **Q**: And what was that?

[23] **A**: The gross negligence of performance of [24] employee's duties.

Page 65

[1] **Q**: Well, what specifically did you feel [2] constituted gross negligence?

[3] **A**: Ignoring the financial condition of the [4] company, not paying its employees, incurring [5] obligations the company could not afford to pay [6] for.

[7] **Q**: What obligations are you referring to that [8] occurred that you were not able to pay for?

[9] **A**: Mainly compensation charges.

[10] **Q**: Pardon?

[11] **A**: Compensation charges.

[12] **Q**: Compensation?

[13] **A**: To employees.

[14] **Q**: So, in other words, in your opinion if a [15] company runs in the red and doesn't discharge [16] employees, it's gross negligence on the part of

the [17] CEO?

[18] **A:** Over —

[19] **MR. KASSOF:** Object to the form of the [20] question.

[21] **THE WITNESS:** Over an extended time period, I [22] believe. We had repeated discussions amongst the [23] board members about what that meant and what needs [24] to be done.

Page 66

[1] BY MR. PHEBUS:

[2] **Q:** What that meant and what needs to be done, [3] you're referring to payroll?

[4] **A:** Correct.

[5] **Q:** Well, to your knowledge as of [6] November 1, '02, had he been convicted by a court [7] of competent jurisdiction of anything?

[8] **A:** No.

[9] **Q:** Other than the payroll concerns you have [10] told us about, anything else on his part that you [11] felt as of November 1, '02, constituted gross [12] negligence?

[13] **MR. KASSOF:** I think he gave other answers [14] before. But I don't know if those were all of [15] them.

[16] **THE WITNESS:** No. I agree. Again, the [17] fiduciary duty concerns I had had, I believe, were [18] a part of that, the general lack of revenue [19] performance of the company I believe was part of [20] that.

[21] BY MR. PHEBUS:

[22] **Q:** General lack of revenue for the company. [23] How would that equate to gross negligence in [24] this — in the case of Argus?

Page 67

[1] **A:** Continually informing the board that, you [2] know, certain revenues were going to be coming into [3] the company, that those revenues would be — would [4] make the company have the ability to pay for its [5] liabilities and then not knowing when those were [6] not going to come in. So it was my opinion from a [7] CEO, that's part of the duties of a CEO. And when [8] time and time again, when you ignore those facts, [9] to me it's gross negligence.

[10] **Q:** Can you give me specific examples of that?

[11] **A:** I don't recall specific revenue details. [12] I know there were a number of deals that for an [13] 8-month period that we would see deals on the [14] pipeline, we'd be ensured that these were going to [15] close in a certain time frame. They wouldn't [16] close. New ones would pop up. We'd be assured [17] those were closing. They wouldn't close.

[18] **Q:** There were, in fact, these deals or [19] agreements being worked upon, correct, I mean, [20] these weren't just fictitious?

[21] **A:** Right. They were leads, correct.

[22] **Q:** And it just — they were leads being [23] pursued and your complaint is that none of these [24] closed and that maybe there was too much of an

Page 68

*Lawyer's Notes*

[1] expectation that they weren't going to close?

[2] **A:** It's not an expectation, there was [3] assurances were made.

[4] **Q:** Now, was a reseller agreement ever [5] negotiated with Randy?

[6] **A:** I believe we started negotiations on that.

[7] **Q:** Was one ever reached an issue to?

[8] **A:** No.

[9] **Q:** And I suppose anybody could come in off [10] the street and ask to negotiate a reseller's [11] agreement?

[12] **A:** Correct.

[13] **Q:** So he wasn't enter — enter negotiations [14] for a reseller's agreement, he wasn't getting [15] anything else in the world wouldn't [16] have access to, right?

[17] **MR. KASSOF:** Object to the form.

[18] **THE WITNESS:** In general, yeah, he was asking [19] for things other people wouldn't get, that's why we [20] never came to an agreement.

[21] BY MR. PHEBUS:

[22] **Q:** What was he asking for that other people [23] wouldn't get as far as a reseller's agreement?

[24] **A:** Source code licenses.

Page 69

[1] **Q:** Pardon me?

[2] **A:** Source code licenses.

[3] **Q:** What is it about source code licenses that [4] made his requests different?

[5] **A:** It would give someone the ability to [6] quickly compete directly with the company.

[7] **MR. PHEBUS:** Excuse me a second.

[8] (A brief interruption.)

[9] **MR. KASSOF:** Let me just interject one thing, [10] have you finished your answer with respect to the [11] basis for cause?

[12] **THE WITNESS:** I mean, the other thing is just, [13] you know, I think other investors were obviously [14] wanted to make that happen. That's not maybe gross [15] negligence. But I thought it was cause to seek [16] that out.

[17] BY MR. PHEBUS:

[18] **Q:** I'm sorry. Other investors wanted to have [19] it, you didn't think it was gross negligence but it [20] was cause to terminate him?

[21] **A:** Right.

[22] **Q:** November 1st, '02, did you look at his [23] employment agreement concerning whether or not any [24] changes had to be in writing?

