**E-FILED**
Tuesday, 23 May, 2006 03:58:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK | ) ) ) ) ) ) | No.  04-2232 |
| Plaintiffs, | ) ) ) | The Honorable Judge Harold A. Baker |
| vs. | ) ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR ORDER

COME NOW plaintiffs DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK, and move for an order to conduct certain discovery at this time, and in support thereof state:

1. There is presently a case pending in the Circuit Court of Champaign County, Illinois, *Sandone v. Walz, et al.*, No. 02-L-272 ("the *Sandone* case").

2. The attorneys for the plaintiffs in the *Sandone* case are the same attorneys that represent the plaintiffs herein.

3. The attorneys for defendants ABN AMRO Bank, N.V., and ABN AMRO Ventures, B.V., in the *Sandone* case are Edward M. Wagner of Heyl, Royster, Voelker & Allen, and Brian D. Sieve, Andrew A. Kassof,

1

Benjamin W. Hulse and Travis J. Quick of Kirkland & Ellis.  As of this date, attorneys Hulse, Quick and Wagner have entered their appearances for said defendants in this cause.

4.    In the *Sandone* case, the attorneys for the plaintiff and the attorneys for ABN AMRO Bank N.V., and ABN AMRO Ventures, B.V., are arranging to take the following depositions in Holland of:

A.  Gerbin Kyper of ABN AMRO;

B.  Jan Dijkstra of ABN AMRO;

C.  Roel Shoemaker, formerly of ABN AMRO;

D.  Wouter van der Veen, formerly of ABN AMRO;

E.  Frits Vromen of Mercurius Beleggingsmaatschappij B.V.; and

F.   Aandelen Stienstra of Mercurius Beleggingsmaatschappij B.V.

5.    By way of background, Mercurius, along with ABN AMRO, "invested" in Argus Systems Group, Inc.

6.    Based on investigation to date in the *Sandone* case, the plaintiffs' attorneys herein believe that some, if not all, of the above-named individuals have knowledge relevant to the issues in this case.

7.    The individuals set forth in sub-paragraphs 4 C through F hereof will have to be served with process under the Hague Convention, if they will not voluntarily appear.

8.    By virtue of the foregoing, so as to avoid unnecessary time and expense, the plaintiffs in this case should be allowed to take the said individuals'

depositions at the same time as the depositions are taken in the *Sandone* case.

9. So that said depositions can be complete and expeditious, the Court should order that Rule 26 disclosures be made forthwith and the parties should be authorized to conduct written discovery at this time.

WHEREFORE, plaintiff's pray the Court enter an order:

1. Authorizing the depositions of the afore named individuals to be taken at this time in conjunction with their depositions in the *Sandone* state court case;

2. Directing that Rule 26 disclosures be made by all parties by a near date certain; and

3. Immediately authorize the parties to conduct written discovery including interrogatories and production requests.

BY: s/ Joseph W. Phebus
Joseph W. Phebus
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
jwphebus@phebuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
P.O. Box 129

Urbana, Illinois 61801-0129
ewagner@hrva.com

Benjamin W. Hulse
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
bhulse@kirkland.com

Travis J. Quick
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
tquick@kirkland.com

BY:  s/ Joseph W. Phebus
Joseph W. Phebus
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
jwphebus@phebuslaw.com

F:\DOCS\JOE\SANDONE\ABN AMRO\Motion to Conduct Discovery.doc