UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK | ) ) ) ) ) | |
| | ) | No. 04-2232 |
| Plaintiffs, | ) ) | The Honorable Judge Harold A. Baker |
| vs. | ) ) ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

## DESIGNATION OF LEAD COUNSEL
## AND ENTRY OF APPEARANCE

COME NOW Plaintiffs Daniel V. Gonzales, Jay Kasmerchak, John Keller, Lon Frederick, Paul Frederick, Phillip Sawicki and Richard Rodrigues, by one of their attorneys, Joseph W. Phebus of the law firm of Phebus & Koester, and pursuant to Local Rule 11.2 hereby designate said Joseph W. Phebus as plaintiffs' lead counsel in this cause and hereby enters the appearance of Daniel J. Pope as additional counsel for the plaintiffs.

    s/ J.W. PHEBUS
       J. W. PHEBUS
       Attorney for Plaintiff
       PHEBUS & KOESTER
       136 West Main Street
       Urbana, Illinois 61801
       Telephone: (217) 337-1400
       Fax: (217) 337-1607
       *jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
Heyl, Royster, Voelker & Allen
P.O. Box 129
Urbana, Illinois 61801-0129
E-mail: *ewagner@hrva.com*
Telephone: 217-344-0060
Fax: 217-344-9295
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

Benjamin W. Hulse
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
E-mail: *bhulse@kirkland.com*
Telephone: 312-861-2000
Fax: 312-861-2200
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

Travis J. Quick
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
E-mail: *tquick@kirkland.com*
Telephone: 312-861-2000
Fax: 312-861-2200
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

    s/ J.W. PHEBUS
    J. W. PHEBUS
    Attorney for Plaintiff
    PHEBUS & KOESTER
    136 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 337-1400
    Fax: (217) 337-1607
    *jwphebus@phebuslaw.com*

f:\docs\joe\sandone\abn amro\designation lead.doc