UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK | ) ) ) ) ) ) No. 04-2232 |
| Plaintiffs, | ) The Honorable Judge Harold A. ) Baker |
| vs. | ) ) |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL BY ONE OF PLAINTIFFS' ATTORNEYS

COMES NOW Gary Forrester (hereinafter "Counsel") of Phebus & Koester, one of the attorneys for the plaintiffs in this cause, and hereby gives notice of the withdrawal of his appearance in this cause, and in support thereof states that he has accepted employment overseas commencing in June, 2006. Phebus & Koester will continue to represent plaintiffs.

WHEREFORE, Counsel respectfully requests that this Court grant leave for the withdrawal of his appearance in this cause.

> BY: s/Gary D. Forrester
> Gary D. Forrester
> Attorney for Plaintiff
> PHEBUS & KOESTER
> 136 West Main Street
> Urbana, Illinois 61801
> (217) 337-1400
> (217) 337-1607 (fax)
> gdforrester@phebuslaw.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 31st day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
P.O. Box 129
Urbana, Illinois 61801-0129
ewagner@hrva.com

Benjamin W. Hulse
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
bhulse@kirkland.com

Travis J. Quick
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
tquick@kirkland.com

                                                  BY:  s/Gary D. Forrester
                                                  Gary D. Forrester
                                                  Attorney for Plaintiff
                                                  PHEBUS & KOESTER
                                                  136 West Main Street
                                                  Urbana, Illinois 61801
                                                  (217) 337-1400
                                                  (217) 337-1607 (fax)
                                                  gdforrester@phebuslaw.com

F:\DOCS\JOE\SANDONE\ABN AMRO\Mo to Withdraw GF.doc