E-FILED
Friday, 09 June, 2006  06:03:52 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

Friday June 9, 2006

## The Netherlands Judicial Assistance

DISCLAIMER: THE INFORMATION IN THIS CIRCULAR RELATING TO THE LEGAL REQUIREMENTS OF SPECIFIC FOREIGN COUNTRIES IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A PARTICULAR CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO FOREIGN COUNSEL.

**PROVISO:** This flyer seeks only to provide information; it is not an opinion on any aspect of U.S., foreign, or international law. The U.S. Department of State does not intend by the contents of this flyer to take a position on any aspect of any pending litigation.

### Service of Process

The Netherlands and the United States are parties to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 UST 361, TIAS 6638; 28 USCA (Appendix following Rule 4 FRCvP); 16 I.L.M. 1339 (1977)). The Hague Service Convention provides for service by international registered mail, by agent and by formal request to the foreign Central Authority. (See Rule 4(f)(1) F.R.Cv. P.) For a detailed discussion of the operation of the Hague Service Convention, consult our flyer on the Convention . Service can be effected in the Netherlands **under the Convention through the Dutch Central Authority. A request for service by the Central Authority can be made by an attorney by submitting the documents to be served under cover of form USM-94, in duplicate to the foreign Central Authority. The Convention form (USM-94) is available at the office of any United States Marshal and is reprinted in the Martindale Hubbell Law Directory, Law Digest Volume, Selected International Conventions, after the text of the Hague Service Convention.**

**NETHERLANDS CENTRAL AUTHORITY:**

Arrondissementsrechtbank te s"Gravenhage
Paleis van Justitie
Juliana van Stolberglaan 2-4
2595 CL s"Gravenhage (The Hague)
The Netherlands
Tel: 31-70-381-3291
Fax: 31-70-381-3855

**TRANSLATIONS:** The Dutch Central Authority has informed the Hague Conference for Private International Law that all documents forwarded to them for service under the provisions of the Convention must be in duplicate and must be written in or translated into Dutch; the Request and Convention form (USM-94) may be completed in English.

**COSTS:** There are generally no costs incurred in connection with service through the Central Authority under the Convention.

**METHODS OF SERVICE:** Article 5(b) - Personal Service: If personal service is required, strike out methods (a) and (c) on the Request for Service form (USM-94) and indicate method (b) on the form, noting that the documents should be served personally upon the person or company to be served.

**COMPLETING THE USM-94 FORM:** To obtain guidance on completing the USM-94 form,

consult our general flyer on the Hague Service Convention available via our home page on the Internet or via our automated fax service.

**TRANSMITTING THE COMPLETED REQUEST:** The completed request form and documents to be served, (two copies of each), should be mailed by requesting counsel as the "applicant" directly to the foreign Central Authority as provided by Article 3 of the Convention. See our flyer, Hague Service Convention , for details regarding completion and transmittal of the forms and accompanying documents.

**SERVICE BY MAIL:** Service of process by international registered mail is permitted under Dutch law in administrative, civil, and criminal cases.

## OBTAINING EVIDENCE

**APPLICABLE TREATIES OR OTHER AGREEMENTS:** The Vienna Convention on Consular Relations, 21 UST 77; 596 UNTS 261; TIAS 6820 (Article 5);

Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, 28 USCA 1781 (1980 Cumulative Suppl) and 23 UST 2555; TIAS 7444. See also the law digest volume of the Martindale-Hubbell Law Directory under selected international conventions. Articles 15-16 of the Hague Evidence Convention provide for the taking of evidence of willing witnesses by diplomatic and consular officers.

