# PHEBUS & KOESTER
### ATTORNEYS AT LAW—ESTABLISHED 1895

E-FILED
Friday, 21 July, 2006 03:09:29 PM
Clerk, U.S. District Court, ILCD

Darius E. Phebus*
Wendell G. Winkelmann*
*Retired

Joseph W. Phebus
Thomas F. Koester
Daniel J. Pope
Helen K. Pope

Gary D. Forrester (Of Counsel)
   Admitted in New Zealand; Victoria, Australia;
   Illinois; Oregon; South Dakota

Telephone: (217) 337-1400
Fax: (217) 337-1607

www.phebuslaw.com

Mailing Address:
Post Office Box 1008
Urbana, Illinois 61803-1008

Office Address:
136 West Main Street
Urbana, Illinois 61801-2797

July 20, 2006

The Honorable Harold A. Baker
United States District Judge
338 United States Courthouse
201 South Vine Street
Urbana, Illinois 61802

**FILED**

**JUL 21 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

Dear Judge Baker:

    Re: Gonzales v. ABN AMRO Holding, et al.
         Cause No. 04-2232

On May 23 the plaintiffs filed a motion for order which primarily concerns depositions that the plaintiffs were planning on taking in another case in the Netherlands this coming August.

The plaintiffs in the other case have decided not to take the depositions at this time. Accordingly the motion is at least temporarily moot.

However, there remains pending the defendant's motion to dismiss to which the plaintiffs filed a memorandum in opposition on January 1, 2006.

Sincerely yours,

J.W. PHEBUS
jwphebus@phebuslaw.com

JWP/kto
cc: Edward M. Wagner – Via Fax Only 217-344-9295
     Benjamin W. Hulse – Via Fax Only 312-861-2200
     Travis J. Quick – Via Fax Only 312-861-2200