AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**DANIEL V. GONZALES, ET AL.,**
**Plaintiff,**

vs.                                                                 Case Number: **04-2232**

**ABN AMRO VENTURES BY, ET AL.,**
**Defendants.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiffs. The case is terminated. The parties shall bear their own costs.

ENTER this 14th day of September 2006.


s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK


s/K. Wynn
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

2:04-cv-02232-HAB-DGB # 54 Page 2 of 2

AO 450 (Rev. 5/85) Judgment in a Civil Case