UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK | ) ) ) ) ) | |
| | ) | No.  04-2232 |
| | ) | |
| Plaintiffs, | ) | The Honorable Judge Harold A. |
| | ) | Baker |
| vs. | ) | |
| | ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION TO RECONSIDER ORDER AND VACATE JUDGEMENT</u>**

COME NOW plaintiffs DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK, and moves the Court and pursuant to Rule 60(b) of the Federal Rules of Civil Procedure moves the court to vacate the judgment entered September 14, 2006 and reconsider the Court's order of said date dismissing the complaint and terminating the case and in support thereof states:

1.  Under Rule 60(b)(6) the Court can vacate the judgment for a reason justifying relief.

2.  The Court's order of September 14, 2006 dismisses the complaint on the basis that the claims plaintiffs attempt to assert are derivative claims.

3.  While the order refers to the fact that the corporation Argus Systems Group, Inc. was in bankruptcy, the opinion does not address the effect of the bankruptcy

upon whether or not a claim that may have been possessed by the corporation passes by operation of law to the shareholders by virtue of the bankruptcy, unless the claim is assigned to or acquired by a creditor.

4. The plaintiffs on October 2, 2006, filed in the bankruptcy court a 11 USC § 554(b) AND BANKRUPTCY RULE 6007 MOTION TO REQUIRE TRUSTEE TO ABANDON CLAIMS a copy of which is attached as Exhibit 1 and is incorporated herein by reference thereto. A hearing on which is set for October 18, 2006 at 9:00 a.m.

5. Assuming the bankruptcy proceeding is still active, which the plaintiffs believe to be the case, then the Court should vacate the judgment and order and hold this matter in abeyance until the aforesaid motion has been resolved. If the motion is granted, the plaintiffs should be given an opportunity to amend the complaint to plead their ownership of the claims in question.

6. On the other hand, should it be determined that the bankruptcy proceeding is no longer active and the bankruptcy court refuses to reopen the proceeding, then this court should address and consider the effect of the bankruptcy being closed upon the claims. It is plaintiff's position that under such conditions the property remaining in the estate, whether it be a chosen action or tangible assets, belongs to the shareholders and thus their claim is no longer derivative.

WHEREFORE plaintiffs pray the Court vacate the order and judgment in question and hold this matter in abeyance until after resolution of the a foresaid motion in the bankruptcy court, and then determine whether or not by virtue of abandonment or by virtue of chose in action remaining upon dissolution and termination, whether the plaintiffs have standing to assert the claims in question as owner of the chose in action.

BY: s/ Joseph W. Phebus
Joseph W. Phebus
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 (fax)
jwphebus@phebuslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
HEYL ROYSTER VOELKER & ALLEN
P.O. Box 129
Urbana, Illinois 61801-0129
ewagner@hrva.com

Benjamin W. Hulse
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
bhulse@kirkland.com

Travis J. Quick
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
tquick@kirkland.com

BY: s/ Joseph W. Phebus
Joseph W. Phebus
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400

3

(217) 337-1607 (fax)
jwphebus@phebuslaw.com

F:\DOCS\JOE\SANDONE\ABN AMRO\Motion to Conduct Discovery.doc

4