IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | )  No. 03-91852 |
| ARGUS SYSTEMS GROUP, INC. | ) |
| Debtor | ) |

**11 USC § 554(b) AND BANKRUPTCY RULE 6007 MOTION TO REQUIRE TRUSTEE TO ABANDON CLAIMS**

COME NOW DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK and pursuant to 11 USC 554(b) and Bankruptcy Rule 6007 move the Bankruptcy Court to order and direct the trustee Steve Miller to abandon all of debtor **ARGUS SYSTEMS GROUP, INC.,** claims against ABN AMRO BANK N.V., Amsterdam and ABN AMRO VENTURES B.V. to the plaintiffs as representatives of all of the former shareholders of Argus Systems Group, Inc. or alternatively, abandon all such claims to the former shareholders of Argus Systems Group, Inc. excepting only ABN AMRO Ventures, B.V., and Mercurius Beleggingsmaatschappij B.V., and in support thereof state:

1. All of the movants were shareholders of Argus Systems Group, Inc. at the time of filing of the involuntarily petition, herein, on May 23, 2003 and remained shareholders until the corporation was dissolved by virtue of orders of this Court and accordingly are parties in interest withstanding to bring this motion.

2. To the extent a corporation has assets, which are not distributed to creditors in the course of bankruptcy; the assets belong to the shareholders and should be distributed to them.

3. The movants believe that at the time of the involuntary bankruptcy petition and at all relevant times thereafter, Argus possessed a claim against ABN AMRO BANK N.V., Amsterdam and ABN AMRO VENTURES B.V. and accordingly, they filed a putative class action suit on behalf of themselves and other shareholders of Argus at the time of its dissolution in the United State District Court Central District of Illinois in the matter of DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK v. ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, Cause No. 04-2232. A copy of the latest complaint filed therein being attached hereto as Exhibit 1 and being referenced thereto. In said cause, the trial court has recently ruled that the claim is a derivative claim and cannot be brought by the shareholders, unless of course the claim is abandoned to the shareholders.

4. The bankruptcy trustee has refused to bring said claims against ABN AMRO BANK N.V., Amsterdam and ABN AMRO VENTURES B.V. The trustees' refusal to bring the claim was stated in court as "this is a fight between shareholders, I frankly want no part of."

5. Thus, the trustee has concluded that the claim is of inconsequential value and benefit to the estate and/or burdensome to the estate.

6. In that the trustee has refused to bring said claims, the Court should order and direct the trustee to abandon the claims as set forth above so that the movants can assert said claims on behalf of a class of shareholders.

                                                    BY:  s/Joseph W. Phebus
                                                    Joseph W. Phebus
                                                    PHEBUS & KOESTER
                                                    136 West Main Street
                                                    Urbana, Illinois 61801
                                                    (217) 337-1400
                                                    (217) 337-1607 (fax)
                                                    jwphebus@phebuslaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Joseph P Chamley**
jchamley@efbclaw.com  jnieman@efbclaw.com

**Jerry A Davis**
davis@davis-delanois.com

**William L Garrison**
williamlgarrison@sbcglobal.net

**Bruce Jay Meachum**
meach@insightbb.com

**Douglas J Quivey**
doug@lprpc.com  yvonne@lprpc.com

**Kingshuk K Roy**
kroy@hrva.com  urbecf@hrva.com

**David M Ucherek**
notice@uchereklaw.com  uchereklaw@msn.com

**Manual Notice List:**

**Becket and Lee**
POB 3001
Malvern, PA 19355

**James W Evans**
POB 737
Champaign, IL 61820

**David J Fischer**
225 W Wacker Dr #2800
Chicago, IL 60606

**Peter L Harris**
50 S 6th St #1500
Minneapolis, MN 55402

**Mark D Henss**
506 S Wright St #258
Urbana, IL 61801

**Robert J Labate**
131 S Dearborn 30th Fl
Chicago, IL 60603

**Christian J Lane**
Kirkland and Ellis
200 E Randolph Dr
Chicago, IL 60601

**Gary  Lietz**
1605 S State St #103
Champaign, IL 61820

**Robert M Mintz**
131 S Dearborn 30th Fl
Chicago, IL 60603

**S Edward Sarskas**
100 E Wisconsin Ave #3300
Milwaukee, WI 53202

**Hermann  Volk**
Altenauerstr 42 65239
Hochheim,  65239
GERMA

**Daniel J Zollner**
115 S LaSalle St
Chicago, IL 60603

> BY: s/ Joseph W. Phebus
> Joseph W. Phebus
> PHEBUS & KOESTER
> 136 West Main Street
> Urbana, Illinois 61801
> (217) 337-1400
> (217) 337-1607 (fax)
> jwphebus@phebuslaw.com

4

F:\DOCS\JOE\SANDONE\BANKRUPTCY\abandon claim motion.doc

5