UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK | ) ) ) ) ) | No. 04-2232 |
| Plaintiffs, | ) ) ) | The Honorable Judge Harold A. Baker |
| vs. | ) ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

COME NOW Plaintiffs Daniel V. Gonzales, *et al.*, by one of their attorneys, Joseph W. Phebus of the firm of Phebus & Koester, and move for leave of court to amend their complaint herein by asserting an alternative claim pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, and in support thereof state

1. The court dismissed the plaintiffs' initial class action complaint on the basis that the claim asserted was a derivative claim.

2. The plaintiffs have filed a motion to reconsider the order of dismissal and to vacate the judgment thereon which motion is pending.

3. The plaintiffs have filed a motion in the bankruptcy court in the Argus Systems Group, Inc. bankruptcy proceeding pursuant to 11 U.S.C. §554(b) and Bankruptcy Rule 6007 to require the trustee to abandon the claims in question, which motion is set for hearing October 18, 2006, at 9:00 a.m.

4. Since the filing of the motion, the bankruptcy trustee has advised plaintiffs' counsel that he has no objection to the motion.

5. Should the motion not be allowed, then upon closure of the bankruptcy estate, the claims in question should as a matter of law devolve to the shareholders and thus no longer be derivative claims.

6. Thus, either by virtue of the aforesaid motion or by virtue of closing the estate, the claims in question will no longer be derivative claims but claims owned by the shareholders.

7. Nevertheless out of an abundance of caution, the plaintiffs seek to file alternative claims pursuant to Rule 23.1 of the Federal Rules of Civil Procedure and in that regard state:

    A. The plaintiffs and each of them were shareholders of Argus Systems Group, Inc., at the time of the transactions of which the plaintiffs complain and at the time of Argus' adjudication of bankruptcy.

    B. The putative class members that the plaintiffs seek to represent were all shareholders of Argus Systems Group, Inc., at the time of the transactions in question and the time of Argus' adjudication of bankruptcy.

    C. The plaintiffs' claim is not a collusive claim in an attempt to confer jurisdiction in this court which it would not otherwise have.

    D. The plaintiffs were unable to ask the directors to bring this claim as the corporation was in bankruptcy.

    E. A request by a putative class member was made of the trustee (the comparable authority) to bring an action; however, the trustee has refused to do so and is taking the position "This is a fight between shareholders, I frankly want no part of."

      F.      The plaintiffs are all individual shareholders and are similarly situated with all putative class members in the proposed class whose rights they seek to enforce against ABN AMRO Bank, N.V., and ABN AMRO Ventures, B.V., as set forth in their initial complaint herein.

      8.      Attached hereto as Exhibit A and incorporated herein by reference thereto is the proposed amendment to the complaint adding Counts 3 and 4.

      s/ J.W. PHEBUS
      J. W. PHEBUS
      Attorney for Plaintiff
      PHEBUS & KOESTER
      136 West Main Street
      Urbana, Illinois 61801
      Telephone: (217) 337-1400
      Fax: (217) 337-1607
      *jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
Heyl, Royster, Voelker & Allen
P.O. Box 129
Urbana, Illinois 61801-0129
E-mail: *ewagner@hrva.com*
Telephone: 217-344-0060
Fax: 217-344-9295
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

Benjamin W. Hulse
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
E-mail: *bhulse@kirkland.com*
Telephone: 312-861-2000
Fax: 312-861-2200
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

Travis J. Quick
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
E-mail: *tquick@kirkland.com*
Telephone:  312-861-2000
Fax:  312-861-2200
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

               s/  J.W. PHEBUS
                J. W. PHEBUS
                Attorney for Plaintiff
                PHEBUS & KOESTER
                136 West Main Street
                Urbana, Illinois 61801
                Telephone:  (217) 337-1400
                Fax:  (217) 337-1607
                *jwphebus@phebuslaw.com*

*f:\docs\joe\sandone\abn amro\mo lea ame.doc*