E-FILED
Friday, 20 October, 2006  04:00:34 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DANIEL V. GONZALES, et al.,              ) | |
| ) | No. 04-2232 |
| Plaintiffs,              ) | |
| ) | Hon. Harold A. Baker |
| vs.              ) | |
| ) | |
| ABN AMRO BANK N.V. and ABN AMRO       ) | |
| VENTURES B.V.,              ) | |
| ) | |
| Defendants.              ) | |

## ABN AMRO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' MOTION TO VACATE UNDER RULE 60(B)(6)

On September 14, 2006, this Court correctly ruled that the former shareholders' suit was derivative, was part of the bankruptcy estate, and was in the exclusive control of the bankruptcy trustee. Plaintiffs did not appeal the Court's ruling nor seek reconsideration under Rule 59. Instead, plaintiffs moved to vacate the judgment under Rule 60(b)(6) while pursuing collateral attacks on the final judgment in the bankruptcy court. On October 18, 2006, at a hearing in the bankruptcy court, the Honorable Gerald D. Fines denied plaintiffs' motion to compel an abandonment by the trustee as well as their motion to amend the debtor's schedule of assets. The bankruptcy court's rulings eliminate all of the purported bases for plaintiffs' pending Rule 60(b)(6) motion and their motion to amend. Accordingly, the Court should deny both plaintiffs' motion to vacate under Rule 60(b)(6) as well as their related motion to amend the complaint.

-2-

Date: October 20, 2006    Respectfully submitted,

/s/ Travis J. Quick
Andrew A. Kassof
Travis J. Quick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Phone: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph W. Phebus
Daniel J. Pope
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                        /s/ Travis J. Quick