UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK | ) ) ) ) ) | |
| | ) | No. 04-2232 |
| Plaintiffs, | ) ) | The Honorable Judge Harold A. Baker |
| vs. | ) ) ) | |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTIONS TO RECONSIDER AND VACATE JUDGMENT AND
MOTION FOR LEAVE TO AMEND COMPLAINT TO ASSERT STANDING
UNDER RULE 23.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The bankruptcy court has denied the plaintiffs' Motion to Require Trustee to Abandon Claims.  However, a written order has not yet been entered. Accordingly, these plaintiffs have asked but have been unable to obtain the trustee's abandonment of the claims.  Thus, as was the case with another class member, Randall Sandone, they have conclusively established that the bankruptcy trustee as successor to the corporation is failing and refusing to enforce a right that may have been properly asserted by the trustee.

The defendants mischaracterize the nature of this court's earlier decision. It is respectfully suggested that the court's decision was that the plaintiffs lacked **standing** not that the allegations did not state a **cause of action**.  Counts 1 and 2 of the complaint as well as proposed Counts 3 and 4 assert claims based on a breach of fiduciary duty and *respondeat superior*.  That is, Keith Walz, a director of Argus, breached his fiduciary duty to Argus and did so in the course and scope of his

employment with ABN AMRO Bank N.V. and/or his agency with ABN AMRO Ventures B.V.

Through the bankruptcy proceeding, the plaintiffs have just obtained the Asset Purchase Agreement wherein the trustee sold certain assets to Innovative Securities Systems, Inc. The defendants argue that per this Asset Purchase Agreement, the trustee transferred the chosen action in question to Innovative Securities System, Inc. Nothing could be further from the truth. The Asset Purchase Agreement is attached hereto as Exhibit 1. It clearly provides in Section 2 on page 1 that the trustee is retaining *inter alia* "**chooses in action and the proceeds thereof**".

The plaintiffs herein have adequately alleged that the defendants' tortious conduct deprived the corporation and thus the shareholders of a substantial sum of money. There is no legal or equitable basis to deny them their day in court on behalf of themselves and all shareholders similarly situated. They should not be denied justice based on the whim of the trustee. The court in dismissing the complaint could have, and it is respectfully suggested should have, allowed the plaintiffs to amend to assert standing pursuant to Rule 23.1.

It is respectfully requested that the court allow the plaintiffs' motion for leave to amend to assert standing under Rule 23.1.

RESPECTFULLY SUBMITTED,

s/ J.W. PHEBUS
J. W. PHEBUS
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
*jwphebus@phebuslaw.com*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Edward M. Wagner
    Heyl, Royster, Voelker & Allen
    P.O. Box 129
    Urbana, Illinois 61801-0129
    E-mail: *ewagner@hrva.com*
    Telephone:  217-344-0060
    Fax:  217-344-9295
    *Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

    Benjamin W. Hulse
    Kirkland & Ellis
    200 E. Randolph Dr.
    Chicago, Illinois 60601
    E-mail:  *bhulse@kirkland.com*
    Telephone:  312-861-2000
    Fax:  312-861-2200
    *Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

    Travis J. Quick
    Kirkland & Ellis
    200 E. Randolph Dr.
    Chicago, Illinois 60601
    E-mail: *tquick@kirkland.com*
    Telephone:  312-861-2000
    Fax:  312-861-2200
    *Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

    s/  J.W. PHEBUS
    J. W. PHEBUS
    Attorney for Plaintiff
    PHEBUS & KOESTER
    136 West Main Street
    Urbana, Illinois 61801
    Telephone:  (217) 337-1400
    Fax:  (217) 337-1607
    *jwphebus@phebuslaw.com*

f:\docs\joe\sandone\abn amro\memo mo recon.doc