# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DANIEL V. GONZALES, et al., ) | |
| ) | No. 04-2232 |
| Plaintiffs, ) | |
| ) | Hon. Harold A. Baker |
| vs. ) | |
| ) | |
| ABN AMRO BANK N.V. and ABN AMRO ) | |
| VENTURES B.V., ) | |
| ) | |
| Defendants. ) | |

### ABN AMRO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MEMORANDUM

Plaintiffs' reply "memorandum" is both procedurally improper and substantively infirm. Plaintiffs chose not to appeal this Court's order entering judgment for defendants. They instead asked the Court to award "extraordinary relief" under Rule 60(b)(6) based on one final request that the bankruptcy court order the trustee to hand plaintiffs any alleged claim against ABN AMRO. They lost again. The bankruptcy court rejected the very arguments plaintiffs now try again here and denied their motion. With the bankruptcy court's latest ruling, there is now no basis at all for plaintiffs' Rule 60(b)(6) request. Accordingly, plaintiffs' motions to vacate the judgment and to amend should be denied, one final time.

-2-

Date: October 25, 2006                    Respectfully submitted,

/s/ Travis J. Quick
Andrew A. Kassof
Travis J. Quick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Phone: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph W. Phebus
Daniel J. Pope.
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                        /s/ Travis J. Quick