UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL V. GONZALES, et al., ) | |
| ) | No. 04-2232 |
| Plaintiffs, ) | |
| ) | Hon. Harold A. Baker |
| vs. ) | |
| ) | |
| ABN AMRO BANK N.V. and ABN AMRO ) | |
| VENTURES B.V., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ORDERS OF THE BANKRUPTCY COURT

The ABN AMRO Defendants hereby provide the Court with notice of the attached October 18, 2006, Order Denying Plaintiffs' Motion to Amend Schedule B List of Assets (Exhibit 1) and the attached October 25, 2006, Order Denying Plaintiffs' Motion to Require Trustee to Abandon Claims (Exhibit 2).

Date:  October 25, 2006

Respectfully submitted,

/s/ Travis J. Quick
Andrew A. Kassof
Travis J. Quick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Phone: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph W. Phebus
Daniel J. Pope.
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                                  /s/ Travis J. Quick