# EXHIBIT 1

Form minord

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

| | |
|---|---|
| *In Re:* Argus Systems Group Incorporated<br>*Debtor(s)* | *Case No.:* 03−91852<br>*Chapter* 7 |

## *ORDER*

*Notice is hereby provided:*

☑ A Hearing having been held 10/18/06 on the following matters:

☐ The following have been filed:

   1   Motion to Amend Schedule B List of Assets.

*IT IS ORDERED THAT:*

| MATTER | ACTION | |
|---|---|---|
| 1 | Denied | Motion to Amend Schedule B List of Assets. |

*Other:*

Dated: 10/18/06

/S/
Gerald D. Fines
U.S. Bankruptcy Judge