E-FILED
Wednesday, 25 October, 2006  01:10:38 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

**IT IS SO ORDERED.**

**SIGNED THIS: October 25, 2006**

                                                                            /s/ Gerald D. Fines
**GERALD D. FINES**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| ARGUS SYSTEMS GROUP, INC., | ) | No. 03-91852 |
| | ) | |
| Debtor. | ) | Hon. Gerald D. Fines |
| | ) | |

### ORDER DENYING MOTION TO REQUIRE
### TRUSTEE TO ABANDON CLAIMS

This Court, having considered the Motion to Require Trustee to Abandon Claims filed on October 2, 2006, as well as the response filed by ABN AMRO Private Equity and the arguments made at the hearing held on October 18, 2006, holds that the Motion to Require Trustee to Abandon Claims is denied based on this Court's prior order of April 13, 2005 denying the Emergency Motion for Order of Assignment, and the res judicata effect of that order.

IT IS THEREFORE ORDERED that the Motion to Require Trustee to Abandon Claims (Docket #261) is DENIED.

###