E-FILED
Thursday, 16 November, 2006   04:35:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DANIEL V. GONZALES, et al., ) | |
| ) | No. 04-2232 |
| Plaintiffs, ) | |
| ) | Hon. Harold A. Baker |
| vs. ) | |
| ) | |
| ABN AMRO BANK N.V. and ABN AMRO ) | |
| VENTURES B.V., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CLOSING OF ARGUS BANKRUPTCY

The ABN AMRO Defendants hereby provide the Court with notice of the order of the U.S. Bankruptcy Court for the Central District of Illinois closing the Chapter 7 bankruptcy of Argus Systems Group, Inc. (Exhibit 1.) This order, together with the bankruptcy court's prior orders denying Plaintiffs' requested relief, conclusively moots Plaintiffs' pending request for Rule 60(b)(6) relief.

Date: November 16, 2006

Respectfully submitted,

/s/ Travis J. Quick
Andrew A. Kassof
Benjamin W. Hulse
Travis J. Quick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Phone: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph W. Phebus
Daniel J. Pope.
PHEBUS & KOESTER
136 W. Main St.
Urbana, IL  61801

                                        /s/ Travis J. Quick