2:04-cv-02232-HAB-DGB    # 62-2    Page 1 of 28

CM/ECF - U.S. Bankruptcy Court:ilcb - Docket Report

Page 1 of 28

**E-FILED**
Thursday, 16 November, 2006  04:36:39 PM
Clerk, U.S. District Court, ILCD
**CLSD**

# U.S. Bankruptcy Court
## Central District of Illinois (Danville)
### Bankruptcy Petition #: 03-91852

*Assigned to:* Gerald D. Fines
Chapter 7
Involuntary
Asset

*Date Filed:* 05/23/2003
*Date Terminated:* 11/15/2006

| | |
|---|---|
| **Debtor**<br>**Argus Systems Group Incorporated**<br>1809 Woodfield Dr<br>Savoy, IL 61874<br>Tax id: 37-1305120 | represented by **Argus Systems Group Incorporated**<br>1809 Woodfield Dr<br>Savoy, IL 61874<br>*TERMINATED: 03/12/2003*<br><br>**Bruce Jay Meachum**<br>110 N Vermilion<br>Danville, IL 61832<br>(217) 442-1390<br>Email: meach@insightbb.com |
| **Petitioning Creditor**<br>**Jim Mills**<br>6106 E Yale Ave<br>Denver, CO 80222 | represented by **Robert J Labate**<br>131 S Dearborn 30th Fl<br>Chicago, IL 60603<br>(312) 715-5700 |
| **Petitioning Creditor**<br>**Kanchan Bhowmik**<br>907 Dogwood Dr<br>Champaign, IL 61821 | represented by **Robert J Labate**<br>(See above for address) |
| **Petitioning Creditor**<br>**CSS Computer Schreib Service**<br>Hubenstein 11<br>84416 Taufkirchen Vils<br>Germany<br>Germany | represented by **Robert J Labate**<br>(See above for address) |
| **Petitioning Creditor**<br>**Dale Phillips**<br>3553 Swallow Dr<br>Melbourne, FL 32935 | represented by **Robert J Labate**<br>(See above for address) |
| **Petitioning Creditor**<br>**Probat Office Consult** | represented by **Hermann Volk**<br>Altenauerstr 42<br>65239 Hochheim 65239 |

Germa

*Trustee*
**Steve Miller**
11 E North St
Danville, IL 61832
217-442-0350


*U.S. Trustee*
**U.S. Trustee**
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602
309-671-7854

| Filing Date | # | Docket Text |
|---|---|---|
| 05/23/2003 | 1 | Involuntary Petition. Filing Fee Received: $ 200.00 Receipt # 90042467 (court,ngre) (Entered: 05/23/2003) |
| 05/23/2003 | 2 | Summons(es) Issued on Argus Systems Group Incorporated (court,ngre) (Entered: 05/23/2003) |
| 05/23/2003 | 3 | Motion By Creditor Mercurius Beleggingsmaatschappij To Appoint Interim Trustee ; Certificate of Service. (court,lblo) (Entered: 05/23/2003) |
| 05/23/2003 | 4 | Hearing Re: [3-1] Motion To Appoint Trustee by Mercurius Beleggingsmaatschappij Schd For 10:00 6/3/03 at Room 120 - Danville (court,lblo) (Entered: 05/23/2003) |
| 05/25/2003 | | Courts BNC Certificate of Service Re: [4-1] Hearing . # of Notices: 7. (admin) (Entered: 05/27/2003) |
| 05/27/2003 | 5 | Amended Involuntary Petition - Add Petitioning Creditor No Certificate of Service. (court,lblo) (Entered: 05/27/2003) |
| 06/03/2003 | 6 | Agreed Order Granting [3-1] Motion To Appoint Interim Trustee by Mercurius Beleggingsmaatschappij. (court,dtow) (Entered: 06/03/2003) |
| 06/06/2003 | 7 | Notice of Appearance And Request For Service Of Notice By Christian J Lane for Creditor ABN Amro Private Equity. Certificate of Service. (court,ngre) (Entered: 06/06/2003) |
| 06/06/2003 | 8 | Notice of Appointment of Trustee, Steve Miller . Certificate of Service. (court,dtow) (Entered: 06/06/2003) |

| 06/09/2003 | 9 | Notice of Appearance And Request For Service Of Notice By Bruce Jay Meachum for Debtor Argus Systems Group Incorporated. Certificate of Service. (court,lblo) (Entered: 06/09/2003) |
|---|---|---|
| 06/09/2003 | 10 | Motion By Creditor Central Illinois Bank For Relief From Stay , To Abandon Real Estate ; Certificate of Service. (court,lblo) (Entered: 06/10/2003) |
| 06/09/2003 | | Filing Fee Received for [10-2] Motion To Abandon Real Estate by Central Illinois Bank, [10-1] Motion For Relief From Stay by Central Illinois Bank . Filing Fee Received: $ 75.00 Receipt # 090042773. (court,lblo) (Entered: 06/10/2003) |
| 06/10/2003 | 11 | Hearing Re: [10-2] Motion To Abandon Real Estate by Central Illinois Bank Schd For 10:00 7/29/03 at Room 120 - Danville, [10-1] Motion For Relief From Stay by Central Illinois Bank Schd For 10:00 7/29/03 at Room 120 - Danville (court,lblo) (Entered: 06/10/2003) |
| 06/10/2003 | 12 | Motion By Creditor Central Illinois Bank To Expedite Hearing Re: ( [10-2] Motion To Abandon Real Estate by Central Illinois Bank, [10-1] Motion For Relief From Stay by Central Illinois Bank ) ; Certificate of Service. (court,lblo) (Entered: 06/11/2003) |
| 06/11/2003 | 13 | Order Granting [12-1] Motion To Expedite Hearing Re: ( [10-2] Motion To Abandon Real Estate by Central Illinois Bank, [10-1] Motion For Relief From Stay by Central Illinois Bank ) by Central Illinois Bank Hearing reset To 9:00 6/26/03 at Room 120 - Danville, Hearing reset To 9:00 6/26/03 at Room 120 - Danville . (court,lblo) (Entered: 06/11/2003) |
| 06/11/2003 | 14 | Hearing Re: [10-2] Motion To Abandon Real Estate by Central Illinois Bank Rschd For 9:00 6/26/03 at Room 120 - Danville, [10-1] Motion For Relief From Stay by Central Illinois Bank Rschd For 9:00 6/26/03 at Room 120 - Danville (court,lblo) (Entered: 06/11/2003) |
| 06/11/2003 | 15 | Motion By Debtor Argus Systems Group Incorporated To Extend Time To File Statement of Financial Affairs and Schedules ; No Certificate of Service. (court,lblo) (Entered: 06/11/2003) |
| 06/11/2003 | 16 | Order Granting [15-1] Motion To Extend Time To File Statement of Financial Affairs and Schedules by Argus Systems Group Incorporated Missing Documents Due: 7/9/03 . (court,lblo) (Entered: 06/11/2003) |
| 06/12/2003 | | Courts BNC Certificate of Service Re: [11-1] Hearing . # of Notices: 14. (admin) (Entered: 06/12/2003) |
| | | |

