UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK | ) ) ) ) ) ) No. 04-2232 |
| Plaintiffs, | ) ) The Honorable Judge Harold A. ) Baker |
| vs. | ) ) |
| ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, | ) ) ) ) |
| Defendants. | ) |

### REQUEST FOR ORAL ARGUMENT

COME NOW Plaintiffs Daniel V. Gonzales, et al., by one of their attorneys, Joseph W. Phebus, and pursuant to Local Rule 7.1(A)(2) request oral argument as to the plaintiffs' Rule 60(b)(6) motion in that the procedural history of this matter is so convoluted that plaintiffs' attorneys believe it will be of assistance to the court to receive oral argument and have an opportunity to question counsel.

s/  J.W. PHEBUS
J. W. PHEBUS
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
*jwphebus@phebuslaw.com*

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wagner
Heyl, Royster, Voelker & Allen
P.O. Box 129
Urbana, Illinois 61801-0129
E-mail: *ewagner@hrva.com*
Telephone:  217-344-0060
Fax:  217-344-9295
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

Benjamin W. Hulse
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
E-mail:  *bhulse@kirkland.com*
Telephone:  312-861-2000
Fax:  312-861-2200
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

Travis J. Quick
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, Illinois 60601
E-mail: *tquick@kirkland.com*
Telephone:  312-861-2000
Fax:  312-861-2200
*Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

                                                s/   J.W. PHEBUS
                                                J. W. PHEBUS
                                                Attorney for Plaintiff
                                                PHEBUS & KOESTER
                                                136 West Main Street
                                                Urbana, Illinois 61801
                                                Telephone:  (217) 337-1400
                                                Fax:  (217) 337-1607
                                                *jwphebus@phebuslaw.com*

*f:\docs\joe\sandone\abn amro\request oral.doc*

2