UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL V. GONZALES, JAY A. KASMERCHAK, PAUL A. FREDERICK, RICHARD A. RODRIGUES, PHILLIP G. SAWICKI, JOHN J. KELLER, and LON P. FREDERICK )<br><br>Plaintiffs, )<br><br>vs. )<br><br>ABN AMRO BANK N.V., Amsterdam, a Dutch corporation; and ABN AMRO VENTURES B.V., Amsterdam, a Dutch corporation, )<br><br>Defendants. ) | No. 04-2232<br><br>The Honorable Judge Harold A. Baker |

**PLAINTIFFS' MOTION TO STRIKE PORTIONS OF
"NOTICE OF CLOSING OF ARGUS BANKRUPTCY"
OR FOR OTHER RELIEF**

COME NOW Plaintiffs Daniel V. Gonzales, *et al.,* by one of their attorneys, Joseph W. Phebus, and move to strike the argumentative portion of defendants' Notice of Closing of Argus Bankruptcy or in the alternative for leave to submit a memorandum of law in reply to the argumentative portion, and in support thereof state:

1. The second sentence of the Notice argues that the bankruptcy court's closing order "conclusively moots" the plaintiffs' Rule 60(b)(6) motion.

2. In that such assertion is not properly part of a notice but is rather a backdoor attempt at further argument, the assertion should be stricken and disregarded.

3. If the argument is not stricken, the plaintiffs should be afforded an opportunity to reply thereto and explain why it is their position that the closing of the bankruptcy case in fact enhances the plaintiffs' claim.

s/ J.W. PHEBUS
J. W. PHEBUS
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
*jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Edward M. Wagner
    Heyl, Royster, Voelker & Allen
    P.O. Box 129
    Urbana, Illinois 61801-0129
    E-mail: *ewagner@hrva.com*
    Telephone: 217-344-0060
    Fax: 217-344-9295
    *Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

    Benjamin W. Hulse
    Kirkland & Ellis
    200 E. Randolph Dr.
    Chicago, Illinois 60601
    E-mail: *bhulse@kirkland.com*
    Telephone: 312-861-2000
    Fax: 312-861-2200
    *Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

    Travis J. Quick
    Kirkland & Ellis
    200 E. Randolph Dr.
    Chicago, Illinois 60601
    E-mail: *tquick@kirkland.com*
    Telephone: 312-861-2000
    Fax: 312-861-2200
    *Counsel for ABN AMRO Bank, N.V., ABN AMRO Ventures BV*

                                        s/   J.W. PHEBUS
                                              J. W. PHEBUS
                                              Attorney for Plaintiff
                                              PHEBUS & KOESTER
                                              136 West Main Street
                                              Urbana, Illinois 61801
                                              Telephone: (217) 337-1400
                                              Fax: (217) 337-1607
                                              *jwphebus@phebuslaw.com*

*f:\docs\joe\sandone\abn amro\motion strike.doc*