Page 70

[1] **A:** I don't recall.

[2] **Q:** On November 1st, '02, or within the weeks [3] thereafter, was there any discussion of let's get [4] this in writing for Mr. Sandone?

[5] **A:** I believe I mentioned to Paul that we [6] should get a formal separation agreement put in [7] place.

[8] **Q:** Formal separation agreement ever put in [9]

place?

[10] A: No.

[11] Q: Why not?

[12] A: I believe negotiations broke down, and we [13] couldn't come to an agreement.

[14] Q: Agreement on what?

[15] A: The terms of the separation.

[16] Q: Did you ever participate in any of these [17] discussions?

[18] A: No.

[19] Q: I notice the November 1, '02, board [20] meeting that there was a person present by phone. [21] I forget the name.

[22] MR. SANDONE: Vrionis.

[23] MR. PHEBUS: Pardon me?

[24] MR. SANDONE: Vrionis, John Vrionis.

Page 71

[1] BY MR. PHEBUS:

[2] Q: Was John —

[3] A: Yes, John Vrionis.

[4] Q: To what extent did he participate by phone [5] that day?

[6] A: He worked for me.

[7] Q: Whereabouts?

[8] A: At ABN AMARO.

[9] Q: Was that here in Chicago?

[10] A: Yes.

[11] Q: And what did he do at the time?

[12] A: He was an assistant analyst for me. They [13] would help me monitor companies and work on [14] projects.

[15] Q: And as far as ABN — I'm sorry, as far as [16] Argus, what did he do?

[17] A: He helped — he helped me look at their [18] technology.

[19] Q: Okay. Did he ever prepare any reports for [20] you?

[21] A: I don't recall. He might have.

[22] Q: Did he review these quarterly reports [23] before they were actually issued?

[24] A: Some of them.

Page 72

[1] Q: Now, was he present by phone after [2] Mr. Sandone was asked to leave the meeting?

[3] A: Actually I don't recall him being present [4] on the phone at this meeting even though it says it [5] here.

[6] Q: Have you made any inquiry of him as to [7] whether or not he —

[8] A: No.

[9] Q: Is he still with ABN here in Chicago?

[10] A: No.

[11] Q: Where is he?

[12] A: He's attending Stanford Business School.

[13] Q: Louise Dunne, secretary with the [14] company —

---

**Lawyer's Notes**

---

[15] A: (Nonverbal response.)

[16] Q: — was she present during that board [17] meeting?

[18] A: I believe so.

[19] Q: Was she present during the portion that [20] Randy was not in the room?

[21] A: I believe so.

[22] Q: Well, you have — as of November 1, you [23] had — the year '02 you read the bylaws?

[24] A: Correct.

Page 73

[1] Q: And you were acquainted with the fact that [2] Mr. Sandone's position was such that he could only [3] be removed from that with the shareholders' [4] approval, two-thirds of the shareholders?

[5] A: Correct.

[6] Q: And any effort made to submit this [7] termination of Mr. Sandone as CEO to the [8] shareholders?

[9] A: No.

[10] Q: And the reason being because you believe [11] it was a voluntary termination?

[12] A: Correct.

[13] Q: If it wasn't a voluntary termination, [14] would you agree with the proposition that it would [15] have to be submitted to the shareholders for [16] ratification?

[17] MR. KASSOF: Object to the form.

[18] THE WITNESS: Whatever the exact requirements [19] of that are in the bylaws, yes.

[20] BY MR. PHEBUS:

[21] Q: Was it your understanding as of November [22] 1st, '02, that if Mr. Sandone was terminated by the [23] board, that this termination would have to be [24] approved by the shareholders?

Page 74

[1] A: I believe that if we terminate him with [2] cause, we wouldn't have to have that particular [3] requirement.

[4] Q: And what is the basis of your [5] understanding in that regard?

[6] A: Can you — as far as what?

[7] Q: That he would not need the board's [8] approval — I'm sorry, not need the shareholders' [9] approval if he was terminated for cause?

[10] A: I believe the board had a fiduciary duty [11] when they believed that cause and events were out [12] there to take action on those.

[13] Q: I understand. But why do you believe you [14] did not have to get the ratification of that action [15] by the shareholders under the bylaws?

[16] A: I don't know if I thought about that in [17] detail or not. I wasn't — I didn't mind going to [18] get shareholder ratification. It wasn't really on [19] top of my mind.

[20] Q: Ever put out a written communication to [21] shareholders saying, the board's terminated him, [22] here's why or — and we want your approval?

Randall J. Sandone, etc. v.    # 45-8    Page 17 of 23
Keith Walz, et al.

Keith Walz
July 27, 2004

[23] **A:** No.

[24] **Q:** Or if you disapprove, please let us know

Page 75

[1] or anything to that effect?

[2] **A:** No.

[3] **Q:** Obviously if you had called a [4] shareholders' meeting for the purpose of either [5] terminating him or ratifying the termination, the [6] board would have to justify its action to [7] shareholders?

[8] **MR. KASSOF:** Object to the form of the [9] question.

[10] **BY MR. PHEBUS:**

[11] **Q:** Would you agree with that?