**DEPOSITIONS OF WILLING WITNESSES:** Under the Convention, voluntary depositions in civil matters can be taken in the Netherlands without the prior consent of, or notification to, the Dutch government. Depositions can be carried out in three ways:

(1) Before a district court judge, who poses written interrogatories to the witness on behalf of counsel; to arrange for the taking of a deposition before a district court judge, counsel should write to the president of the district court for the particular district in which the deposition is to be taken;

(2) Before a Dutch *notaris* (a quasi-judge with substantially more powers than those associated with a public notary), who also poses the questions on the attorney"s behalf; and

(3) Before a consular officer of the United States (22 USC 4215; 4221; 18 USC, Appendix, Rules of Criminal Procedure, Rules 15 and 17; 28 USC, Appendix, Rules of Civil Procedure, Rules 28-31). While this option may be provided for at the request of both parties, or through a court order, due to other statutory consular responsibilities and limitations of resources, generally speaking, this is not a practical proposition. State Department regulations foresee that, with the consent of the parties, the consul will withdraw following administration of the oaths. Telephone depositions are permitted.

District courts are located in the following Dutch cities: Alkmaar, Almelo, Amsterdam, Arnhem, Assen, Breda, Dordrecht, s"Gravenhage (The Hague), Groningen, Haarlem, s"Hertogenbosch (Den Bosch), Leeuwarden, Maastricht, Middelburg, Roermond, Rotterdam, Utrecht, Zutphen, Zwolle.

**SCHEDULING A DEPOSITION AT THE U.S. CONSULATE GENERAL:** All U.S. consular services in the Netherlands are provided at the Consulate General in Amsterdam. Public hours are from 8:30 A.M. to 12:00 noon, Monday through Friday, except for Dutch and U.S. holidays. A consular officer is available to administer oaths on the premises during regular working hours. To minimize waiting time, however, appointments can be scheduled by contacting the American Citizen Services Unit of the U.S. Consulate General (tel: 31-20-575-5343; fax: 31-20-575-5330). The fee for the administration of each oath is $55.00. There is a nonrefundable fee of $400.00 for scheduling a deposition. In addition, if a consular officer is required to be present for the taking of a deposition, the fee is $200 per hour plus transportation costs.

After being sworn in, the parties (witnesses, court reporters, and translators) withdraw to a location outside the Consulate General for the taking of the deposition. Should the deposition last more than one day, the parties can be considered as remaining under oath for the entire proceedings, unless counsels find this disagreeable, in which case oaths will need to be readministered as required. A written copy of the oath can be provided for optional attachment to the deposition record. Should this be required, arrangements must be made when scheduling the swearing in of the parties. When a written version of the transcript has been prepared, the witness may return to the Consulate General to sign the document, as necessary.

The use of video and sound recording equipment is not restricted, provided the parties involved are amenable. However, counsels should be aware that the European voltage is 220V and local video equipment (PAL) is not compatible with the NTSC system used in the United States. Consult the Office of American Citizens Service"s general flyer Obtaining Evidence Abroad .

**STENOGRAPHERS/TRANSLATORS:** Commercial stenographer and interpreter services are available in the Netherlands. Consult the U.S. Consulate General for additional information.

**HOST COUNTRY CLEARANCE - PARTICIPATION OF LOCAL, STATE OR FEDERAL GOVERNMENT OFFICIALS FROM THE UNITED STATES:** If a local, state, or federal government official from the United States intends to participate in the voluntary deposition of a willing witness abroad, formal host country and U.S. Embassy clearance is required. This can be obtained by contacting the Office of American Citizens Services. The request should be made at least ten days prior to the taking of the deposition to allow sufficient time for local authorities to make a determination about the official travel.

**COMPULSION OF TESTIMONY, DOCUMENTARY OR PHYSICAL EVIDENCE:** If compulsion of evidence is required, in civil, commercial, and some administrative cases (considered by foreign Central Authority on a case by case basis) the Hague Evidence Convention provides a "Model Letter of Request" which should be transmitted, in duplicate, directly from the court in the United States seeking assistance to the Dutch government. For further information and assistance, contact the Bureau of Juridical Affairs, Ministry of Foreign Affairs, The Hague, Tel: 31-70-348-5787. In cases not governed by the Hague Convention, letters rogatory may be used. Consult our general flyer, Preparation of Letters Rogatory . See note below regarding criminal cases.