| 06/13/2003 | 17 | Application By Trustee Steve Miller To Employ Attorney for Trustee ; No Certificate of Service. (court,ngre) (Entered: 06/13/2003) |
| 06/13/2003 |  | Courts BNC Certificate of Service Re: [14-1] Hearing . # of Notices: 14. (admin) (Entered: 06/13/2003) |
| 06/16/2003 | 18 | Order For Relief (court,lblo) (Entered: 06/16/2003) |
| 06/16/2003 | 19 | Motion by Trustee Steve Miller for leave to operate debtors business ; Certificate of Service. (court,lblo) (Entered: 06/17/2003) |
| 06/16/2003 | 20 | Notice of Appearance And Request For Service Of Notice By Joseph P Chamley for Creditor Central Illinois Bank. Certificate of Service. (court,lblo) (Entered: 06/17/2003) |
| 06/16/2003 | 21 | Notice of Appearance And Request For Service Of Notice By James W Evans for Creditor Strategic Capital Bank. Certificate of Service. (court,lblo) (Entered: 06/17/2003) |
| 06/17/2003 | 22 | Order Granting [17-1] Application To Employ Attorney for Trustee by Steve Miller . (court,lblo) (Entered: 06/17/2003) |
| 06/17/2003 | 23 | Hearing Re: [19-1] Motion for leave to operate debtors business by Steve Miller Schd For 9:00 6/26/03 at Room 120 - Danville (court,lblo) (Entered: 06/17/2003) |
| 06/17/2003 | 24 | Courts Certificate of Mailing Re: [23-1] Hearing (court,lblo) (Entered: 06/17/2003) |
| 06/17/2003 | 25 | Stipulated Motion filed by Creditor Infocom Corporation, Trustee Steve Miller Post Petition Financing , To Expedite Hearing Re: ( [25-1] Motion by Steve Miller, Infocom Corporation ) No Certificate of Service. (court,lblo) (Entered: 06/17/2003) |
| 06/17/2003 | 26 | Hearing Re: [25-2] Motion To Expedite Hearing Re: ( [25-1] Motion by Steve Miller, Infocom Corporation ) by Steve Miller, Infocom Corporation Schd For 9:00 6/26/03 at Room 120 - Danville, [25-1] Motion Post Petition Financing by Steve Miller, Infocom Corporation Schd For 9:00 6/26/03 at Room 120 - Danville (court,lblo) (Entered: 06/17/2003) |
| 06/17/2003 | 27 | Brief/Memorandum of Law filed by Creditor Infocom Corporation, Trustee Steve Miller ; No Certificate of Service. (court,lblo) (Entered: 06/17/2003) |
| 06/24/2003 | 28 | Application By Trustee Steve Miller To Employ accountant ; |

| | | Certificate of Service. (court,dtow) (Entered: 06/24/2003) |
|---|---|---|
| 06/24/2003 | 29 | Order Granting [28-1] Application To Employ accountant by Steve Miller . (court,dtow) (Entered: 06/24/2003) |
| 06/26/2003 | 30 | Notice of Appearance And Request For Service Of Notice By David M Ucherek for Creditor Heinrich Wenning. Certificate of Service. (court,dtow) (Entered: 06/26/2003) |
| 06/26/2003 | 31 | Order Granting [19-1] Motion for leave to operate debtors business by Steve Miller for a period not to exceed 60 days. (court,dtow) (Entered: 06/26/2003) |
| 06/26/2003 | 32 | Order Granting [10-2] Motion To Abandon Real Estate by Central Illinois Bank Granting [10-1] Motion For Relief From Stay by Central Illinois Bank . (court,dtow) (Entered: 06/26/2003) |
| 06/26/2003 | | Hearing Held Re: [25-2] Motion To Expedite Hearing Re: ( [25-1] Motion by Steve Miller, Infocom Corporation ) by Steve Miller, Infocom Corporation, [25-1] Motion Post Petition Financing by Steve Miller, Infocom Corporation . order 7 days (court,dtow) (Entered: 06/26/2003) |
| 07/01/2003 | 33 | Order Granting [25-1] Motion Post Petition Financing by Steve Miller, Infocom Corporation . (court,lblo) (Entered: 07/01/2003) |
| 07/02/2003 | 34 | Motion By Trustee Steve Miller To Sell Personal Property ; Certificate of Service. (court,lblo) (Entered: 07/03/2003) |
| 07/03/2003 | 35 | Hearing Re: [34-1] Motion To Sell Personal Property by Steve Miller Schd For 10:00 7/22/03 at Room 120 - Danville (court,lblo) (Entered: 07/03/2003) |
| 07/05/2003 | | Courts BNC Certificate of Service Re: [35-1] Hearing . # of Notices: 21. (admin) (Entered: 07/07/2003) |
| 07/07/2003 | 36 | Motion By Debtor Argus Systems Group Incorporated To Extend Time To File Statement of Financial Affairs and Schedules ; No Certificate of Service. (court,lblo) (Entered: 07/07/2003) |
| 07/07/2003 | 37 | Order Granting [36-1] Motion To Extend Time To File Statement of Financial Affairs and Schedules by Argus Systems Group Incorporated Missing Documents Due: 7/25/03 . (court,lblo) (Entered: 07/07/2003) |
| 07/07/2003 | 38 | Amended Application by Trustee Steve Miller To Employ Accountant . [28-1] Application To Employ accountant Certificate of |

| | | |
|---|---|---|
| | | Service. (court,lblo) (Entered: 07/07/2003) |
| 07/08/2003 | 39 | Motion by Creditor Strategic Capital Bank to prove up secured debt ; Certificate of Service. (court,lblo) (Entered: 07/08/2003) |
| 07/08/2003 | 40 | Hearing Re: [39-1] Motion to prove up secured debt by Strategic Capital Bank Schd For 10:00 7/22/03 at Room 120 - Danville (court,lblo) (Entered: 07/08/2003) |
| 07/09/2003 | 41 | Certificate Of Service By Joseph P Chamley for Creditor Central Illinois Bank Of [34-1] Motion To Sell Personal Property by Steve Miller . (court,lblo) (Entered: 07/09/2003) |
| 07/09/2003 | 42 | Certificate Of Service By Joseph P Chamley for Creditor Central Illinois Bank Of [34-1] Motion To Sell Personal Property by Steve Miller . (court,lblo) (Entered: 07/09/2003) |
| 07/10/2003 | | Courts BNC Certificate of Service Re: [40-1] Hearing . # of Notices: 21. (admin) (Entered: 07/10/2003) |
| 07/14/2003 | 43 | Order Granting [38-1] Amended Application To Employ Accountant by Steve Miller . (court,lblo) (Entered: 07/14/2003) |
| 07/15/2003 | 44 | Notice of Appearance And Request For Service Of Notice By Robert M Mintz for Creditor Trusted Security Technologies. Certificate of Service. (court,lblo) (Entered: 07/15/2003) |
| 07/15/2003 | 45 | Notice of Appearance And Request For Service Of Notice By Robert M Mintz for Creditor Mercurius Beleggingsmaatschappij. Certificate of Service. (court,lblo) (Entered: 07/15/2003) |
| 07/17/2003 | 46 | Certificate Of Service By Joseph P Chamley for Creditor Central Illinois Bank Of [34-1] Motion To Sell Personal Property by Steve Miller . (court,lblo) (Entered: 07/17/2003) |
| 07/17/2003 | 47 | Joseph P Chamley for Creditor Central Illinois Bank Certificate of Publication Re: Sale of Business No Certificate of Service. (court,lblo) (Entered: 07/17/2003) |
| 07/17/2003 | 48 | Joseph P Chamley for Creditor Central Illinois Bank Certificate of Publication Re: Sale of Business .No Certificate of Service. (court,lblo) (Entered: 07/17/2003) |
| 07/17/2003 | 49 | Motion By Trustee Steve Miller To Assume Certain Executory Contracts ; Certificate of Service. (court,lblo) (Entered: 07/18/2003) |
| | | |

| 07/18/2003 | 50 | Hearing Re: [49-1] Motion To Assume Certain Executory Contracts by Steve Miller Schd For 9:00 8/7/03 at Room 120 - Danville (court,lblo) (Entered: 07/18/2003) |
| --- | --- | --- |
| 07/20/2003 | | Courts BNC Certificate of Service Re: [50-1] Hearing . # of Notices: 26. (admin) (Entered: 07/21/2003) |
| 07/22/2003 | 51 | Order Granting [39-1] Motion to prove up secured debt by Strategic Capital Bank . (court,lblo) (Entered: 07/22/2003) |
| 07/22/2003 | 52 | Order Granting [34-1] Motion To Sell Personal Property by Steve Miller . (court,lblo) (Entered: 07/22/2003) |
| 07/23/2003 | 53 | All Statements and Schedules. (court,lblo) (Entered: 07/23/2003) |
| 07/23/2003 | | Matrix. (court,lblo) (Entered: 07/23/2003) |
| 07/23/2003 | 54 | First Meeting of Creditors Scheduled For 10:30 8/21/03 At 208 Federal Bldg-Danville ;Last Day to File Proofs Of Claim: 11/19/03 ; Proof of Claim (gov) Due: 11/19/03 (court,lblo) (Entered: 07/23/2003) |
| 07/25/2003 | | Courts BNC Certificate of Service Re: [54-1] First Meeting . # of Notices: 167. (admin) (Entered: 07/25/2003) |
| 07/28/2003 | 55 | Motion by Creditor Randall J Sandone to preserve books and records ; Certificate of Service. (court,dtow) (Entered: 07/28/2003) |
| 07/30/2003 | 56 | Hearing Re: [55-1] Motion to preserve books and records by Randall J Sandone Schd For 10:00 8/19/03 at Room 120 - Danville (court,ephi) (Entered: 07/30/2003) |
| 08/01/2003 | | Courts BNC Certificate of Service Re: [56-1] Hearing . # of Notices: 8. (admin) (Entered: 08/01/2003) |
| 08/07/2003 | | Hearing Held Re: [49-1] Motion To Assume Certain Executory Contracts by Steve Miller . Order in 14 days (court,lblo) (Entered: 08/07/2003) |
| 08/07/2003 | 57 | Court Notice Order Re: Order in 14 days Due: 8/21/03 . (court,lblo) (Entered: 08/07/2003) |
| 08/09/2003 | | Courts BNC Certificate of Service Re: [57-1] Notice Order Court . # of Notices: 2. (admin) (Entered: 08/11/2003) |
| 08/18/2003 | 58 | Monthly Cash Flow Statement For Month of: July 2003 No |