[12] **A:** Generally agree with that.

[13] **Q:** And did the board undertake in writing to [14] justify the termination of Mr. Sandone, the [15] shareholders?

[16] **A:** Don't believe so.

[17] **Q:** Did the board give the shareholders any [18] opportunity to voice their opinion and any [19] objection they might have to that?

[20] **A:** No. Again, we thought it was a voluntary [21] arrangement.

[22] **Q:** And the entire basis of your thinking it [23] was a voluntary arrangement is Mr. McNabb told you [24] so?

Page 76

[1] **A:** Correct.

[2] **Q:** Was there any input you received from [3] non-board members as of November 1st, '02, that [4] Mr. Sandone should be removed as CEO other than [5] what you've already told us about with Mr. Lacey?

[6] **A:** No.

[7] **Q:** Now, as of November 1st, '02, what was [8] your understanding as to whether or not Mr. Sandone [9] would receive benefits such as termination fee if [10] his employment as CEO was terminated?

[11] **A:** I didn't — I don't know the details of [12] all of those benefits. I did understand there is [13] benefits under the employment contract. And, [14] again, we thought we were in a negotiation to make [15] some of those go away in lieu for other items we [16] were willing to give Randy in that process.

[17] **Q:** And those negotiations were never [18] concluded?

[19] **A:** Correct.

[20] **Q:** You mentioned OEM agreement. What is [21] that?

[22] **A:** It's where you take your technology and [23] sell it to another provider who kind of bundles it [24] and markets it under their own name.

Page 77

[1] **Q:** After November 1, '02, did you have any [2] conversations with third parties, that is, [3] non-board members concerning Randy's termination [4] with the company or the details thereof?

*Lawyer's Notes*

[5] **A:** I probably talked to several people about [6] the ramifications of what was going to happen with [7] the company now.

[8] **Q:** Can you tell us who you talked to and when [9] you talked to them and the general details of the [10] conversation?

[11] **A:** I think generally it was in the November [12] or December time frame. And we were talking to the [13] gentlemen that worked at I.T.@work, the European [14] company. And Steve Oetegenn came back in the [15] picture again.

[16] **Q:** Had Oetegenn been out of the picture?

[17] **A:** At least as far as I was concerned. We [18] didn't have many discussions since the spring of [19] 2002.

[20] **Q:** What were your conversations with Oetegenn [21] after November 1, '02?

[22] **A:** I believe Steve was trying to angle to [23] either have his company buy Argus or try to do an [24] OEM agreement with the company or something like

Page 78

[1] that.

[2] **Q:** Any discussion as to why Randy was no [3] longer there?

[4] **A:** I think just in passing, we understood it [5] in my opinion, at least from him in our [6] conversations, that he thought that was a long time [7] coming.

[8] **Q:** The people at I.T.@work over in Europe, [9] Klix and Michaels?

[10] **A:** I believe that's the name.

[11] **Q:** Did Vromen have any role in I.T.@work?

[12] **A:** He did. I'm not aware of the certain [13] extent of that.

[14] **Q:** Was he an investor?

[15] **A:** I believe he was.

[16] **Q:** Tell us about the communications with the [17] I.T.@work people.

[18] **A:** We were trying to find a way to either [19] help renegotiate their licensing agreement with [20] Argus or try and find a way to try to get a hold [21] of the products so they could help resell them [22] into Europe.

[23] **Q:** Whatever came of that?

[24] **A:** We worked on several variations of doing

Page 79

[1] it and talked about ABN AMARO trying to help by [2] debt forgiveness to get their hands on the product [3] and got to agreements but never negotiated and [4] finalized them.

[5] **Q:** Debt forgiveness. What debt are we [6] talking about?

[7] **A:** ABN AMARO and Mercurius's debt position [8] that we held in like January of 2003.

[9] **Q:** Held in Argus?

[10] **A:** Correct.

[11] **Q:** Well, how would that help I.T.@work?

[12] **A:** We were talking about dealing a [13] significant like source code licensing arrangement

[14] so there had to be some monetary value to that for [15] Argus in my opinion. So we were talking about [16] exchanging that or giving up debt in lieu of that.

[17] **Q:** And the source code would go to?

[18] **A:** I.T.@work.

[19] **Q:** Why would Argus want to give I.T.@work a [20] source code but not give a third party such as [21] Sandone a source code?

[22] **A:** Well, at the end of the day they didn't [23] because terms couldn't be worked out. But it would [24] be a significant benefit to, you know, getting ABN

Page 80

[1] AMARO and Mercurius out of the company.

[2] **Q:** What did you understand I.T.@work's [3] business was?

[4] **A:** They were reselling Argus's product.

[5] **Q:** Anything else?

[6] **A:** Services.

[7] **Q:** I mean, any other companies' products?

[8] **A:** I heard of them doing some of that. I [9] don't know with details what they were.

[10] **Q:** Are they still functioning?

[11] **A:** I don't know.

[12] **Q:** Are you acquainted with Jim Carpenter?

[13] **A:** Excuse me?

[14] **Q:** One time a Jim Carpenter was on the Argus [15] board?