**NETHERLANDS CENTRAL AUTHORITY:**

Arrondissementsrechtbank te s"Gravenhage
Paleis van Justitie
Juliana van Stolberglaan 2-4
2595 CL s"Gravenhage (The Hague)
Netherlands

**TRANSLATIONS:** The Dutch Central Authority has advised the Hague Conference on Private International Law that requests for compulsion of evidence under the provisions of the Convention must be submitted in duplicate and must be written in or translated into Dutch.

**TRANSMITTAL OF A REQUEST:** The request should be transmitted to the foreign Central Authority as explained in our general flyer on the operation of the Hague Evidence Convention.

**CRIMINAL CASES:** Requests for compulsion of evidence in criminal cases may be made in the form of a letters rogatory. See our general flyer regarding Preparation of Letters Rogatory . For information regarding bilateral Mutual Legal Assistance Treaties in Criminal Matters (MLAT), see

our general flyer Obtaining Evidence Abroad . The Netherlands is a party to a bilateral MLAT treaty. Depositions sought by governmental authorities in criminal matters must be requested through the Office of International Affairs, Department of Justice (Tel: 202-514-0000) pursuant to the MLAT. Defense counsel cannot utilize mechanisms provided for under MLAT agreements, and thus must follow the formal letters rogatory.

**LISTS OF FOREIGN ATTORNEYS:** Lists of foreign attorneys prepared by the U.S. Consulate General are available from the Office of American Citizens Services or directly from the U.S. Consulate General.

**AUTHENTICATION OF DOCUMENTS:** The Netherlands is a party to the Hague Convention Abolishing the Requirement for Legalization of Foreign Public Documents (TIAS 10072; 527 UNTS 189, 20 Int"l Legal Materials 1405 - 1419 (1981). Information on the competent authority to issue certifications pursuant to the Convention (known as "apostille" certificates) is available via the State Department home page on the Internet. See also the State Department Authentications Office home page .

**U.S. CONSULATE GENERAL LOCATION:**

Museumplein 19
DJ Amsterdam
Tel: 31-20-575-5343
Fax: 31-20-575-5330

**ADDITIONAL INFORMATION** : The Office of American Citizens Services has several general information flyers on international judicial assistance. These topics include:

> Preparation of Letters Rogatory
> Obtaining Evidence Abroad
> Service of Process Abroad
> Authentication of Documents
> Hague Legalization Convention
> Hague Evidence Convention
> Hague Service Convention

**Using the Internet:** Many of these flyers are available on the Internet via the Department of State, Bureau of Consular Affairs home page at http://travel.state.gov under Judicial Assistance . See also, the Department of State, Office of the Legal Adviser for Private International Law home page .

**TREATY DATABASES ON THE INTERNET:**

United States Department of State, Office of the Legal Adviser, Treaty Affairs, List of Treaties and Other International Agreements of the United States In Force:
http://www.state.gov/www/global/legal_affairs/tifindex.html

United Nations (UN): Databases/Treaties

Council of Europe (COE) under Texts/Treaties

Organization of American States (OAS): under Documents/Treaties and Conventions.

**SELECTED BIBLIOGRAPHY:**

Bilateral Studies in Private International Law Series, Parker School of Foreign and Comparative Law, Columbia University, Oceana Publications, 1958-1964 (The Netherlands).

Soek, The Service of Documents Abroad and the Protection of Defendants Resident Abroad, Netherlands International Law Review, Vol. 29, 72 (1982).

**ADDITIONAL QUESTIONS:** If you have further questions, contact the Office of American Citizens Services, CA/OCS/ACS, Department of State, Room 4817 N.S., Washington, D.C. 20520, tel: (202) 647-5226.

Return to Judicial Assistance Page



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not beconstrued as an endorsement of the views contained therein. Copyright Information   Disclaimers