| | | Certificate of Service. (court,lblo) (Entered: 08/18/2003) |
|---|---|---|
| 08/19/2003 | 59 | Order Granting [55-1] Motion to preserve books and records by Randall J Sandone . (court,lblo) (Entered: 08/19/2003) |
| 08/20/2003 | 60 | Objection By Creditor ITatwork Trusted Solutions GmbH To [49-1] Motion To Assume Certain Executory Contracts by Steve Miller . Certificate of Service. (court,lblo) (Entered: 08/20/2003) |
| 08/21/2003 | 61 | Order Denying [60-1] Objection by ITatwork Trusted Solutions GmbH . (court,lblo) (Entered: 08/21/2003) |
| 08/22/2003 | 62 | Application By Bruce Jay Meachum for Debtor Argus Systems Group Incorporated For Compensation For debtors attorney . Certificate of Service. (court,agru) (Entered: 08/22/2003) |
| 08/22/2003 | 63 | Hearing Re: [62-1] Application For Compensation by Bruce Jay Meachum schd For 9:00 9/15/03 at Room 120 - Danville (court,agru) (Entered: 08/22/2003) |
| 08/24/2003 | | Courts BNC Certificate of Service Re: [63-1] Hearing . # of Notices: 169. (admin) (Entered: 08/25/2003) |
| 08/25/2003 | 64 | Application By Trustee Steve Miller For Compensation For Trustee . Certificate of Service. (court,ngre) (Entered: 08/25/2003) |
| 08/26/2003 | 65 | Hearing Re: [64-1] Application For Compensation by Steve Miller Schd For 9:00 9/15/03 at Room 120 - Danville (court,lblo) (Entered: 08/26/2003) |
| 08/26/2003 | 66 | Application By Trustee Steve Miller To Employ Financial Officer ; Certificate of Service. (court,lblo) (Entered: 08/26/2003) |
| 08/26/2003 | 67 | Order Granting [66-1] Application To Employ Financial Officer by Steve Miller . (court,lblo) (Entered: 08/26/2003) |
| 08/27/2003 | 68 | First Meeting Held as scheduled. (court,dtow) (Entered: 08/27/2003) |
| 08/28/2003 | 69 | Notice by Trustee Steve Miller of Proposed Order Authorizing Assumption and Assignment of Executory Contracts; No Certificate of Service. (court,lblo) (Entered: 08/28/2003) |
| 08/28/2003 | 70 | Order Granting [49-1] Motion To Assume Certain Executory Contracts by Steve Miller . (court,lblo) (Entered: 08/28/2003) |
| 08/28/2003 | | Courts BNC Certificate of Service Re: [65-1] Hearing . # of Notices: |

| | | |
|---|---|---|
| | | 169. (admin) (Entered: 08/28/2003) |
| 08/29/2003 | 71 | Notice of Appearance And Request For Service Of Notice By Daniel J Zollner for Creditor Lord Bissell and Brook. No Certificate of Service. (court,lblo) (Entered: 08/29/2003) |
| 09/15/2003 | | Hearing Held Re: [64-1] Application For Compensation by Steve Miller . Order in 10 days (court,lblo) (Entered: 09/15/2003) |
| 09/15/2003 | 72 | Court Notice Order Re: Order in 10 days Due: 9/25/03 . (court,lblo) (Entered: 09/15/2003) |
| 09/15/2003 | 73 | Order Granting [62-1] Application For Compensation by Bruce Jay Meachum payment to Bruce J. Meachum of $2718.00 in fees. (court,lblo) (Entered: 09/15/2003) |
| 09/17/2003 | | Courts BNC Certificate of Service Re: [72-1] Notice Order Court . # of Notices: 2. (admin) (Entered: 09/17/2003) |
| 09/19/2003 | 74 | Request for Claims filed by Trustee Steve Miller (court,agru) (Entered: 09/19/2003) |
| 09/22/2003 | 75 | Original Claims sent to Steve Miller. Claims Set to be Returned by 10/27/03 (court,lblo) (Entered: 09/22/2003) |
| 09/26/2003 | 76 | 7 Day Notice Order Re: Order approving Trustees Fees Due: 10/6/03 (court,lblo) (Entered: 09/26/2003) |
| 09/26/2003 | 77 | Motion By Creditor Trusted Computer Solutions To Vacate [70-1] Order ; Certificate of Service. (court,lblo) (Entered: 09/29/2003) |
| 09/29/2003 | 78 | Hearing Re: [77-1] Motion To Vacate [70-1] Order by Trusted Computer Solutions Schd For 9:00 10/23/03 at Room 120 - Danville (court,lblo) (Entered: 09/29/2003) |
| 09/30/2003 | 79 | Application By Trustee Steve Miller For Compensation For Fees to Financial Officer . Certificate of Service. (court,lblo) (Entered: 09/30/2003) |
| 09/30/2003 | 80 | Order Granting [79-1] Application For Compensation by Steve Miller payment to Dorothy J. Lierman of $430.00 in fees . (court,lblo) (Entered: 09/30/2003) |
| 10/01/2003 | 81 | Amended Motion by Creditor Trusted Computer Solutions To Vacate . RE: [77-1] Motion To Vacate [70-1] Order Certificate of Service. (court,lblo) (Entered: 10/01/2003) |
| | | |

2:04-cv-02232-HAB-BGB    #62-2    Page 10 of 28

| | | |
|---|---|---|
| 10/01/2003 | 82 | Hearing Re: [81-2] Amended Motion by Trusted Computer Solutions Schd For 9:00 10/23/03 at Room 120 - Danville (court,lblo) (Entered: 10/01/2003) |
| 10/01/2003 | | Courts BNC Certificate of Service Re: [78-1] Hearing . # of Notices: 6. (admin) (Entered: 10/01/2003) |
| 10/03/2003 | | Courts BNC Certificate of Service Re: [82-1] Hearing . # of Notices: 6. (admin) (Entered: 10/03/2003) |
| 10/08/2003 | 83 | Order Granting [64-1] Application For Compensation by Steve Miller payment to Steve Miller of $9870.00 in fees . (court,lblo) (Entered: 10/08/2003) |
| 10/08/2003 | | Courts BNC Certificate of Service Re: [82-1] Hearing . # of Notices: 6. (court,dtow) (Entered: 10/10/2003) |
| 10/10/2003 | 86 | Certificate of Service re: [85-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 88 | Certificate of Service re: [87-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 90 | Certificate of Service re: [89-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 92 | Certificate of Service re: [91-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 94 | Certificate of Service re: [93-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 96 | Certificate of Service re: [95-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 98 | Certificate of Service re: [97-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 100 | Certificate of Service re: [99-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: |