[16] **A:** Yes.

[17] **Q:** And I believe he has some relationship [18] with Mercurius. Would that be your under- [19] standing?

[19] **A:** Yes.

[20] **Q:** What's the nature of your acquain- [21] tanceship with Carpenter?

[22] **A:** I just met through the Argus board [23] relationship.

[24] **Q:** And he resigned from the board of Argus?

Page 81

[1] **A:** Correct.

[2] **Q:** When was that?

[3] **A:** I believe in late March of 2002 or April.

[4] **Q:** And what reasons did he give you for his [5] resigning from the board?

[6] **A:** Because the company didn't have D & O [7] insurance.

[8] **Q:** And did he give you reasons why he was [9] concerned about the absence of D & O in- [9] surance?

[10] **A:** The company wasn't meeting its payroll [11] obligations.

[12] **Q:** Are you acquainted with Mr. Steinstra [13] (phonetic) at Mercurius?

[14] **A:** I've heard the name. I don't know him.

[15] **Q:** Have you ever communicated with him?

[16] **A:** Not directly, no.

*Lawyer's Notes*

[17] **Q:** What do you mean by not directly?

[18] **A:** I've seen e-mail exchanges with him that [19] I've been included on but not directly.

[20] **Q:** Not e-mails from you —

[21] **A:** Correct.

[22] **Q:** — or from him —

[23] **A:** Right.

[24] **Q:** — to you?

Page 82

[1] Okay. Now, after you went on the board of [2] Argus, what authority did ABN give you as far as [3] releasing the funds committed to the [3] December 3rd, [4] '01, agreement to Argus?

[5] **A:** I had the authority to invest that — [6] those funds from the December 3rd agreement into [7] the company.

[8] **Q:** How much of the funds had gone to the [9] company by the time you went on the board?

[10] **A:** I believe none. I believe the day after I [11] took the board seat, the funds went into the [12] company.

[13] **Q:** All of the funds?

[14] **A:** ABN AMARO's share. I believe we put [15] $300,000. And I don't remember the total amount.

[16] **Q:** But at some point in time, it came up to [17] 6 million?

[18] **A:** That was part of the December 3rd [19] agreement.

[20] **Q:** Yes.

[21] **A:** Okay.

[22] **Q:** But didn't you have the authority to and [23] the job to release the December 3rd, '01, funds to [24] Argus?

Page 83

[1] **A:** Well, the funds were already in the [2] company. There was a small portion that we agreed [3] to put in subsequent to the December 3rd documents. [4] So there's no release except for a small portion of [5] the $300,000, which I talked about.

[6] **Q:** And when was that put in the company?

[7] **A:** I believe in late January 2002.

[8] **Q:** Other than the funds in January 2002 — I [9] believe to be then — did you ever play a role in [10] releasing funds from ABN to Argus?

[11] **A:** Yes.

[12] **Q:** Tell us about that, sir.

[13] **A:** We secured some debt for the company in [14] March, I believe. Roughly of ABN AMARO's [15] piece was a quarter million dollars and Mercurius did also at [16] the same time. So we had to go through a formal [17] investment process to get that done.

[18] **Q:** You secured — explain what you mean.

[19] **A:** I believe they had a line of credit at [20] Strategic Capital. And in order for Strategic [21] Capital to release more funds under the line of [22] credit, they needed a guarantee. And so we put up [23] CD's to guarantee those funds.

[24] **Q:** Anything else?

Page 84

[1] **A:** No. We did go through proposals that were [2] never completed.

[3] **Q:** Okay. Now, what communications did you [4] have with Strategic Capital concerning the [5] financing of Argus?

[6] **A:** I don't think any directly.

[7] **Q:** At some point in time did Mr. McNabb [8] commence to make proposals for re-organization or [9] refinancing or acquisition of Argus for its assets?

[10] **A:** Mr. McNabb?

[11] **Q:** Yes.

[12] **A:** I believe so. There were several. I [13] don't know who put them together or where they came [14] from. I don't recall exactly.

[15] **Q:** When in point of time would those [16] generally be?

[17] **A:** Probably from the November 2002 time frame [18] until the company went into bankruptcy.

[19] **Q:** Did you ever communicate to Mr. McNabb [20] that you felt his efforts in that regard were a [21] breach of fiduciary duty being a director?

[22] **A:** No.

[23] **Q:** Did you feel they were?

[24] **A:** No.

Page 85

[1] **Q:** Why not?

[2] **A:** Because he was fully informing the board [3] of all the details and the items. And if he was [4] involved in those, he explicitly laid them out.

[5] **Q:** Hadn't Mr. Sandone done the same thing?

[6] **A:** Not in my opinion.

[7] **Q:** What had he concealed from the board that [8] was relevant in your opinion?

[9] **A:** Details of the amounts and the nature of [10] the details of those agreements.

[11] **Q:** And these are agreements with whom?

[12] **A:** I believe there's other co-investors from [13] Milwaukee.

[14] **Q:** Did you ever make any inquiry of these [15] co-investors?

[16] **A:** Yes.

[17] **Q:** And when did you do that?