| | | |
|---|---|---|
| | | 10/15/2003) |
| 10/10/2003 | 102 | Certificate of Service re: [101-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 104 | Certificate of Service re: [103-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/10/2003 | 106 | Certificate of Service re: [105-1] Claims Objection by Steve Miller . Setting Objections Due Date for 10/30/03 (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | | Original Claims Returned. (court,lblo) (Entered: 10/14/2003) |
| 10/14/2003 | 84 | Trustee's Recommendations Concerning Claims. (court,lblo) (Entered: 10/14/2003) |
| 10/14/2003 | 85 | Objection By Trustee Steve Miller to Claim No. 3 by Roland Garton. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 87 | Objection By Trustee Steve Miller to Claim No. 9 by Illinois Department of Revenue. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 89 | Objection By Trustee Steve Miller to Claim No. 10 by Louise Dunn. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 91 | Objection By Trustee Steve Miller to Claim No. 11 by Mikel Matthews. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 93 | Objection By Trustee Steve Miller to Claim No. 12 by Paul McNabb. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 95 | Objection By Trustee Steve Miller to Claim No. 13 by Don Argyilan. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 97 | Objection By Trustee Steve Miller to Claim No. 15 by Dorothy Lierman. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 99 | Objection By Trustee Steve Miller to Claim No. 17 by Peter McNabb. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 101 | Objection By Trustee Steve Miller to Claim No. 19 by Robert Sotomayor. (court,lblo) (Entered: 10/15/2003) |
| | | |

| 10/14/2003 | 103 | Objection By Trustee Steve Miller to Claim No. 20 by Roland Garton. (court,lblo) (Entered: 10/15/2003) |
| 10/14/2003 | 105 | Objection By Trustee Steve Miller to Claim No. 22 by Keith Anthony Hays. (court,lblo) (Entered: 10/15/2003) |
| 10/21/2003 | 107 | Motion By Creditor Innovative Securities Systems Inc To Continue Hearing On:( [81-2] Amended Motion by Trusted Computer Solutions ) ; Certificate of Service. (court,lblo) (Entered: 10/21/2003) |
| 10/23/2003 | | Hearing Held Re: [81-2] Amended Motion by Trusted Computer Solutions . TCSI given 7 days to file response, then reset hearing on amended petition. (court,lblo) (Entered: 10/23/2003) |
| 10/23/2003 | 108 | Order Granting [107-1] Motion To Continue Hearing On:( [81-2] Amended Motion by Trusted Computer Solutions ) by Innovative Securities Systems Inc, hearing to be set by court at later date. (court,lblo) (Entered: 10/23/2003) |
| 10/24/2003 | 109 | Application By Trustee Steve Miller For Compensation For Accountant . Certificate of Service. (court,lblo) (Entered: 10/24/2003) |
| 10/24/2003 | 110 | Hearing Re: [109-1] Application For Compensation by Steve Miller Schd For 9:00 11/19/03 at Room 120 - Danville (court,lblo) (Entered: 10/24/2003) |
| 10/24/2003 | 111 | Trustee's Interim Report. (court,lblo) (Entered: 10/24/2003) |
| 10/26/2003 | | Courts BNC Certificate of Service Re: [110-1] Hearing . # of Notices: 5. (admin) (Entered: 10/27/2003) |
| 10/31/2003 | 112 | Objection By Creditor Innovative Securities Systems Inc To [81-2] Amended Motion by Trusted Computer Solutions, [81-1] Amended Motion To Vacate by Trusted Computer Solutions . Certificate of Service. (court,ngre) (Entered: 10/31/2003) |
| 11/03/2003 | 113 | Hearing Re: [81-2] Amended Motion by Trusted Computer Solutions Schd For 9:00 11/19/03 at Room 120 - Danville, [81-1] Amended Motion To Vacate by Trusted Computer Solutions Schd For 9:00 11/19/03 at Room 120 - Danville (court,lblo) (Entered: 11/03/2003) |
| 11/03/2003 | 114 | Court Notice Order Re: Order on Claims No. 3,9-13,15,17,19,20,22 Due: 11/17/03 . (court,lblo) (Entered: 11/03/2003) |
| 11/05/2003 | | Courts BNC Certificate of Service Re: [114-1] Notice Order Court . # of Notices: 2. (admin) (Entered: 11/05/2003) |

| | | |
|---|---|---|
| 11/05/2003 | | Courts BNC Certificate of Service Re: [113-1] Hearing . # of Notices: 7. (admin) (Entered: 11/05/2003) |
| 11/12/2003 | 115 | Order Concerning Claims re: Claim No. 3,9,13,15,17,19,20,22. (court,lblo) (Entered: 11/12/2003) |
| 11/12/2003 | 116 | Motion By Creditor Trusted Computer Solutions To Reschedule Hearing On:( [81-2] Amended Motion by Trusted Computer Solutions, [81-1] Amended Motion To Vacate by Trusted Computer Solutions ) ; Certificate of Service. (court,lblo) (Entered: 11/13/2003) |
| 11/13/2003 | 117 | Order Granting [116-1] Motion To Reschedule Hearing On:( [81-2] Amended Motion by Trusted Computer Solutions, [81-1] Amended Motion To Vacate by Trusted Computer Solutions ) by Trusted Computer Solutions Hearing reset To 9:00 1/21/04 at Room 120 - Danville, Hearing reset To 9:00 1/21/04 at Room 120 - Danville . (court,lblo) (Entered: 11/13/2003) |
| 11/13/2003 | 118 | Hearing Re: [81-2] Amended Motion by Trusted Computer Solutions Rschd For 9:00 1/21/04 at Room 120 - Danville, [81-1] Amended Motion To Vacate by Trusted Computer Solutions Rschd For 9:00 1/21/04 at Room 120 - Danville (court,lblo) (Entered: 11/13/2003) |
| 11/14/2003 | 119 | Amended [117-1] Order . (court,dtow) (Entered: 11/14/2003) |
| 11/15/2003 | | Courts BNC Certificate of Service Re: [118-1] Hearing . # of Notices: 7. (admin) (Entered: 11/17/2003) |
| 11/19/2003 | 120 | Order Granting [109-1] Application For Compensation by Steve Miller payment to Joel Martin of $2491.25 in fees . (court,lblo) (Entered: 11/19/2003) |
| 11/20/2003 | 121 | Court Notice Claims Re: Claim Date Expiration Due: 12/4/03 . (court,lblo) (Entered: 11/20/2003) |
| 11/22/2003 | | Courts BNC Certificate of Service Re: [121-1] Notice Claim Court . # of Notices: 2. (admin) (Entered: 11/24/2003) |
| 11/24/2003 | 122 | Notice of Appearance And Request For Service Of Notice By Becket and Lee for Creditor American Express Travel Related Svcs Co. No Certificate of Service. (court,lblo) (Entered: 11/24/2003) |
| 12/03/2003 | 123 | Request for Claims filed by Trustee Steve Miller (court,lblo) (Entered: 12/03/2003) |
| 12/03/2003 | 124 | Original Claims sent to Steve Miller. Claims Set to be Returned by 1/7/04 (court,lblo) (Entered: 12/03/2003) |

| 12/22/2003 | 128 | Certificate of Service re: [127-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 130 | Certificate of Service re: [129-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 132 | Certificate of Service re: [131-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 134 | Certificate of Service re: [133-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 136 | Certificate of Service re: [135-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 138 | Certificate of Service re: [137-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 140 | Certificate of Service re: [139-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 142 | Certificate of Service re: [141-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 144 | Certificate of Service re: [143-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 146 | Certificate of Service re: [145-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 148 | Certificate of Service re: [147-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |
| 12/22/2003 | 150 | Certificate of Service re: [149-1] Claims Objection by Steve Miller . Setting Objections Due Date for 1/12/04 (court,lblo) (Entered: 12/29/2003) |

| 12/23/2003 | 125 | Notice Of Intent by Trustee Steve Miller To Abandon Personal Property ; No Certificate of Service. (court,lblo) (Entered: 12/29/2003) |
|---|---|---|
| 12/23/2003 |  | Original Claims Returned excluding Claim No 45 and 47. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 126 | Trustee's Recommendations Concerning Claims. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 127 | Objection By Trustee Steve Miller to Claim No. 26 filed by Jong Hoon Kim. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 129 | Objection By Trustee Steve Miller to Claim No. 28 filed by John Criswell. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 131 | Objection By Trustee Steve Miller to Claim No. 29 filed by Kanchan Bhowmik. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 133 | Objection By Trustee Steve Miller to Claim No. 30 filed by Daniel Thayer. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 135 | Objection By Trustee Steve Miller to Claim No. 32 filed by American Express Business Finance. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 137 | Objection By Trustee Steve Miller to Claim No. 33 filed by Bryan C Ericson. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 139 | Objection By Trustee Steve Miller to Claim No. 36 filed by Heinrich Wenning. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 141 | Objection By Trustee Steve Miller to Claim No. 38 filed by Jason Swearingen. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 143 | Objection By Trustee Steve Miller to Claim No. 42 filed by Cory Olmo. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 145 | Objection By Trustee Steve Miller to Claim No. 44 filed by Darrel Goeddele. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 147 | Objection By Trustee Steve Miller to Claim No. 45 filed by Vic Serbe. (court,lblo) (Entered: 12/29/2003) |
| 12/23/2003 | 149 | Objection By Trustee Steve Miller to Claim No. 46 filed by Gill Jennings and Every. (court,lblo) (Entered: 12/29/2003) |