[18] **A:** Since the probably June 2002 time frame [19] all the way through.

[20] **Q:** And what did they communicate to you?

[21] **A:** I would get some details of general items [22] that they were guaranteeing debt. But I never was [23] given details of what agreements led behind that or [24] why would they do that.

Page 86

[1] **Q:** Well, did you know that they had [2] guaranteed some of the financing from Strategic [3] Capital?

[4] **A:** Yes.

---

*Lawyer's Notes*

---

[5] **Q:** You were talking about something different [6] from that?

[7] **A:** No.

[8] **Q:** Well, did you ever ask to see the [9] Strategic Capital documentation?

[10] **A:** Yes.

[11] **Q:** And were you furnished it?

[12] **A:** Yes.

[13] **Q:** Well, didn't that tell you what you needed [14] to know?

[15] **A:** No. I believe the guarantors of the [16] capital, there were also arrangements behind that [17] that were secretly influencing the decision making.

[18] **Q:** Have you ever — at this point in time is [19] it your opinion there were some secret agreements?

[20] **A:** Yes.

[21] **Q:** And have you ever learned the details of [22] any of these secret agreements?

[23] **A:** No.

[24] **Q:** And you think there was secret agreements

Page 87

[1] between Sandone on the one hand and the Milwaukee [2] investors, the various ones of them, on the other?

[3] **A:** Yes.

[4] **Q:** And you made inquiry of Sandone as to if [5] there were secret agreements, correct?

[6] **A:** Correct.

[7] **Q:** And what was his response?

[8] **A:** I believe I was given a response that he [9] didn't have to give them to me.

[10] **Q:** Okay. And did you make an inquiry of any [11] of the folks from Milwaukee?

[12] **A:** I did.

[13] **Q:** And what was their response?

[14] **A:** Again, general answers. The details were [15] never exactly given to me.

[16] **Q:** Do you remember who you talked to in [17] Milwaukee?

[18] **A:** Dave Caruso.

[19] **Q:** Have we discussed the substance of the [20] John Hadley participation, I guess I should say, or [21] investigation?

[22] **A:** Uh-huh.

[23] **Q:** After Randy left, were there any renewed [24] conversations with Hadley?

Page 88

[1] **A:** I think not through — not directly John [2] Hadley. I think he had a colleague or [3] representative that used to work for the company in [4] purchase.

[5] **Q:** A fellow named Anderson?

[6] **A:** Yes.

[7] **Q:** And tell us what happened with Anderson or [8] Hadley, as the case may be, after Randy's [9] termination?

[10] **A:** I believe that they had a proposal to try [11] and come into the company and really take it [12] through bankruptcy and try and find a way to buy [13] the assets out of the bankruptcy process, I [14] believe. I'm not for certain as to what the exact [15] proposal is, but.

[16] **Q:** And was that proposal in some written form [17] to the board?

[18] **A:** No.

[19] **Q:** What's the basis of your knowledge of that [20] proposal?

[21] **A:** I believe Mark sent me several e-mails. [22] And we might have had some conversations on his [23] thoughts of what should be done and if certain [24] things were accomplished, that he could get John to

Page 89

[1] invest the money or buy the assets or something.

[2] **Q:** Did you report that to the other board [3] members?

[4] **A:** Yes, I believe I did.

[5] **Q:** And by this point in time, Randy was no [6] longer on the board, correct?

[7] **A:** Correct.

[8] **Q:** What would be your best recollection — [9] we've got it somewhere in the documents — as to [10] when Randy left the board?

[11] **A:** I think it was around November the 10th or [12] something like that.

[13] **Q:** Shortly after —

[14] **A:** Correct.

[15] **Q:** — his —

[16] **A:** Maybe it was a month later. I don't [17] recall exactly.

[18] **Q:** And at any rate when you were dealing with [19] Hadley, Randy was no longer on the board?

[20] **A:** I believe so.

[21] **Q:** And the folks — everybody on the board [22] knew of Hadley's proposal?

[23] **A:** I think they knew that there was talk of a [24] proposal. There was nothing formally proposed.

Page 90

[1] **Q:** Anybody talk to Hadley about this other [2] than yourself or Anderson?

[3] **A:** I believe maybe Frits Vromen might have [4] talked to him and Paul might have. I don't recall.

[5] **Q:** Okay. Now, I understand there was a [6] proposal received from Peter Fox. Does that ring a [7] bell?

[8] **A:** It does ring a bell. I don't recall the [9] details of it.

[10] **Q:** Did you ever meet with Mr. Fox?

[11] **A:** I might have once. I don't remember [12] though.

[13] **Q:** Mr. Fox's proposal was in writing, was it [14] not?

[15] **A:** I believe there was some sort of term [16] sheet, yes.

---

*Lawyer's Notes*

---

[17] **Q:** And was that communicated to the entire [18] board?

[19] **A:** I believe so.

[20] **Q:** Did anybody from the board enter into any [21] negotiations with Fox to see what he was up to?

[22] **A:** I believe Paul was trying to negotiate a [23] deal that could get done. I was not involved.