| 01/07/2004 | 151 | Motion By Trustee Steve Miller Creditor William H Lacy For Relief From Stay ; No Certificate of Service. (court,lblo) (Entered: 01/08/2004) |
|---|---|---|
| 01/08/2004 | 152 | Order Requiring Filing Fee [151-1] Motion For Relief From Stay by William H Lacy, Steve Miller ; Filing Fee Due 1/20/04 (court,lblo) (Entered: 01/08/2004) |
| 01/08/2004 | 153 | Notice RE: [151-1] Motion For Relief From Stay by William H Lacy, Steve Miller , Setting Objections Due Date: 1/23/04 . (court,lblo) (Entered: 01/08/2004) |
| 01/10/2004 | | Courts BNC Certificate of Service Re: [153-1] Scheduling Objection Notice . # of Notices: 186. (admin) (Entered: 01/12/2004) |
| 01/10/2004 | | Courts BNC Certificate of Service Re: [152-1] Requiring Filing Fee Order . # of Notices: 2. (admin) (Entered: 01/12/2004) |
| 01/12/2004 | 154 | Objection By Creditor Heinrich Wenning To [139-1] Claims Objection by Steve Miller . Certificate of Service. (court,lblo) (Entered: 01/13/2004) |
| 01/14/2004 | 155 | Court Notice Order Re: Order on Claims Due: 1/28/04 . (court,lblo) (Entered: 01/14/2004) |
| 01/14/2004 | 156 | Hearing Re: [139-1] Claims Objection by Steve Miller Schd For 10:00 2/3/04 at Room 120 - Danville (court,lblo) (Entered: 01/14/2004) |
| 01/14/2004 | | Filing Fee Received for [151-1] Motion For Relief From Stay by William H Lacy, Steve Miller . Filing Fee Received: $ 150.00 Receipt # 090046785. (court,lblo) (Entered: 01/14/2004) |
| 01/14/2004 | 157 | Response By Creditor Trusted Computer Solutions To [112-1] Objection by Innovative Securities Systems Inc ; Certificate of Service. (court,lblo) (Entered: 01/14/2004) |
| 01/16/2004 | | Courts BNC Certificate of Service Re: [155-1] Notice Order Court . # of Notices: 2. (admin) (Entered: 01/16/2004) |
| 01/16/2004 | | Courts BNC Certificate of Service Re: [156-1] Hearing . # of Notices: 4. (admin) (Entered: 01/16/2004) |
| 01/21/2004 | | Hearing Held Re: [81-2] Amended Motion by Trusted Computer Solutions, [81-1] Amended Motion To Vacate by Trusted Computer Solutions . Order in 14 days (court,lblo) (Entered: 01/21/2004) |

| 01/21/2004 | 158 | Order Concerning Claims re: Claim No. 26,28,29,30,32,33,38,42,44,45,46. (court,lblo) (Entered: 01/21/2004) |
| 01/23/2004 | 159 | Notice of Appearance And Request For Service Of Notice By Mark D Henss for Creditor University of Illinois. No Certificate of Service. (court,agru) (Entered: 01/23/2004) |
| 01/23/2004 | 160 | Objection By Creditor University of Illinois To [151-1] Motion For Relief From Stay by William H Lacy, Steve Miller . Certificate of Service. (court,agru) (Entered: 01/23/2004) |
| 01/27/2004 | 161 | Hearing Re: [151-1] Motion For Relief From Stay by William H Lacy, Steve Miller Schd For 9:00 2/25/04 at Room 120 - Danville (court,lblo) (Entered: 01/27/2004) |
| 01/29/2004 | 162 | Application By Trustee Steve Miller For Compensation For Accountant's Fees . Certificate of Service. (court,lblo) (Entered: 01/29/2004) |
| 01/29/2004 | 163 | Hearing Re: [162-1] Application For Compensation by Steve Miller Schd For 9:00 2/25/04 at Room 120 - Danville (court,lblo) (Entered: 01/29/2004) |
| 01/29/2004 | | Courts BNC Certificate of Service Re: [161-1] Hearing . # of Notices: 5. (admin) (Entered: 01/29/2004) |
| 01/31/2004 | | Courts BNC Certificate of Service Re: [163-1] Hearing . # of Notices: 188. (admin) (Entered: 02/02/2004) |
| 02/02/2004 | 164 | Notice of Appearance And Request For Service Of Notice By Gary Lietz for Creditor University of Illinois. Certificate of Service. (court,lblo) (Entered: 02/02/2004) |
| 02/03/2004 | 165 | Order Concerning Claims re: Claim No. 36. (court,lblo) (Entered: 02/03/2004) |
| 02/05/2004 | 166 | Order Granting [81-2] Amended Motion by Trusted Computer Solutions Granting [81-1] Amended Motion To Vacate by Trusted Computer Solutions . (court,lblo) (Entered: 02/05/2004) |
| 02/05/2004 | 167 | Order Concerning Claims re: Claim No. 36. (court,lblo) (Entered: 02/05/2004) |
| 02/13/2004 | 168 | Notice of Appearance And Request For Service Of Notice By Douglas J Quivey for Interested Party Paul McNabb. Certificate of Service. (court,lblo) (Entered: 02/13/2004) |

2:04-cv-02232-HAB-BGB    # 62-2    Page 18 of 28

| 02/13/2004 | 169 | Notice by Court RE: Attorney Address Change; No Certificate of Service. (court,lblo) (Entered: 02/13/2004) |
|---|---|---|
| 02/13/2004 | 170 | Application By Interested Party Paul McNabb For Administrative Expenses ; Certificate of Service. (court,lblo) (Entered: 02/13/2004) |
| 02/13/2004 | 171 | Application By Interested Party Paul McNabb For Compensation For Attorney Fees and to Pay Accountant. Certificate of Service. (court,lblo) (Entered: 02/13/2004) |
| 02/17/2004 | 172 | Hearing Re: [171-1] Application For Compensation by Paul McNabb Schd For 10:00 3/23/04 at Room 120 - Danville, [170-1] Application For Administrative Expenses by Paul McNabb Schd For 10:00 3/23/04 at Room 120 - Danville (court,lblo) (Entered: 02/17/2004) |
| 02/19/2004 | 173 | Address Change. No Certificate of Service. (court,lblo) (Entered: 02/19/2004) |
| 02/19/2004 | | Courts BNC Certificate of Service Re: [172-1] Hearing . # of Notices: 191. (admin) (Entered: 02/19/2004) |
| 02/25/2004 | 174 | Pre-Trial Statement of: Creditor University of Illinois ; Certificate of Service. (court,lblo) (Entered: 02/25/2004) |
| 02/25/2004 | 175 | Trial Hearing Re: [151-1] Motion For Relief From Stay by William Lacy, Steve Miller Cntd For 9:00 3/26/04 at Room 120 - Danville (court,lblo) (Entered: 02/25/2004) |
| 02/25/2004 | 176 | Order Granting [162-1] Application For Compensation by Steve Miller payment to Joel Martin of $2500.00 in fees . (court,lblo) (Entered: 02/25/2004) |
| 02/25/2004 | 177 | Amended [158-1] Claims Order . (court,lblo) (Entered: 02/25/2004) |
| 02/27/2004 | | Courts BNC Certificate of Service Re: [175-1] Hearing . # of Notices: 6. (admin) (Entered: 02/27/2004) |
| 03/23/2004 | 178 | Affidavit filed by Douglas J Quivey for Interested Party Paul McNabb RE: [170-1] Application For Administrative Expenses by Paul McNabb, [171-1] Application For Compensation by Paul McNabb . No Certificate of Service. (court,lblo) (Entered: 03/23/2004) |
| 03/23/2004 | 179 | Order Granting [171-1] Application For Compensation by Paul McNabb payment to Kim Martin of $1500.00 in fees payment to Paul McNabb of $50.00 expenses payment to Douglas J. Quivey of $450.00 in fees Granting [170-1] Application For Administrative |