[24] **Q:** Did you ever receive any reports from Paul

Page 91

[1] as to —

[2] **A:** I believe I did.

[3] **Q:** — what was transpiring talking to Peter [4] Fox?

[5] **A:** Yes.

[6] **Q:** And what did Paul say?

[7] **A:** I don't recall the exact details of that.

[8] **Q:** Okay. Do you recall any of the details of [9] this Fox proposal?

[10] **A:** I don't recall the details, quite [11] honestly.

[12] **Q:** Okay. It wasn't accepted?

[13] **A:** Correct.

[14] **Q:** Do you recall why it wasn't accepted?

[15] **A:** I believe generally the terms were [16] unacceptable to the creditors of the company.

[17] **Q:** Well, were the terms communicated to the [18] creditors of the company?

[19] **A:** I know they were conferred to me roughly [20] as a creditor of the company. I believe the [21] Milwaukee investors had some knowledge of that. I [22] didn't do the communicating though.

[23] **Q:** What's the basis of your belief that the [24] Milwaukee people were advised of Fox's proposal?

Page 92

[1] **A:** I thought Paul had mentioned to me or Dave [2] Caruso when I was talking to him. I don't recall [3] exactly how it —

[4] **Q:** Randy was a shareholder at the time?

[5] **A:** Uh-huh.

[6] **Q:** Was the Fox proposal communicated to [7] Randy?

[8] **A:** I don't know.

[9] **Q:** As far as at this point in time keeping [10] people advised as to what was happening, who was [11] responsible for that?

[12] **A:** Paul.

[13] **Q:** Okay. And I gather when you were a board [14] member, you did not have any involvement in telling [15] other shareholders other than ABN and Mercurius as [16] to what's happening?

[17] **A:** Correct.

[18] **Q:** And looked to Paul to do that?

[19] **A:** Yes.

[20] **Q:** Okay. Did you ever have a board meeting [21] where Peter Fox's proposal was discussed and action [22] taken thereon?

[23] **A:** I don't recall.

[24] **Q:** I gather if you did, you'd expect that

Page 93

[1] type of thing to be in the minutes?

[2] **A:** I would expect it to be.

[3] **Q:** Any proposals from anybody — any other [4] organization that was not already discussed?

[5] **A:** I believe Mercurius was talking about [6] certain proposals and/or I.T.@work, one or the [7] other. And I believe also the Milwaukee investors [8] were talking about proposals at that time as well.

[9] **Q:** Are you familiar with the details of any [10] of those?

[11] **A:** Not off the top of my head, no.

[12] **Q:** Did any person or group other than Peter [13] Fox make a written proposal?

[14] **A:** I don't believe so.

[15] **Q:** Now, the Fox written proposal, that — was [16] it made to the board of Argus?

[17] **A:** I don't remember if they actually formally [18] issued a term sheet or not. I don't remember.

[19] **MR. KASSOF:** Do you want take a lunch break at [20] some point, Joe?

[21] **MR. PHEBUS:** Well, that's fine, if everybody [22] would like to. Let's see, we've been going about [23] two and a half hours, I guess. That's fine.

[24] **MR. KASSOF:** I would suggest that we do it

Page 94

[1] quickly, too.

[2] **MR. PHEBUS:** Yes.

[3] (Recess taken.)

[4] **BY MR. PHEBUS:**

[5] **Q:** I started to ask you about Jim Carpenter. [6] Other than serving on the Argus board with him, [7] have you had occasion to be acquainted with him?

[8] **A:** No.

[9] **Q:** Any conversations with Carpenter at any [10] time concerning whether or not Sandone should be [11] removed as CEO of the company?

[12] **A:** We had those conversations.

[13] **Q:** When would those have been?

[14] **A:** In March of 2002.

[15] **Q:** And who was part of the conversations [16] other than you and Carpenter?

[17] **A:** I believe it was just the two of us.

[18] **Q:** And what did Carpenter have to say on the [19] subject?

[20] **A:** I think he felt similar to my concerns and [21] that the company needed a change of direction.

[22] **Q:** Now, you indicated that I.T.@work, after [23] November 1, '02, was discussing with Argus [24] obtaining what, a license and the source code,

Page 95

[1] correct?

[2] **A:** Correct.

*Lawyer's Notes*

[3] **Q:** As far as obtaining the source code, what [4] were the proposed — would the proposal provide as [5] far as conditions and limitations?

[6] **A:** I don't remember all the exact terms of [7] that.

[8] **Q:** How did that differ from Mr. Sandone's [9] proposal right after November 1, '02, for him to [10] obtain a license and source code?

[11] **A:** Don't recall exactly.

[12] **Q:** Did — before November 1, '02, had he made [13] a proposal to obtain a license and source code?

[14] **A:** Who?

[15] **Q:** I'm sorry. Mr. Sandone.

[16] **A:** I believe so.

[17] **Q:** Was there ever any discussion concerning [18] ABN and/or Mercurius acquiring a license and source [19] code?

[20] **A:** There might have been discussions about [21] Mercurius. ABN AMARO wasn't interested in that.

[22] **Q:** Why wasn't — when was this discussion?