| | | |
|---|---|---|
| | | Expenses by Paul McNabb . (court,lblo) (Entered: 03/23/2004) |
| 03/24/2004 | 180 | Court Notice RE: Cancellation of Hearing . (court,lblo) (Entered: 03/24/2004) |
| 03/24/2004 | 181 | Agreed Order Granting [151-1] Motion For Relief From Stay by William H Lacy, Steve Miller . (court,lblo) (Entered: 03/24/2004) |
| 03/26/2004 | | Courts BNC Certificate of Service Re: [180-1] Notice Court . # of Notices: 6. (admin) (Entered: 03/26/2004) |
| 05/20/2004 | 182 | Trustee's Request for Final Fees Filed by Debtor Argus Systems Group Incorporated. (Miller, Steve) (Entered: 05/20/2004) |
| 05/20/2004 | 183 | CORRECTIVE ENTRY - ENTERED IN ERROR, DUPLICATE OF 182 Trustee's Request for Final Fees Filed by Trustee Steve Miller. (Miller, Steve) Modified on 5/20/2004 (court, lblo). (Entered: 05/20/2004) |
| 05/21/2004 | 184 | Notice re: Outstanding Fees Due. (court, lblo) (Entered: 05/21/2004) |
| 05/23/2004 | 185 | BNC Certificate of Mailing No. of Notices: 2. Service Date 05/23/2004. (Admin.) (Entered: 05/24/2004) |
| 05/25/2004 | 186 | Notice of Appearance and Request for Notice to Terry L. Synder Filed by Creditor Terry L. Synder. (Russo, Allyson) (Entered: 05/25/2004) |
| 09/01/2004 | 187 | Request for Claims Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 09/01/2004) |
| 09/01/2004 | 188 | Court Notice of Transmittal of Claims Claims Set to be Returned by 10/6/2004. (court, dtow) (Entered: 09/01/2004) |
| 09/01/2004 | 189 | Courts Certificate of Mailing (RE: related document(s)188 Claims Transmittal Notice) Copy Steve Miller (court, dtow) (Entered: 09/01/2004) |
| 09/01/2004 | 190 | DISREGARD THIS ENTRY. Withdrawal of Claim(s): 49 Filed by Creditor University of Illinois. (Miller, Steve) Modified on 9/7/2004 (court, dtow). (Entered: 09/01/2004) |
| 09/01/2004 | 191 | Withdrawal of Claim(s): 51 Filed by Creditor De Lage Landen Financial Services. (Miller, Steve) (Entered: 09/01/2004) |
| 09/03/2004 | 192 | Withdrawal of Claim(s): 49 Filed by Trustee Steve Miller. (Miller, |

| | | |
|---|---|---|
| | | Steve) (Entered: 09/03/2004) |
| 09/07/2004 | 193 | Second Trustee's Claim Recommendation Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 194 | Objection to Claim *48* Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 195 | Certificate of Service *Claim No. 48* Filed by Trustee Steve Miller (RE: related document(s)194 Objection to Claim). (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 196 | Objection to Claim *52* Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 197 | Certificate of Service *Claim No. 52* Filed by Trustee Steve Miller (RE: related document(s)196 Objection to Claim). (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 198 | Objection to Claim *53* Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 199 | Certificate of Service *Claim No. 53* Filed by Trustee Steve Miller (RE: related document(s)198 Objection to Claim). (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 200 | Objection to Claim *54* Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | 201 | Certificate of Service *Claim No. 54* Filed by Trustee Steve Miller (RE: related document(s)200 Objection to Claim). (Miller, Steve) (Entered: 09/07/2004) |
| 09/07/2004 | | Certificate of Service re: (RE: related document(s)194 Objection to Claim filed by Trustee Steve Miller, 196 Objection to Claim filed by Trustee Steve Miller, 198 Objection to Claim filed by Trustee Steve Miller, 200 Objection to Claim filed by Trustee Steve Miller) Setting Objections Due Date for: 9/27/2004. (court, lblo) (Entered: 09/09/2004) |
| 09/08/2004 | 202 | Amended Document *Claim No. 48* Filed by Trustee Steve Miller (RE: related document(s)195 Certificate of Service). (Miller, Steve) (Entered: 09/08/2004) |
| 09/08/2004 | 203 | Amended Document *Claim No. 52* Filed by Trustee Steve Miller (RE: related document(s)197 Certificate of Service). (Miller, Steve) (Entered: 09/08/2004) |

| 09/08/2004 | 204 | Amended Document *Claim No. 53* Filed by Trustee Steve Miller (RE: related document(s)199 Certificate of Service). (Miller, Steve) (Entered: 09/08/2004) |
| 09/08/2004 | 205 | Amended Document Filed by Trustee Steve Miller (RE: related document(s)201 Certificate of Service). (Miller, Steve) (Entered: 09/08/2004) |
| 09/15/2004 | 206 | Withdrawal of Claim(s): 39 Filed by Creditor Bureau of Customs and Border Protection . (court, lblo) (Entered: 09/15/2004) |
| 09/28/2004 | 207 | Court Notice Requesting Order (RE: related document(s)194 Objection to Claim filed by Trustee Steve Miller, 196 Objection to Claim filed by Trustee Steve Miller, 198 Objection to Claim filed by Trustee Steve Miller, 200 Objection to Claim filed by Trustee Steve Miller) Order Due 10/12/2004. (court, lblo) (Entered: 09/28/2004) |
| 09/30/2004 | 208 | BNC Certificate of Mailing (RE: related document(s)207 Order Request Notice, ) No. of Notices: 2. Service Date 09/30/2004. (Admin.) (Entered: 10/01/2004) |
| 10/13/2004 | 209 | 7 Day Notice Order Signed on 10/13/2004 (RE: related document(s) 207 Order Request Notice, ). Required Document to be filed by 10/20/2004. (court, lblo) (Entered: 10/13/2004) |
| 10/13/2004 | 210 | Courts Certificate of Mailing to Steve Miller and UST (RE: related document(s)209 7 Day Notice Order) (court, lblo) (Entered: 10/13/2004) |
| 10/15/2004 | 211 | Order Concerning Claims Regarding Claim(s): 48,52,53, and 54 Signed on 10/15/2004. (court, lblo) (Entered: 10/15/2004) |
| 10/15/2004 | 212 | BNC Certificate of Mailing (RE: related document(s)209 7 Day Notice Order) No. of Notices: 2. Service Date 10/15/2004. (Admin.) (Entered: 10/16/2004) |
| 10/17/2004 | 213 | BNC Certificate of Mailing - PDF Document (RE: related document (s)211 Order Concerning Claims) No. of Notices: 8. Service Date 10/17/2004. (Admin.) (Entered: 10/18/2004) |
| 11/16/2004 | 214 | Notice of No Opposition. The United States Trustee has reviewed the Trustee's Final Report and Proposed Distribution as submitted by the Chapter 7 Bankruptcy Trustee. The United States Trustee has no opposition to the filing by the Chapter 7 Bankruptcy Trustee of the Distribution with the Clerk of the Bankruptcy Court. (U.S. Trustee, ) (Entered: 11/16/2004) |