[23] **A:** I think it might have been in late 2002, [24] early 2003.

Page 96

[1] **Q:** And why wasn't ABN interested, in your [2] opinion?

[3] **A:** Not in the business of running companies [4] or selling technology.

[5] **Q:** And what was Mercurius's proposal in that [6] regard?

[7] **MR. KASSOF:** If you know.

[8] **THE WITNESS:** I don't recall.

[9] **BY MR. PHEBUS:**

[10] **Q:** The payroll, what was the status of the [11] payroll in company's willing to pay the payroll as [12] of November 1 —

[13] (A brief interruption.)

[14] **THE WITNESS:** The question was how much was the [15] company behind?

[16] **MR. PHEBUS:** Why don't you read it again.

[17] (Record read as requested.)

[18] **BY MR. PHEBUS:**

[19] **Q:** Company's ability to make the payroll as [20] of November 1.

[21] **A:** I believe the company was about two months [22] in arrears in the payroll.

[23] **Q:** Had the company received the funds though [24] it was now in a position to go ahead and pay —

Page 97

[1] make the payroll?

[2] **A:** No.

[3] **Q:** Did they have the funds coming in so that [4] within a brief period of time after November 1, the [5] company was in a position to pay all the payroll [6] through November 1?

[7] **A:** There was an initial deal the company was [8] working on just to meet some of the payroll but

*Lawyer's Notes*

not [9] in total.

[10] **Q**: And eventually was all the payroll made [11] through November 1?

[12] **A**: I don't recall.

[13] **Q**: What happened as far as making payroll [14] after November 1?

[15] **A**: Company continued to struggle with it on [16] and off.

[17] **Q**: Company ever get current in payroll after [18] November 1st?

[19] **A**: I don't believe so.

[20] **Q**: Now, before lunch you indicated that the [21] I.T. work's negotiations — I'll put it that way — [22] had a proposal that if it could be con- [23] summated, it [23] would be good for Argus because it would have [24] gotten ABN and Mercurius out of Argus, if I

Page 98

[1] understood your answer?

[2] **A**: That's right.

[3] **Q**: Okay. And why would that be advantageous [4] to Argus?

[5] **A**: There were, at the time, multiple [6] different levels of interest and different parties [7] that seemed to disagree on lots of topics.

[8] **Q**: Wasn't that the case back in March of '02, [9] that there were multiple interests and [10] dis- agreements?

[11] **A**: Not to the extent that it was in January [12] of 2003.

[13] **Q**: Would it have been in your opinion good [14] for Argus to have gotten ABN and Mercurius out of [15] Argus in March/April time frame though, too?

[16] **MR. KASSOF**: Object to the form.

[17] **THE WITNESS**: No.

[18] **BY MR. PHEBUS**:

[19] **Q**: Why not?

[20] **A**: Because we could have funded the com- pany [21] and allowed it to grow and realized the value of [22] the technology.

[23] **Q**: But you didn't fund it?

[24] **A**: We offered many proposals to fund the

Page 99

[1] company.

[2] **Q**: Well, the many proposals, those would all [3] involve, for all practical purposes, ABN and [4] Mercurius acquiring the company, would they not?

[5] **A**: Not acquiring a significant stake, not [6] acquiring it outright.

[7] **Q**: Were these proposals all in writing?

[8] **A**: Several of them.

[9] **Q**: And they were all essentially combinations [10] and permutations of the same thing?

[11] **A**: Well, some were in the form of what an [12] equity refinancing would look like and some were if [13] we wanted to issue more debt to the company.

[14] **Q**: But who was — who were the negotiations [15] with in regards to these potential restructur- ing [16] with ABN and Mercurius?

[17] **A**: In what time frame?

[18] **Q**: Spring of '02.

[19] **A**: With the company. We submitted a term [20] sheet to the company, I believe, in late May or [21] June.

[22] **Q**: Term sheet to?

[23] **A**: Argus.

[24] **Q**: And these would be in actual term sheets?

Page 100

[1] **A**: Yes.

[2] **Q**: Have you seen any of those lately?

[3] **A**: I haven't seen any.

[4] **Q**: As of the last 24 hours?

[5] **A**: No.

[6] **Q**: Now, did you at any time ever perform an [7] evaluation as to the value of Argus?

[8] **A**: Yes.

[9] **Q**: When did you do that?

[10] **A**: Ever since I took over the investment [11] after January of 2002.

[12] **Q**: Which that's these quarterly reports?

[13] **A**: Typically.

[14] **Q**: Where else would you have done that?

[15] **A**: If I was putting a proposal to the [16] investment committee for financing, I would do that [17] in that proposal.

[18] **Q**: Do you know if you gave proposals to the [19] investment committee?

[20] **A**: Yes.

[21] **Q**: Did you?

[22] **A**: Yes.

[23] **Q**: About how many?

[24] **A**: Three.

Page 101

[1] **Q**: Okay. So there would have been three [2] written proposals from you to the ABN investm- ent [3] committee in which you would have given an opinion [4] as to the value of Argus?

[5] **A**: Right.