| 11/16/2004 | 215 | Trustee's Final Report and Account Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 11/16/2004) |
|---|---|---|
| 11/16/2004 | 216 | Notice Scheduling Objections (RE: related document(s)215 Trustee's Final Report and Account-Asset filed by Trustee Steve Miller) Objections Due: 12/6/2004. (court, lblo) (Entered: 11/16/2004) |
| 11/18/2004 | 217 | BNC Certificate of Mailing - PDF Document (RE: related document (s)216 Notice Scheduling Objection Date) No. of Notices: 198. Service Date 11/18/2004. (Admin.) (Entered: 11/19/2004) |
| 12/07/2004 | 218 | Order of Distribution for Dorothy J Lierman, Other Professional, Fees awarded: $, Expenses awarded: $0.00; for Joel Martin, Accountant, Fees awarded: $, Expenses awarded: $0.00; for Joel Martin, Accountant, Fees awarded: $, Expenses awarded: $0.00; for Kim Martin, Accountant, Fees awarded: $, Expenses awarded: $0.00; for Paul McNabb, Other Professional, Fees awarded: $0.00, Expenses awarded: $; for Bruce Jay Meachum, Debtor's Attorney, Fees awarded: $, Expenses awarded: $0.00; for Steve Miller, Trustee Chapter 7, Fees awarded: $, Expenses awarded: $0.00; for Douglas J Quivey, Other Professional, Fees awarded: $, Expenses awarded: $0.00; Awarded on 12/7/2004 Signed on 12/7/2004. (court, lblo) (Entered: 12/07/2004) |
| 12/07/2004 | 219 | Generate PDF Notice to BNC (court, lblo) (Entered: 12/07/2004) |
| 12/08/2004 | 220 | Courts Certificate of Mailing to Bruce Meachum, Steve Miller, and UST (RE: related document(s)218 Order of Distribution, , , ) (court, lblo) (Entered: 12/08/2004) |
| 04/01/2005 | 221 | Emergency Motion for Approval of or Authority to Filed by Creditor Randall J Sandone (Attachments: # 1 Exhibit Amended Complaint# 2 Exhibit Memorandum) (court, lblo) Modified on 4/1/2005 (court, lblo). (Entered: 04/01/2005) |
| 04/01/2005 | 222 | Hearing Set (RE: related document(s)221 Approval or Authority filed by Creditor Randall J Sandone) Hearing to be held on 4/13/2005 at 09:00 AM Room 120-Danville, IL for 221, (court, lblo) (Entered: 04/01/2005) |
| 04/03/2005 | 223 | BNC Certificate of Mailing - Hearing (RE: related document(s)222 Hearing (Bk Motion) Set) No. of Notices: 199. Service Date 04/03/2005. (Admin.) (Entered: 04/04/2005) |
| 04/11/2005 | 224 | Response to (related document(s): 221 Motion for Approval of or Authority to filed by Creditor Randall J Sandone) Filed by Creditor ABN Amro Private Equity (Roy, Kingshuk) (Entered: 04/11/2005) |

| 04/13/2005 | | Hearing Held (RE: related document(s)221 Approval or Authority filed by Creditor Randall J Sandone) (court, lblo) (Entered: 04/13/2005) |
| --- | --- | --- |
| 04/13/2005 | 226 | Order Denying Application for Approval of or Authority to (Related Doc # 221) Signed on 4/13/2005. (court, lblo) (Entered: 04/13/2005) |
| 04/13/2005 | 227 | Courts Certificate of Mailing to Gary D Forrester (RE: related document(s)226 Order on Application for Approval of or Authority to) (court, lblo) (Entered: 04/13/2005) |
| 04/15/2005 | 228 | BNC Certificate of Mailing - PDF Document (RE: related document (s)226 Order on Application for Approval of or Authority to) No. of Notices: 6. Service Date 04/15/2005. (Admin.) (Entered: 04/15/2005) |
| 04/22/2005 | 230 | Notice of Appeal Fee Amount $255 Filed by Creditor Randall J Sandone (RE: related document(s)226 Order on Application for Approval of or Authority to). Appellant Designation due by 5/2/2005. (court, lblo) (Entered: 04/25/2005) |
| 04/22/2005 | | Receipt Number 90049158, (RE: related document(s)230 Notice of Appeal filed by Creditor Randall J Sandone) (court, lblo) (Entered: 04/25/2005) |
| 04/25/2005 | 229 | Motion To Stay Pending Appeal (related documents 226 Order on Application for Approval of or Authority to) Filed by Creditor Randall J Sandone (court, lblo) (Entered: 04/25/2005) |
| 04/25/2005 | 231 | Notice Re: Procedures for Filing Designation of Contents and Ordering Transcripts (RE: related document(s)230 Notice of Appeal filed by Creditor Randall J Sandone) Appellee designation due by 5/5/2005. (court, lblo) (Entered: 04/25/2005) |
| 04/25/2005 | 232 | Generate PDF Notice to BNC (court, lblo) (Entered: 04/25/2005) |
| 04/25/2005 | 233 | Hearing Set (RE: related document(s)229 Motion To Stay Pending Appeal filed by Creditor Randall J Sandone) Hearing to be held on 5/3/2005 at 09:00 AM Room 120-Danville, IL for 229, (court, lblo) (Entered: 04/25/2005) |
| 04/25/2005 | 234 | Courts Certificate of Mailing to Gary D Forrester (RE: related document(s)233 Hearing (Bk Motion) Set) (court, lblo) (Entered: 04/25/2005) |
| 04/26/2005 | 235 | Hearing Set (RE: related document(s)229 Motion To Stay Pending Appeal filed by Creditor Randall J Sandone) Hearing to be held on 6/7/2005 at 09:00 AM Room 120-Danville, IL for 229, (court, lblo) |

| | | (Entered: 04/26/2005) |
|---|---|---|
| 04/27/2005 | 236 | Transcript (RE: related document(s)230 Notice of Appeal filed by Creditor Randall J Sandone) (court, lblo) (Entered: 04/27/2005) |
| 04/27/2005 | 237 | BNC Certificate of Mailing - Hearing (RE: related document(s)233 Hearing (Bk Motion) Set) No. of Notices: 6. Service Date 04/27/2005. (Admin.) (Entered: 04/28/2005) |
| 04/27/2005 | 238 | BNC Certificate of Mailing - PDF Document (RE: related document (s)232 Generate PDF Notice to BNC) No. of Notices: 6. Service Date 04/27/2005. (Admin.) (Entered: 04/28/2005) |
| 04/27/2005 | 239 | BNC Certificate of Mailing (RE: related document(s)231 Appeal Designation of Contents and Ordering Transcripts Procedural Notice) No. of Notices: 6. Service Date 04/27/2005. (Admin.) (Entered: 04/28/2005) |
| 04/28/2005 | 240 | BNC Certificate of Mailing - Hearing (RE: related document(s)235 Hearing (Bk Motion) Set) No. of Notices: 7. Service Date 04/28/2005. (Admin.) (Entered: 04/29/2005) |
| 04/29/2005 | | Request to remove SmithLawOfc@sbcglobal.net from case Filed by Creditor Innovative Securities Systems Inc. (Smith, Timothy) (Entered: 04/29/2005) |
| 05/03/2005 | 241 | Notice Re: Procedures for Filing Designation of Contents and Ordering Transcripts (RE: related document(s)230 Notice of Appeal filed by Creditor Randall J Sandone) Appellee designation due by 5/13/2005. (court, lblo) (Entered: 05/03/2005) |
| 05/05/2005 | 242 | BNC Certificate of Mailing (RE: related document(s)241 Appeal Designation of Contents and Ordering Transcripts Procedural Notice) No. of Notices: 2. Service Date 05/05/2005. (Admin.) (Entered: 05/06/2005) |
| 05/10/2005 | 243 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Creditor Randall J Sandone (RE: related document(s) 230 Notice of Appeal). Appellee designation due by 5/20/2005. Transmission of Designation Due by 6/9/2005. (court, lblo) (Entered: 05/10/2005) |
| 05/13/2005 | 244 | Hearing Set (RE: related document(s)229 Motion To Stay Pending Appeal filed by Creditor Randall J Sandone) Hearing to be held on 6/14/2005 at 09:00 AM Room 120-Danville, IL for 229, (court, lblo) (Entered: 05/13/2005) |
| | | |