[6] **Q**: And then in addition, there would be, I [7] suppose, about four or five quarterly reports where [8] you would have given the value?

[9] **A**: I think there were three. Actually after [10] we wrote the investment off, we didn't prepare the [11] reports anymore.

[12] **Q**: And can you tell me when these three [13] reports would have been?

[14] **A**: To the investment committee?

[15] **Q**: Yes.

[16] **A**: I believe in late February 2002, April of [17] 2002 and the last one was probably in early June [18] 2002.

[19] **Q**: You said they were quarterly reports?

[20] **A**: No. I thought you were talking about the

2:04Randall ABN,2 Sandone GBv. # 45-8 Page 23 of 23
Keith Walz, et al.

Keith Walz
July 27, 2004

[21] investment proposal.

[22] **Q:** That's okay. The ones you just gave me [23] were for the investment committee?

[24] **A:** Right.

Page 102

[1] **Q:** That's fine. The quarterly reports, when [2] were they given?

[3] **A:** The first one I believe I prepared in [4] April of 2002, we'd do a July 2002 and I think my [5] last one was October of 2002.

[6] **Q:** How did you go about arriving at your [7] value in those six reports?

[8] **A:** Looking at the status of the company, [9] comparing it to other companies we saw in the [10] marketplace.

[11] **Q:** I take it you still have copies of those [12] three reports to the investment committee?

[13] **A:** I should somewhere.

[14] **Q:** And of the three quarterly reports?

[15] **A:** I would imagine I do.

[16] **Q:** Do you recall the values on any of those?

[17] **A:** I don't recall the exact values but most [18] of them were near zero.

[19] **Q:** And in your report where you're looking at [20] value, what definition of the term value are you [21] using?

[22] **A:** We look at the total of what we call the [23] market value of the company.

[24] **Q:** Other than those written evaluations, did

Page 103

[1] you ever — are you aware of any evaluations by [2] anybody else associated with ABN as to the value of [3] the company?

[4] **MR. KASSOF:** Evaluations or valuations?

[5] **BY MR. PHEBUS:**

[6] **Q:** Thank you. I'll start over again. [7] Other than your six evaluations of the [8] market value of Argus that you've told us about, [9] did anyone else at ABN do market value analyses as [10] to Argus?

[11] **A:** I'm sure prior to my involvement with [12] Argus that my predecessors did those same [13] evaluations.

[14] **Q:** And that would have been Kuyper?

[15] **A:** No. Jan Dijkstra or Roel Shoemacher.

[16] **Q:** As of November 1, '02, what was the shared [17] ownership of the company?

[18] **A:** In what terms?

[19] **Q:** Pardon me?

[20] **A:** By — what do you mean by the —

[21] **Q:** Well, how many shares did — were owned by [22] ABN? How many were owned by Sandone, whatever?

[23] **A:** I don't recall the exact.

[24] **Q:** We have seen interrogatory answers

Page 104

[1] purporting to give a percentage of shares that [2] Mr. Sandone owned as of that date. Did

*Lawyer's Notes*

you provide [3] that information?

[4] **A:** No.

[5] **Q:** Have you attempted to independently veri- fy [6] the accuracy of that interrogatory answer?

[7] **A:** I have not.

[8] **Q:** So whether it's correct or not, you're not [9] able to tell us?

[10] **A:** Correct.

[11] **Q:** Who do you understand made that [12] calculation?

[13] **MR. KASSOF:** If you know. If you don't know, [14] you don't know.

[15] **THE WITNESS:** I thought Paul made the [16] calculation.

[17] **BY MR. PHEBUS:**

[18] **Q:** Now, did the — did Argus have periodic [19] financial statements that went to the board?

[20] **A:** Yes.

[21] **Q:** And were these monthly statements?

[22] **A:** I believe they were as reflected as a [23] monthly financial, maybe yearly information on [24] there. But they weren't provided to us monthly.

Page 105

[1] **Q:** Were they prepared on a monthly basis?

[2] **A:** I'm sure they were.

[3] **Q:** How often — at what frequency were they [4] provided to you?

[5] **A:** Typically I would get those at board [6] meetings or when I requested them.

[7] **Q:** You didn't just automatically get them?

[8] **A:** No.

[9] **Q:** Did you have a standing order in that, hey [10] I want to see these as soon as they're available?

[11] **A:** Yes.

[12] **Q:** And who did you make that request to?

[13] **A:** Terry Snyder.

[14] **Q:** And was that request complied with, to [15] your observations?

[16] **A:** Not always, no.

[17] **Q:** And when you would get these statements, [18] what would you do with them?

[19] **A:** I would review them and analyze them.

[20] **Q:** You ever discuss them with the other board [21] members?

[22] **A:** Probably in a board meeting most likely.

[23] **Q:** And do you recall any of the details of [24] discussions with the other board members other than

Page 106

[1] what might be in the board minutes as to the [2] financial statements?

[3] **A:** No. I think mainly our discussion [4] re- volved around the income statement and the re- venues [5] and mainly the cost or burn rate of the company.

[6] **Q:** And I take it when you would read these [7] financial statements, would you confer with