| 05/13/2005 | 245 | Response to (related document(s): 229 Motion To Stay Pending Appeal (related documents 226 Order on Application for Approval of or Authority to) filed by Creditor Randall J Sandone) Filed by Trustee Steve Miller (Miller, Steve) (Entered: 05/13/2005) |
| 05/15/2005 | 246 | BNC Certificate of Mailing - Hearing (RE: related document(s)244 Hearing (Bk Motion) Set) No. of Notices: 8. Service Date 05/15/2005. (Admin.) (Entered: 05/16/2005) |
| 05/16/2005 | 247 | Attachment or Exhibits Filed by Trustee Steve Miller (RE: related document(s)245 Response). (Miller, Steve) (Entered: 05/16/2005) |
| 05/16/2005 | 248 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Trustee Steve Miller (RE: related document(s)230 Notice of Appeal). (Miller, Steve) (Entered: 05/16/2005) |
| 05/18/2005 | 249 | Notice of Docketing Record on Appeal. Civil Action Number: (RE: related document(s)230 Notice of Appeal). (court, lblo) (Entered: 05/18/2005) |
| 05/18/2005 | 250 | Generate PDF Notice to BNC (court, lblo) (Entered: 05/18/2005) |
| 05/18/2005 | 251 | Transmittal of Record or Addendum of Record on Appeal to U.S. District Court Filed by (RE: related document(s)230 Notice of Appeal). (court, lblo) (Entered: 05/18/2005) |
| 05/19/2005 | 252 | Report of Sale Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 05/19/2005) |
| 05/19/2005 | 253 | Order Confirming Sale for Steve Miller, Trustee Chapter 7, Fees awarded: $16750.00, Expenses awarded: $0.00 Awarded on 5/19/2005 Signed on 5/19/2005. (court, lblo) (Entered: 05/19/2005) |
| 05/20/2005 | 254 | BNC Certificate of Mailing (RE: related document(s)249 Notice of Docketing Record on Appeal) No. of Notices: 5. Service Date 05/20/2005. (Admin.) (Entered: 05/21/2005) |
| 05/20/2005 | 255 | BNC Certificate of Mailing - PDF Document (RE: related document (s)250 Generate PDF Notice to BNC) No. of Notices: 5. Service Date 05/20/2005. (Admin.) (Entered: 05/21/2005) |
| 05/21/2005 | 256 | BNC Certificate of Mailing - PDF Document (RE: related document (s)253 Order Confirming Sale filed by Trustee Steve Miller) No. of Notices: 3. Service Date 05/21/2005. (Admin.) (Entered: 05/22/2005) |
| 06/14/2005 | | Hearing Held (RE: related document(s)229 Motion To Stay Pending Appeal filed by Creditor Randall J Sandone) (court, lblo) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 06/14/2005) |
| 06/14/2005 | 258 | Order Denying Motion To Stay Pending Appeal (Related Doc # 229) Signed on 6/14/2005. (court, lblo) (Entered: 06/14/2005) |
| 06/16/2005 | 259 | BNC Certificate of Mailing - PDF Document (RE: related document (s)258 Order on Motion To Stay Pending Appeal) No. of Notices: 6. Service Date 06/16/2005. (Admin.) (Entered: 06/17/2005) |
| 07/11/2005 | 260 | Final Order By District Court Judge Michael P McCuskey, Re: Appeal on Civil Action Number: 05-2118 , Decision of the Bankruptcy Court is Affirmed. (RE: related document(s)226 Order on Application for Approval of or Authority to). (court, lblo) (Entered: 07/11/2005) |
| 10/02/2006 | 261 | Motion to Abandon (Fee) Fee Amount $150 Filed by Joseph W Phebus on behalf of Lon Frederick, John J Keller, Phillip G Sawicki, Richard A. Rodrigues, Paul Frederick, Jay A. Kasmerchak, Gonzalez (Attachments: # 1 Exhibit Part 1# 2 Exhibit part 2) (Phebus, Joseph) (Entered: 10/02/2006) |
| 10/02/2006 |  | Receipt of Motion to Abandon (Fee)(03-91852) [motion,mabn] ( 150.00) Filing Fee. Receipt number 2135272. Fee amount 150.00 (U.S. Treasury) (Entered: 10/02/2006) |
| 10/02/2006 | 262 | Hearing Set (RE: related document(s)261 Motion to Abandon (Fee), Motion to Abandon (Fee) filed by Creditor Jay A. Kasmerchak, Creditor Paul Frederick, Creditor Richard A. Rodrigues, Creditor Phillip G Sawicki, Creditor John J Keller, Creditor Lon Frederick, Creditor Gonzalez) Hearing to be held on 10/18/2006 at 09:00 AM Room 120-Danville, IL for 261, (court, lblo) (Entered: 10/02/2006) |
| 10/04/2006 | 263 | BNC Certificate of Mailing - Hearing (RE: related document(s)262 Hearing (Bk Motion) Set, Hearing (Bk Motion) Set) No. of Notices: 208. Service Date 10/04/2006. (Admin.) (Entered: 10/05/2006) |
| 10/16/2006 | 264 | Motion to Amend *Argus Systems Group, Inc.'s Schedule B List of Assets* Filed by Joseph W Phebus on behalf of Lon Frederick, Paul Frederick, Gonzalez, Jay A. Kasmerchak, John J Keller, Richard A. Rodrigues, Phillip G Sawicki (Phebus, Joseph) (Entered: 10/16/2006) |
| 10/16/2006 | 265 | Response to (related document(s): 261 Motion to Abandon (Fee) Fee Amount $150 filed by Creditor Jay A. Kasmerchak, Creditor Paul Frederick, Creditor Richard A. Rodrigues, Creditor Phillip G Sawicki, Creditor John J Keller, Creditor Lon Frederick, Creditor Gonzalez) Filed by Kingshuk K Roy of Heyl, Royster, Voelker & Allen on behalf of ABN Amro Private Equity (Attachments: # 1 Exhibit 1# 2 |

| | | |
|---|---|---|
| | | Exhibit 2# [3](#) Exhibit 3# [4](#) Exhibit 4# [5](#) Exhibit 5# [6](#) Exhibit 6# [7](#) Exhibit 7# [8](#) Exhibit 8# [9](#) Exhibit 9# [10](#) Exhibit 10)(Roy, Kingshuk) (Entered: 10/16/2006) |
| 10/18/2006 | | Hearing Held (RE: related document(s)261 Motion to Abandon (Fee), Motion to Abandon (Fee) filed by Creditor Jay A. Kasmerchak, Creditor Paul Frederick, Creditor Richard A. Rodrigues, Creditor Phillip G Sawicki, Creditor John J Keller, Creditor Lon Frederick, Creditor Gonzalez) Hearing held deadline set: 11/1/2006, for ABN AMRO to submit order. (court, lblo) (Entered: 10/18/2006) |
| 10/18/2006 | 267 | Order Denying Motion To Amend (RE: Related Doc # 264) (court, lblo) (Entered: 10/18/2006) |
| 10/20/2006 | 268 | BNC Certificate of Mailing (RE: related document(s)267 Order on Motion to Amend) No. of Notices: 4. Service Date 10/20/2006. (Admin.) (Entered: 10/21/2006) |
| 10/25/2006 | 269 | Order Denying Motion To Abandon (Related Doc # 261) (court, lblo) (Entered: 10/25/2006) |
| 10/27/2006 | 270 | BNC Certificate of Mailing - PDF Document (RE: related document (s)269 Order on Motion to Abandon) No. of Notices: 6. Service Date 10/27/2006. (Admin.) (Entered: 10/28/2006) |
| 10/30/2006 | 271 | Transcript of Hearing (RE: related document(s)261 Motion to Abandon (Fee), Motion to Abandon (Fee) filed by Creditor Jay A. Kasmerchak, Creditor Paul Frederick, Creditor Richard A. Rodrigues, Creditor Phillip G Sawicki, Creditor John J Keller, Creditor Lon Frederick, Creditor Gonzalez) (court, lblo) (Entered: 10/30/2006) |
| 11/01/2006 | 272 | Notice of No Opposition. The United States Trustee has reviewed the Trustee's Final Account as submitted by the Chapter 7 Bankruptcy Trustee. The United States Trustee has no opposition to the filing by the Chapter 7 Bankruptcy Trustee of the Trustee's Final Account with the Clerk of the Bankruptcy Court. (U.S. Trustee, ) (Entered: 11/01/2006) |
| 11/01/2006 | 273 | Trustee's Final Account and Application for Closing and Discharge Filed by Trustee Steve Miller. (Miller, Steve) (Entered: 11/01/2006) |
| 11/15/2006 | 274 | (Text-only order, no associated pdf) FINAL DECREE. The estate of this Chapter 7 debtor(s) has been fully administered. IT IS ORDERED the Trustee is discharged as Trustee of the estate, the bond is cancelled, and this Chapter 7 Bankruptcy case is closed . (court, lblo) (Entered: 11/15/2006) |
| | | |

| 11/15/2006 | | Bankruptcy Case Closed (court, lblo) (Entered: 11/15/2006) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/16/2006 09:20:54 | | | |
| **PACER Login:** | ke1349 | **Client Code:** | 41119-0001 |
| **Description:** | Docket Report | **Search Criteria:** | 03-91852 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 14 | **Cost:** | 1.12 |